CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA  95490

(707) 459-5551

Attorney for Defendants, WAYNE HUNT, U.S. ALCHEMY
CORPORATION dba UKIAH AUTO DISMANTLERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO ENVIRONEMENTAL ASSOCIATION and LEONA WILLIAMS, | ) ) ) ) ) | Case No. C 07 2648 EMC |
| Plaintiffs, | ) ) | DEFENDANT UKIAH AUTO DISMANTLERS, WAYNE HUNT AND U.S. ALCHEMY |
| v. | ) ) ) | CORPORATION'S NOTICE OF MOTION AND MOTION TO |
| UKIAH AUTO DISMANTLERS; WAYNE HUNT; ISABEL LEWRIGHT; WARRIOR INDUSTRIES, INC.; RICHARD MAYFIELD; ROSS JUNION MAYFIELD; PAULA MAYFIELD; KENNETH HUNT; U.S. ALCHEMY CORPORATION and DOES 1-50, inclusive, | ) ) ) ) ) ) ) ) ) | DISMISS FIRST, SECOND AND THIRD CAUSES OF ACTION  Hearing: Date:   September 19, 2007 Time:  10:30 a.m. Dept:  Courtroom C Judge:  The Hon. Edward M. Chen |
| Defendants. | ) ) ) | |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that at 10:30 a.m. or as soon thereafter as the matter

may be heard, on Wednesday, September 19, 2007, Defendants WAYNE HUNT

("HUNT") and U.S. ALCHEMY CORPORATION, dba UKIAH AUTO DISMANTLERS

("UAD") will move to dismiss the Complaint in this action pursuant to Rules 12(b)(1)

and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP").    This motion will be

heard by the Honorable Edward M. Chen, Judge of the United States District Court for

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

1

the Northern District of California, in Courtroom C of the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, California.

The grounds for this motion are as follows:

1.   The first cause of action for failure to obtain an NPDES Permit must be dismissed for: (1) lack of subject matter jurisdiction under FRCP 12I(b)(1); and (2) failure to state a claim upon which relief can be granted pursuant to FRCP 12(b)(6).

2.   The first claim for relief and all causes of action upon which it is based for "discharge without an NPDES Permit and violation of a NPDES Permit for non-stormwater discharges" under FRCP 12(b)(1) and 12(b)(6);

3.   The second claim for relief and all causes of action upon which it is premised for violation of industrial storm water regulations must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, under FRCP 12(b)(1) and 12(b)(6);

4.   The third claim for relief and all causes of action upon which it is based for violation of RCRA must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted under FRCP 12(b)(1) and 12(b)(6);

5.   The fourth claim of relief and all causes of action upon which it is based for violation of RCRA must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted under FRCP 12(b)(1) and 12(b)(6);

6.   The fifth claim of relief for restitution and injunctive relief pursuant to the California Unfair Trade Practices Act must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted under FRCP 12(b)(1) and 12(b)(6);

7.   The first cause of action for violation of the CWA must be dismissed for  both lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted under FRCP 12(b)(1) and 12(b)(6);

8.    The second cause of action for intentional violation of statutory duty must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted under FRCP 12(b)(1) and 12(b)(6);

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET.
SUITE C
WILLITS. CALIFORNIA 95490
(707) 459 - 5551

2

9.   The third cause of action for negligence must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted under FRCP 12(b)(1) and 12(b)(6);

This motion is based upon this Notice, the Memorandum of Points and Authorities filed in Support of the motion; upon all of the pleadings, files and records herein, and upon such matters and argument as may be presented to the Court at the time of the hearing.

DATED:   July 31,  2007                    _____

CHRISTOPHER J. NEARY
Attorney for Defendants
WAYNE HUNT and U.S. ALCHEMY
CORPORATION dba UKIAH AUTO
DISMANTLERS

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET.
SUITE C
WILLITS. CALIFORNIA 95490
(707) 459 - 5551

3