CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA  95490

(707) 459-5551

Attorney for Defendants, WAYNE HUNT, U.S. ALCHEMY CORPORATION dba UKIAH AUTO DISMANTLERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO ENVIRONEMENTAL ASSOCIATION and LEONA WILLIAMS,<br><br>    Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS; WAYNE HUNT; ISABEL LEWRIGHT; WARRIOR INDUSTRIES, INC.; RICHARD MAYFIELD; ROSS JUNION MAYFIELD; PAULA MAYFIELD; KENNETH HUNT; U.S. ALCHEMY CORPORATION and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C 07 2648 EMC<br><br>[Proposed] ORDER DISMISSING THE FIRST, SECOND AND THIRD CAUSES OF ACTION<br><br>Hearing:<br>Date:   September 19, 2007<br>Time:  10:30 a.m.<br>Dept:  Courtroom C<br>Judge: The Hon. Edward M. Chen |

The motion to dismiss all causes of action arising from Plaintiff's first through fourth claims for relief, inclusively, specifically, the first cause of action, the second cause of action, and the third cause of action came on regularly for hearing on September 19, 2007 before the Court.  The Court having reviewed the papers submitted by the parties and having heard the arguments presented by counsel, and good cause appearing therefore,

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

1

The Court finds the first cause of action, the second cause of action and the third cause of action must be dismissed for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), specifically, the Court finds:

1. The first, second and third causes of action premises upon violation of the Clean Water Act must be dismissed for lack of subject matter jurisdiction because Plaintiffs failed to identify the nature of the violation, the location of the point source, the discharge location, or dates of violation as required under the Federal Water Pollution Control Act ("Clean Water Act" or "CWA") 33 U.S.C. §§ 1251, *et seq.* and therefore lacks jurisdiction over the claims.

2. The first, second and third causes of action must be dismissed for lack of subject matter jurisdiction under the Resource Conservation and Recovery Act ("RCRA") 42 U.S.C. 9601, *et seq.* because the court lacks jurisdiction for failure to assert the identity of the pollutants, the place of discharge, and dates of discharge.

3. The first, second and third causes of action must be dismissed under the RCRA because the alleged discharges, substances and activities subject to the CWA as alleged by plaintiffs are excluded from RCRA coverage, *id.* at §§ 6903(27), 6905(a);

IT IS NOW THEREFORE HEREBY ORDERED that the motion to dismiss of Defendants WAYNE HUNT and U.S. ALCHEMY CORPORATION dba UKIAH AUTO DISMANTLERS is GRANTED as to the first, second and third causes of action which are hereby DISMISSED.

DATED: _____

_____
THE HONORABLE EDWARD M. CHEN
Judge of the U.S. District Court

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551