Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone: (707) 763-8000
Facsimile: (707) 763-8010

Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo Nation
Environmental Association and Leona Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,<br><br>Plaintiffs,<br><br>and<br><br>Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive.<br><br>Defendants. | Case No.:   C 07 2648 EMC<br><br>STIPULATION TO RESET HEARING DATE FOR MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES OF ACTION<br><br>Date:       8/19/2007<br>Time:      10:30 a.m.<br>Location:  Courtroom C, 15th Floor<br><br>New Date: 10/24/07 at 2:30 p.m. |

  IT IS HEREBY STIPULATED, by and through the parties respective attorneys of record, CHRISTOPHER J. NEARY and MICHAEL S. BIGGS, that the following shall be made the order of the court:

  1.  The Hearing for Motion to Dismiss First, Second, and Third Causes of Action, scheduled for September 19, 2007, at 10:30 a.m., at the United States District Court Northern District of California, located at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San

---

1
STIPULATION TO RESET HEARING DATE FOR MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES OF ACTION