Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone: (707) 763-8000
Facsimile: (707) 763-8010

Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo Nation
Environmental Association and Leona Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,<br><br>Plaintiffs,<br><br>and<br><br>Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive.<br><br>Defendants. | Case No.: C 07 2648 EMC<br><br>STIPULATION TO RESET CASE MANAGEMENT CONFERENCE<br><br>Date:      8/22/07<br>Time:      1:30 p.m.<br>Location:  Courtroom C, 15th Floor<br><br>New Date: 10/24/07 at 2:30 p.m. |

IT IS HEREBY STIPULATED, by and through the parties respective attorneys of record, CHRISTOPHER J. NEARY and MICHAEL S. BIGGS, that the following shall be made the order of the court:

1. The Case Management Conference, scheduled for August 22, 2007, at 1:30 p.m., at the United States District Court Northern District of California, located at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, California, has been changed to take place on October 24, 2007 at 2:30 p.m. at the same location.