1 | Michael S. Biggs (SBN. 237640)
  | BIGGS LAW PC
2 | PO Box 454
  | Petaluma, CA 94953-0454
3 | Telephone: (707) 763-8000
  | Facsimile: (707) 763-8010
4 |
  | Attorney for Plaintiffs
5 | Pinoleville Pomo Nation, Pinoleville Pomo Nation
  | Environmental Association and Leona Williams
6 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams, | Case No.: C 07 2648 EMC |
|---|---|
| Plaintiffs, | STIPULATION TO RESET CASE MANAGEMENT CONFERENCE |
| and | |
| Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive. | Date: 8/22/07<br>Time: 1:30 p.m.<br>Location: Courtroom C, 15th Floor<br><br>New Date: 10/24/07 at 2:30 p.m. |
| Defendants. | |

IT IS HEREBY STIPULATED, by and through the parties respective attorneys of record, CHRISTOPHER J. NEARY and MICHAEL S. BIGGS, that the following shall be made the order of the court:

1. The Case Management Conference, scheduled for August 22, 2007, at 1:30 p.m., at the United States District Court Northern District of California, located at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, California, has been changed to take place on October 24, 2007 at 2:30 p.m. at the same location.

1  Dated: August 14, 2007

_____
Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo
Nation Environmental Association, and
Leona Williams

Dated: August 13, 2007

_____
Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation, dba Ukiah Auto
Dismantlers and Wayne Hunt

ORDER

IT IS SO ORDERED.

Dated: August ___, 2007

_____
Judge of the United States District Court
Northern District of California