```
 1  Michael S. Biggs (SBN. 237640)
    BIGGS LAW PC
 2  PO Box 454
    Petaluma, CA 94953-0454
 3  Telephone: (707) 763-8000
    Facsimile: (707) 763-8010
 4
    Attorney for Plaintiffs
 5  Pinoleville Pomo Nation, Pinoleville Pomo Nation
    Environmental Association and Leona Williams
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams, <br><br>    Plaintiffs, <br><br>and <br><br>Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive. <br><br>    Defendants. | Case No.: C 07 2648 EMC <br><br>STIPULATION TO RESET HEARING DATE FOR MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES OF ACTION <br><br>Date: 8/19/2007 <br>Time: 10:30 a.m. <br>Location: Courtroom C, 15th Floor <br><br>New Date: 10/24/07 at 2:30 p.m. |
|---|---|

IT IS HEREBY STIPULATED, by and through the parties respective attorneys of record, CHRISTOPHER J. NEARY and MICHAEL S. BIGGS, that the following shall be made the order of the court:

1. The Hearing for Motion to Dismiss First, Second, and Third Causes of Action, scheduled for September 19, 2007, at 10:30 a.m., at the United States District Court Northern District of California, located at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San

1  Francisco, California, has been changed to take place on October 24, 2007 at 2:30 p.m. at the
2  same location.
3  Dated: August 15, 2007

_____
Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams

8  Dated: August 15, 2007

_____
Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation, dba Ukiah Auto Dismantlers and Wayne Hunt

## ORDER

IT IS SO ORDERED.

Dated: August __, 2007

_____
Judge of the United States District Court
Northern District of California

08-15-07 15:38   TO: CHRISTOPHER J. NEARY   FROM:   P03
08-15-07 16:25   CHRISTOPHER J. NEARY   ID=707 459 3018   P03/06