1  Michael S. Biggs (SBN. 237640)
   BIGGS LAW PC
2  PO Box 454
   Petaluma, CA 94953-0454
3  Telephone:  (707) 763-8000
   Facsimile:  (707) 763-8010
4
   Attorney for Plaintiffs
5  Pinoleville Pomo Nation, Pinoleville Pomo Nation
   Environmental Association and Leona Williams
6

7                   UNITED STATES DISTRICT COURT

8
                 NORTHERN DISTRICT OF CALIFORNIA
9

10 Pinoleville Pomo Nation, Pinoleville Pomo)      Case No.:   C 07 2648 EMC
   Nation Environmental Association, and   )
11 Leona Williams,                          )
                                            )
12          Plaintiffs,                     )      STIPULATION TO RESET CASE
                                            )      MANAGEMENT CONFERENCE ; ORDER
13        and                               )
                                            )
14 Ukiah Auto Dismantlers, Wayne Hunt,      )      Date:      8/22/07
   Isabel Lewright, Warrior Industries, Inc.,)     Time:      1:30 p.m.
15 Richard Mayfield, Ross Junior Mayfield,  )      Location:   Courtroom C, 15th Floor
   Paula Mayfield, Kenneth Hunt, U.S.       )
16 Alchemy Corporation, and DOES 1-10,      )      New Date:  10/24/07 at 2:30 p.m.
                                            )
17 Inclusive.                               )
                                            )
18          Defendants.                     )

19

20       IT IS HEREBY STIPULATED, by and through the parties respective attorneys of record,

21 CHRISTOPHER J. NEARY and MICHAEL S. BIGGS, that the following shall be made the

22 order of the court:

23       1.     The Case Management Conference, scheduled for August 22, 2007, at 1:30 p.m.,

24

25 at the United States District Court Northern District of California, located at 450 Golden Gate

26 Avenue, Courtroom C, 15th Floor, San Francisco, California, has been changed to take place on

27 October 24, 2007 at 2:30 p.m. at the same location.    A Joint CMC Statement is due 10/17/07.

28

---

                                   1
            STIPULATION TO RESET CASE MANAGEMENT CONFERENCE

Dated: August 14, 2007

Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo
Nation Environmental Association, and
Leona Williams

Dated: August 13, 2007

Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation, dba Ukiah Auto
Dismantlers and Wayne Hunt

ORDER

IT IS SO ORDERED.

Dated: August 21, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

2

STIPULATION TO RESET CASE MANAGEMENT CONFERENCE