1  Michael S. Biggs (SBN. 237640)
   BIGGS LAW PC
2  PO Box 454
   Petaluma, CA 94953-0454
3  Telephone: (707) 763-8000
   Facsimile: (707) 763-8010
4
   Attorney for Plaintiffs
5  Pinoleville Pomo Nation, Pinoleville Pomo Nation
   Environmental Association and Leona Williams
6

7                     UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 Pinoleville Pomo Nation, Pinoleville Pomo)    Case No.:   C 07 2648 EMC
   Nation Environmental Association, and    )
11 Leona Williams,                          )
                                            )
12          Plaintiffs,                     )    STIPULATION TO RESET HEARING
                                            )    DATE FOR MOTION TO DISMISS FIRST,
13      and                                 )    SECOND, AND THIRD CAUSES OF
                                            )    ACTION ; ORDER
14 Ukiah Auto Dismantlers, Wayne Hunt,      )
   Isabel Lewright, Warrior Industries, Inc.,)
15 Richard Mayfield, Ross Junior Mayfield,  )   Date:        8/19/2007
   Paula Mayfield, Kenneth Hunt, U.S.       )   Time:        10:30 a.m.
16 Alchemy Corporation, and DOES 1-10,      )   Location:    Courtroom C, 15th Floor
   Inclusive.                               )
17                                          )   New Date: 10/24/07 at 2:30 p.m.
                                            )
18          Defendants.                     )

19  _____

20      IT IS HEREBY STIPULATED, by and through the parties respective attorneys of record,

21

22 CHRISTOPHER J. NEARY and MICHAEL S. BIGGS, that the following shall be made the

23 order of the court:

24      1.      The Hearing for Motion to Dismiss First, Second, and Third Causes of Action,

25 scheduled for September 19, 2007, at 10:30 a.m., at the United States District Court Northern

26 District of California, located at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San

27

28

                                            1
STIPULATION TO RESET HEARING DATE FOR MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES
                                        OF ACTION

Francisco. California, has been changed to take place on October 24, 2007 at 2:30 p.m. at the

same location.  Opposition shall be filed by 10/3/07. Reply shall be filed by 10/10/07.

Dated: August ___ 2007

Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo
Nation Environmental Association, and
Leona Williams

Dated: August 15 2007

Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation, dba Ukiah Auto
Dismantlers and Wayne Hunt

## ORDER

IT IS SO ORDERED.

Dated: August 21 2007

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO RESET HEARING DATE FOR MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES
OF ACTION