1  Michael S. Biggs (SBN. 237640)
   BIGGS LAW PC
2  PO Box 454
   Petaluma, CA 94953-0454
3  Telephone:  (707) 763-8000
   Facsimile:  (707) 763-8010
4
   Attorney for Plaintiffs
5  Pinoleville Pomo Nation Environmental
   Association and Leona Williams
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
   Pinoleville Pomo Nation, Pinoleville Pomo )   Case No.:   C 07 2648 EMC
10 Nation Environmental Association, and     )
   Leona Williams,                           )
11                                            )
                    Plaintiffs,              )   WAIVER OF SERVICE OF SUMMONS
12                                            )
          and                                )
13                                            )
   Ukiah Auto Dismantlers, Wayne Hunt,       )
14 Isabel Lewright, Warrior Industries, Inc.,)
   Richard Mayfield, Ross Junior Mayfield,   )
15 Paula Mayfield, Kenneth Hunt, U.S.        )
   Alchemy Corporation, and DOES 1-10,       )
16 Inclusive.                                )
17                                            )
                    Defendants.              )
18

19

20   TO:   Michael S. Biggs, attorney for Plaintiffs,

21        I acknowledge receipt of your request that I waive service of a summons in the
22
   action of Pinoleville Pomo Nation, et al. vs. Ukiah Auto Dismantlers, et al. which is case
23
   number C 07 2648 EMC in the United States District Court for the Northern District. I
24
   have also received a copy of the complaint in the action, two copies of this instrument,
25
26 and a means by which I can return the signed waiver to you without cost to me.
27
28

                                         1
                        Waiver Of Service Of Summons

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (for the entity whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after September 1, 2007 or within 90 days after that date if the request was sent outside the United States.

Dated: August 27, 2007

_____
Hans W. Herb
Attorney for Defendant Richard Mayfield