```
 1  Hans W. Herb, Esq. (SBN 136018)
    LAW OFFICES OF HANS W. HERB
 2  P. O. Box 970
    Santa Rosa, California 95402
 3  (707) 576-0757
    (707) 575-0364 Fax
 4
    Attorneys for Defendants
 5  RICHARD MAYFIELD and
    WARRIOR INDUSTRIES, INC.
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10  PINOLEVILLE POMO NATION;
    PINOLEVILLE POMO NATION              Case No.: C 07-02648 EMC
11  ENVIRONMENTAL ASSOCIATION; and,
    LEONA WILLIAMS,
12                                       STIPULATION EXTENDING TIME TO
                    Plaintiffs,          RESPOND TO COMPLAINT
13         v                             [Local Rule 6-1(a)]
14  UKIAH AUTO DISMANTLERS; WAYNE
    HUNT; ISABEL LEWRIGHT; WARRIOR
15  INDUSTRIES, INC.; RICHARD
    MAYFIELD; ROSS JUNIOR MAYFIELD;
16  PAULA MAYFIELD; KENNETH HUNT;
    U.S. ALCHEMY CORPORATION; and,
17  DOES 1-50, Inclusive,
18                  Defendants.
```

Counsel for Plaintiffs, PINOLEVILLE POMO NATION; PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION; and, LEONA WILLIAMS, and for Defendants, RICHARD MAYFIELD and WARRIOR INDUSTRIES, INC. ("Defendants"), hereby stipulate that Defendants' time within which to answer or otherwise respond to the Complaint is hereby extended through and including October 31, 2007. This change will not alter the date of any event or any deadline already fixed by court order. (See Local Rule 6-1(a).)

DATED: September 13, 2007

Hans W. Herb
Attorney for Defendants
Richard Mayfield and
Warrior Industries, Inc.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
-1-

1
2
3   DATED: September 13, 2007
4
5                                            _____
                                             Michael S. Biggs
6                                            Attorney for Plaintiffs
                                             Pinoleville Pomo Nation, Pinoleville Pomo
7                                            Nation Environmental Association and
                                             Leona Williams
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
-2-