1  Hans W. Herb, Esq. (SBN 136018)
   LAW OFFICES OF HANS W. HERB
2  P. O. Box 970
   Santa Rosa, California 95402
3  (707) 576-0757
   (707) 575-0364 Fax
4
   Attorneys for Defendants
5  RICHARD MAYFIELD and
   WARRIOR INDUSTRIES, INC.
6

7

8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 PINOLEVILLE POMO NATION;
   PINOLEVILLE POMO NATION              Case No.: C 07-02648 EMC
11 ENVIRONMENTAL ASSOCIATION; and,
   LEONA WILLIAMS,
12                                      STIPULATION EXTENDING TIME TO
                Plaintiffs,             RESPOND TO COMPLAINT
13                                      [Local Rule 6-1(a)]
         v
14                                      ORDER
   UKIAH AUTO DISMANTLERS; WAYNE
15 HUNT; ISABEL LEWRIGHT; WARRIOR
   INDUSTRIES, INC.; RICHARD
16 MAYFIELD; ROSS JUNIOR MAYFIELD;
   PAULA MAYFIELD; KENNETH HUNT;
17 U.S. ALCHEMY CORPORATION; and,
   DOES 1-50, Inclusive,
18
                Defendants.
19
       Counsel for Plaintiffs, PINOLEVILLE POMO NATION; PINOLEVILLE POMO
20 NATION ENVIRONMENTAL ASSOCIATION; and, LEONA WILLIAMS, and for
21 Defendants, RICHARD MAYFIELD and WARRIOR INDUSTRIES, INC. ("Defendants"),
22 hereby stipulate that Defendants' time within which to answer or otherwise respond to
23 the Complaint is hereby extended through and including October 31, 2007. This
24 change will not alter the date of any event or any deadline already fixed by court order.
25 (See Local Rule 6-1(a).)
26 DATED: September 13, 2007
27                                      _____
                                        Hans W. Herb
28                                      Attorney for Defendants
                                        Richard Mayfield and
                                        Warrior Industries, Inc.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
-1-

DATED: September 13, 2007

Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo
Nation Environmental Association and
Leona Williams

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
-2-