Hans W. Herb, Esq. (SBN 136018)
**LAW OFFICES OF HANS W. HERB**
P. O. Box 970
Santa Rosa, California 95402
(707) 576-0757
(707) 575-0364 Fax

Attorneys for Defendants
RICHARD MAYFIELD and
WARRIOR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION; et al., <br><br> Plaintiffs, <br> v. <br> UKIAH AUTO DISMANTLERS; et al., <br><br> Defendants. | Case No.: C 07-02648 EMC <br><br> **DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 25, 2007

Hans W. Herb
Attorney for Defendants
Richard Mayfield and
Warrior Industries, Inc.

Case No. C 07-02648 EMC                 DECLINATION TO PROCEED BEFORE
                                        A UNITED STATES MAGISTRATE JUDGE