IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, | No. C 07-02648SI |
| Plaintiff, | **NOTICE** |
| v. | |
| UKIAH AUTO DISMANTLERS, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, December 7, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Defendant's motion to dismiss has been scheduled to occur on Friday, November 30, 2007, at 9:00 a.m.

Dated: October 5, 2007                                RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk