1  Michael S. Biggs (SBN. 237640)
   BIGGS LAW PC
2  PO Box 454
   Petaluma, CA 94953-0454
3  Telephone: (707) 763-8000
   Facsimile: (707) 763-8010
4
   Attorney for Plaintiffs
5  Pinoleville Pomo Nation, Pinoleville Pomo Nation
   Environmental Association and Leona Williams
6

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 Pinoleville Pomo Nation, Pinoleville Pomo )   Case No.:  C 07 2648 EMC
   Nation Environmental Association, and   )
11 Leona Williams,                          )
                                            )
12          Plaintiffs,                     )   CERTIFICATE OF SERVICE OF
                                            )   NOTICE and CASE MANAGEMENT
13       and                                )   CONFERENCE ORDER
                                            )
14 Ukiah Auto Dismantlers, Wayne Hunt,      )
   Isabel Lewright, Warrior Industries, Inc.,)
15 Richard Mayfield, Ross Junior Mayfield,  )
   Paula Mayfield, Kenneth Hunt, U.S.       )
16 Alchemy Corporation, and DOES 1-10,      )
17 Inclusive.                               )
                                            )
18          Defendants.                     )

19
       I declare that I am employed in the County of Sonoma, California. I am over the age of
20
21 eighteen (18) years and not a party to the within case; my business address is P.O. Box 454,

22 Petaluma, California 94954-0454.
23
       This case is assigned to electronic case filing (EFC) and the Case Management Order was
24
25 posted on the EFC website on October 5, 2007.

26     In addition, on October 11, 2007, I served the **Notice and Case Management Conference**

27 **Order** on the interested party in said case by mail and facsimile:

28

---

Certificate of Service of Notice and Case                    Case No.: C 07 2648 EMC
Management Conference Order

1

| | |
|---|---|
| Hans W. Herb<br>PO Box 970<br>Santa Rosa, CA 95402-0970 | Christopher J. Neary<br>110 South Marin Street, Suite C<br>Willits, CA 95490 |
| Facsimile: 707-459-3018 | Facsimile: 707-575-0364 |

    I placed said document in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Petaluma, California, following ordinary business practices. I am readily familiar with the practice of Biggs Law P.C. for the processing of correspondence is deposited with the Untied States Postal Service the same day as it is placed for processing.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Petaluma, California, on October 11, 2007.

_____
Jessica Bobus

---

Certificate of Service of Notice and Case
Management Conference Order

Case No.: C 07 2648 EMC

2