Hans W. Herb, Esq. (SBN 136018)
**LAW OFFICES OF HANS W. HERB**
P. O. Box 970
Santa Rosa, California 95402
(707) 576-0757
(707) 575-0364 Fax

Attorneys for Defendants
RICHARD MAYFIELD and
WARRIOR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION; PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION; and, LEONA WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> UKIAH AUTO DISMANTLERS; WAYNE HUNT; ISABEL LEWRIGHT; WARRIOR INDUSTRIES, INC.; RICHARD MAYFIELD; ROSS JUNIOR MAYFIELD; PAULA MAYFIELD; KENNETH HUNT; U.S. ALCHEMY CORPORATION; and, DOES 1-50, Inclusive, <br><br> Defendants. | Case No.: C 07-02648 SI <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** <br> [Local Rule 6-1(a)] |

Counsel for Plaintiffs, PINOLEVILLE POMO NATION; PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION; and, LEONA WILLIAMS, and for Defendants, RICHARD MAYFIELD and WARRIOR INDUSTRIES, INC. ("Defendants"), hereby stipulate that Defendants' time within which to answer or otherwise respond to the Complaint is hereby extended through and including December 5, 2007. This change will not alter the date of any event or any deadline already fixed by court order. (See Local Rule 6-1(a).)

DATED: October 23, 2007

_____
Hans W. Herb
Attorney for Defendants
Richard Mayfield and
Warrior Industries, Inc.

DATED: October 22, 2007

_____
Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo
Nation Environmental Association and
Leona Williams