IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PINOLEVILLE POMO NATION,   No. C 07-02648SI

      Plaintiff,   **NOTICE**

  v.

UKIAH AUTO DISMANTLERS,

      Defendant.
                               /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss previously scheduled to occur on November 30, 2007 has been continued to Friday, December 7, 2007, at 9:00 a.m. The initial case management conference shall remain on December 7, 2007 at 2:00 p.m.

Dated: November 16, 2007    RICHARD W. WIEKING, Clerk

                                                         Tracy Sutton
                                                         Deputy Clerk