Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone:  (707) 763-8000
Facsimile:  (707) 763-8010

Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association and Leona Williams

Christopher J. Neary
Attorney at Law (SBN. 69220)
110 South Main Street, Suite C
Willits, CA 95490

Attorney for Defendants
U.S. Alchemy Corporation, dba Ukiah Auto Dismantlers and Wayne Hunt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,<br><br>  Plaintiffs,<br><br>   and<br><br>Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive.<br><br>  Defendants. | Case No.:   C 07 2648 SI<br><br>**Joint Application For Continuance of Case Management Conference and Proposed Order**<br><br>Hearing: December 7, 2007 2:00 P.M. |

  The parties in the above-entitled action jointly submit this Joint Application for Continuance  of the Case Management Statement and Proposed Order.

---

Joint Case Management Statement    Case No.: C 07 2648 SI
and Proposed Order

1

Case 3:07-cv-02648-SI   Document 28   Filed 12/03/2007   Page 2 of 3

1  The parties have met and conferred and reached agreement on all issues of the
2 Case Management Conference Statement, and have exchanged initial document
3 disclosures. The parties mistakenly assumed that the Case Management Conference
4 would be continued to December 18, the date when the Motion to Dismiss is to be
5 heard.

The parties have not completed the text of the Case Management Conference Statement under the mistaken belief that there was additional time to do so and were surprised that the Case Management Conference remains on calendar for December 7. For this reason the parties request a continuance of the Case Management Conference to December 18, or such other time as the Court may set.

The continuance would permit the parties to address the dismissal of Kenneth Hunt and Isabel Lewright as parties defendant and to require Warrior Industries and Richard Mayfield to appear in the action, or suffer their default.

The undersigned will be in attendance at the scheduled hearing.

Dated: December 3, 2007

| Michael S. Biggs (SBN. 237640) | Attorney for Plaintiffs |
| BIGGS LAW PC | Pinoleville Pomo Nation, Pinoleville Pomo Nation |
| PO Box 454 | Environmental Association and Leona Williams |
| Petaluma, CA 94953-0454 | |
| Telephone: (707) 763-8000 | |
| Facsimile: (707) 763-8010 | |

Dated: December 3, 2007

Attorney for Defendants
Christopher J. Neary          U.S. Alchemy Corporation, dba Ukiah Auto
Attorney at Law (SBN. 69220)  Dismantlers and Wayne Hunt
110 South Main Street, Suite C
Willits, CA 95490

Joint Case Management Statement                        Case No.: C 07 2648 SI
and Proposed Order
2

**CASE MANAGEMENT ORDER**

The Court continues the Case Management Conference to _____ and orders that the Case Management Statement filed on or before _____.

Dated: _____   _____
                              Honorable Susan Illston
                              United States District Judge