Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone: (707) 763-8000
Facsimile: (707) 763-8010

Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association and Leona Williams

Christopher J. Neary
Attorney at Law (SBN. 69220)
110 South Main Street, Suite C
Willits, CA 95490

Attorney for Defendants
U.S. Alchemy Corporation, dba Ukiah Auto Dismantlers and Wayne Hunt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,<br><br>　　　　Plaintiffs,<br>　　and<br>Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive.<br><br>　　　　Defendants. | Case No.:   C 07 2648 SI<br><br>**Joint Application For Continuance of Case Management Conference and Proposed Order**<br><br>Hearing: December 7, 2007 2:00 P.M. |

　　The parties in the above-entitled action jointly submit this Joint Application for Continuance of the Case Management Statement and Proposed Order.

---

Joint Case Management Statement　　　　　　　　　　　　　　　　　　　　　　　　Case No.: C 07 2648 SI
and Proposed Order

1

The parties have met and conferred and reached agreement on all issues of the Case Management Conference Statement, and have exchanged initial document disclosures. The parties mistakenly assumed that the Case Management Conference would be continued to December 18, the date when the Motion to Dismiss is to be heard.

The parties have not completed the text of the Case Management Conference Statement under the mistaken belief that there was additional time to do so and were surprised that the Case Management Conference remains on calendar for December 7. For this reason the parties request a continuance of the Case Management Conference to December 18, or such other time as the Court may set.

The continuance would permit the parties to address the dismissal of Kenneth Hunt and Isabel Lewright as parties defendant and to require Warrior Industries and Richard Mayfield to appear in the action, or suffer their default.

The undersigned will be in attendance at the scheduled hearing.

Dated: December 3, 2007

| | |
|---|---|
| Michael S. Biggs (SBN. 237640)<br>BIGGS LAW PC<br>PO Box 454<br>Petaluma, CA 94953-0454<br>Telephone: (707) 763-8000<br>Facsimile: (707) 763-8010 | Attorney for Plaintiffs<br>Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association and Leona Williams |

Dated: December 3, 2007

| | |
|---|---|
| Christopher J. Neary<br>Attorney at Law (SBN. 69220)<br>110 South Main Street, Suite C<br>Willits, CA 95490 | Attorney for Defendants<br>U.S. Alchemy Corporation, dba Ukiah Auto Dismantlers and Wayne Hunt |

**CASE MANAGEMENT ORDER**

The Court continues the Case Management Conference to __12/18/07__ and orders that the Case Management Statement filed on or before __12/11/07__.

Dated: _____      _____
                              Honorable Susan Illston
                              United States District Judge