**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 12/18/07

Case No.   C-07-2648 SI           Judge:   SUSAN ILLSTON

Title: PINOLEVILLE -v- UKIAH AUTO

Attorneys: Biggs (phone)            Neary

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                            PART

Case continued to **2/15/08 @ 9:00 a.m.** for Plaintiff's Motion for Preliminary Injunction

Case continued to **2/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **9/5/08    @ 9:00 a.m.**   for Motions
(Motion due **8/1/08**, Opposition **8/15/08** Reply **8/22/08**)

Case continued to **10/7/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **10/20/08   @ 8:30 a.m.** for Trial (JURY:  Days)
Discovery Cutoff: 7/26/08  Designate Experts by: 6/27/08, Rebuttal Experts:7/11/08, Expert Discovery Cutoff:7/26/08

ORDERED AFTER HEARING:
Plaintiff will be dismissing Isabel Lewright and Ross Junior Mayfield.