IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, | No. C 07-02648 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UKIAH AUTO DISMANTLERS, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION: February 15, 2008 @ 9 a.m.

FURTHER CASE MANAGEMENT: February 15, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 26, 2008.

DESIGNATION OF EXPERTS: 6/27/08; REBUTTAL: 7/11/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 26, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by August 1, 2008;

    Opp. Due August 15, 2008;  Reply Due August 22, 2008;

    and set for hearing no later than September 5, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 7, 2008 at 3:30 PM.

JURY TRIAL DATE: October 20, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall dismiss Isabel Lewright and Ross Junior Mayfield.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge