CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA 95490

(707) 459-5551

Attorney for defendants, U.S. ALCHEMY CORPORATION,
dba UKIAH AUTO DISMANTLERS and WAYNE HUNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION and LEONA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, WAYNE HUNT, ISABEL LEWRIGHT, WARRIOR INDUSTRIES, INC., RICHARD MAYFIELD, ROSS JUNIOR MAYFIELD, PAULA MAYFIELD, KENNETH HUNT, U.S. ALCHEMY CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. C 07-02648 SI<br><br>DEFENDANT U.S. ALCHEMY CORPORATION'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF, CIVIL PENALTIES, RESTITUTION, REMEDIATION AND DAMAGES |

Comes now, U.S. ALCHEMY CORPORATION, dba UKIAH AUTO DISMANTLERS ("UAD") answers the Complaint for injunctive relief, civil penalties, restitution, remediation and damages filed by plaintiffs PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION, and LEONA WILLIAMS as follows:

1. In response to the allegations UAD admits that Plaintiffs have brought this

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 1 -

action under the citizen-suit provisions of the Clean Water Act and RCRA. UAD denies each and every other allegation of paragraph 1.

2. UAD denies each and every allegation contained in Paragraph 2.

3. UAD denies each and every allegation contained in Paragraph 3.

4. UAD admits that Plaintiffs seek the relief requested.

5. UAD admits that Plaintiffs seek the relief cited, except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 5.

6. UAD has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 6, and on such basis denies each and every allegation contained therein.

7. UAD has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7, and on such basis denies each and every allegation contained therein.

8. UAD has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8, and on such basis denies each and every allegation contained therein.

9. UAD has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9, and on such basis denies each and every allegation contained therein.

10. In response to Paragraph 10, UAD admits that it conducts business under the firm name and style of Ukiah Auto Dismantlers, and that its address is 500-D Pinoleville Drive, Ukiah, California 95482. Except as expressly admitted herein, UAD denies each and every other allegation of Paragraph 10.

11. UAD has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 11, and on such basis denies each and every allegation contained therein.

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

12. In response to Paragraph 13, UAD admits that the text of the provisions can be identified from the provisions, excepts as expressly admitted herein, UAD denies each and every other allegation of paragraph 13.

13. In response to Paragraph 14, UAD admits that the text of the provisions can be identified from the provisions, excepts as expressly admitted herein, UAD denies each and every other allegation of paragraph 14.

14. In response to Paragraph 15, UAD denies each and every allegation contained therein.

15. In response to Paragraph 16, UAD admits the allegations contained therein.

16. In response to Paragraph 17, UAD admits that the text of the documents referred to can be identified from the referenced documents. Except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 17.

17. In response to Paragraph 18, UAD denies each and every allegation contained therein.

18. In response to Paragraph 19, UAD admits the allegations contained therein.

19. In response to Paragraph 20, UAD admits that he has filed a notice with the RWQB to be covered by the General Permit. Except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 20.

20. In response to the statements in Paragraph 21, UAD acknowledges that the statements are generally correct as a matter of general application. Except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 21.

21. In response to the statements in Paragraph 22, UAD acknowledges that the statements are generally correct as a matter of general application. Except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 22.

22. In response to the statements in Paragraph 24, UAD acknowledges that the statements are generally correct as a matter of general application. Except as expressly

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 3 -

admitted herein, UAD denies each and every other allegation contained in Paragraph 24.

23. In response to Paragraph 25, UAD denies each and every allegation contained therein.

24. In response to Paragraph 26, UAD denies each and every allegation contained therein.

25. In response to Paragraph 27, UAD denies that plaintiffs are entitled to impose civil penalties or that plaintiffs have established the basis for equitable relief, and furthermore denies each and every allegation contained therein.

26. In response to Paragraph 28, UAD denies each and every allegation contained therein.

27. In response to Paragraph 29, UAD denies each and every allegation contained therein.

28. In response to Paragraph 30, UAD denies each and every allegation contained therein.

29. In response to Paragraph 31, UAD denies each and every allegation contained therein.

30. In response to Paragraph 32, UAD denies that plaintiffs are entitled to impose civil penalties or that plaintiffs have established the basis for equitable relief, and furthermore denies each and every allegation contained therein.

31. In response to Paragraph 34, UAD admits that the text of the document referred to can be identified from the document. Except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 34.

32. In response to Paragraph 35, UAD admits that the North Coast Regional Water Quality Control Board and the Mendocino County Department of Health, along with other agencies, regulate the activities of the general public, including UAD. Except as expressly admitted herein, UAD denies each and every other allegation contained in

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 4 -

paragraph 35.

33. In response to Paragraph 36, UAD admits the allegations contained therein.

34. In response to Paragraph 37, UAD denies each and every allegation contained therein.

35. In response to Paragraph 38, UAD denies each and every allegation contained therein.

36. In response to Paragraph 40, UAD admits that the text of the document referred to can be identified from the document, except as expressly admitted herein, UAD denies each and every other allegation contained therein.

37. In response to Paragraph 41, UAD denies each and every allegation contained therein.

38. In response to Paragraph 42, UAD denies each and every allegation contained therein.

39. In response to Paragraph 43, UAD denies each and every allegation contained therein.

40. In response to Paragraph 44, UAD has insufficient knowledge or information to form a belief as to the accuracy of the allegations contained therein, and on such basis denies each and every allegation contained therein.

41. In response to Paragraph 45, UAD has insufficient knowledge or information to form a belief as to the accuracy of the allegations contained therein, and on such basis denies each and every allegation contained therein.

42. In response to Paragraph 46, UAD has insufficient knowledge or information to form a belief as to the accuracy of the allegations contained therein, and on such basis denies each and every allegation contained therein.

43. In response to Paragraph 47, UAD denies each and every allegation contained therein.

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

44. In response to Paragraph 49, UAD denies each and every allegation contained therein.

45. In response to Paragraph 50, UAD denies each and every allegation contained therein.

46. In response to Paragraph 51, UAD denies each and every allegation contained therein.

47. In response to Paragraph 52, UAD denies each and every allegation contained therein.

48. In response to Paragraph 53, UAD denies each and every allegation contained therein.

49. In response to Paragraph 55, UAD denies each and every allegation contained therein.

50. In response to Paragraph 56, UAD admits that the text of the document referred to can be identified from the document, except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 56.

51. In response to Paragraph 57, UAD admits that the text of the document referred to can be identified from the document, except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 57.

52. In response to Paragraph 58, UAD denies each and every allegation contained therein.

53. In response to Paragraph 59, UAD denies each and every allegation contained therein.

54. In response to Paragraph 60, UAD denies each and every allegation contained therein.

55. In response to Paragraph 62, UAD denies each and every allegation contained therein.

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

56. In response to Paragraph 63, UAD denies each and every allegation contained therein.

57. In response to Paragraph 65, UAD denies each and every allegation contained therein.

58. In response to Paragraph 66, UAD denies each and every allegation contained therein.

59. In response to Paragraph 67, UAD denies each and every allegation contained therein.

60. In response to Paragraph 69, UAD denies each and every allegation contained therein.

61. In response to Paragraph 70, UAD denies each and every allegation contained therein.

62. In response to Paragraph 71, UAD denies each and every allegation contained therein.

63. In response to Paragraph 72, UAD denies each and every allegation contained therein.

64. In response to Paragraph 73, UAD denies each and every allegation contained therein.

65. In response to Paragraph 74, UAD denies each and every allegation contained therein.

66. In response to Paragraph 75, UAD denies each and every allegation contained therein.

67. In response to Paragraph 76, UAD has insufficient information and belief as to the accuracy of statements contained therein, and on such basis denies each and every allegation contained therein.

68. In response to Paragraph 77, UAD has insufficient information and belief as

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

to the accuracy of statements contained therein, and on such basis denies each and every allegation contained therein.

69. In response to Paragraph 78, UAD denies each and every allegation contained therein.

70. In response to Paragraph 79, UAD denies each and every allegation contained therein.

71. In response to Paragraph 80, UAD denies each and every allegation contained therein.

72. In response to Paragraph 81, UAD has insufficient information and belief as to the accuracy of statements about plaintiffs' discoveries, and on such basis denies each and every allegation contained therein.

73. In further response to Paragraph 81, UAD denies that the document referred to as Exhibit "E" was addressed to or received by UAD, and on such basis denies each and every allegation contained therein.

74. In response to Paragraph 82, UAD denies each and every allegation contained therein.

75. In response to Paragraph 83, UAD has insufficient information and belief as to what appeared reasonable to plaintiffs and on such basis denies each and every allegation contained in Paragraph 83.

76. In response to Paragraph 84, UAD admits that the notices referenced in Exhibits "A" and "B" were mailed by certified mail by plaintiffs, but except as expressly admitted, denies each and every other allegation contained in Paragraph 84.

77. In response to Paragraph 85, UAD has insufficient information and knowledge to form a belief as to the accuracy of the allegations contained therein because UAD does not know what plaintiffs refer to as "related acts and omissions" and on such basis denies each and every allegation contained therein.

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

78. In response to Paragraph 86, UAD denies each and every allegation contained therein.

79. In response to Paragraph 88, UAD denies each and every allegation contained therein.

80. In response to Paragraph 89, UAD denies each and every allegation contained therein.

81. In response to Paragraph 91, UAD denies each and every allegation contained therein.

82. In response to Paragraph 92, UAD denies each and every allegation contained therein.

83. In response to Paragraph 94, UAD denies each and every allegation contained therein.

84. In response to Paragraph 95, UAD denies each and every allegation contained therein.

85. In response to Paragraph 96, UAD denies each and every allegation contained therein.

86. In response to Paragraph 98, UAD denies each and every allegation contained therein.

87. In response to Paragraph 99, UAD admits that the parties have duties to each other, but except as expressly admitted herein, UAD denies each and every other allegation contained in Paragraph 99.

88. In response to Paragraph 100, UAD denies each and every allegation contained therein.

89. In response to Paragraph 101, UAD denies each and every allegation contained therein.

90. In response to Paragraph 102, UAD has insufficient knowledge or

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 9 -

information to respond to paragraph 102, and on such basis denies each and every allegation contained in Paragraph 102.

91. In response to Paragraph 103, UAD denies each and every allegation contained therein.

92. In response to Paragraph 104, UAD denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

93. As and for a first affirmative defense, UAD alleges that plaintiffs fail to state a claim upon which relief can be granted.

94. As and for a second affirmative defense, UAD alleges that plaintiffs lack standing to litigate the claims and counts they assert.

95. As and for a third affirmative defense, UAD alleges that plaintiffs' claims are barred, in whole or in part, because plaintiffs have not provided adequate notice and did not comply with 33 U.S.C. § 1365(b) or 42 U.S.C. § 6972(b) or both.

96. As and for a fourth affirmative defense, UAD alleges that plaintiffs' claims are barred, in whole or in part, because this court lacks subject matter jurisdiction over this dispute because there are no ongoing violations on property owned or controlled by this answering defendant.

97. As and for a fifth affirmative defense, UAD alleges that plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations, including but not limited to 28 U.S.C. § 6462.

98. As and for a sixth affirmative defense, UAD alleges that UAD should be absolved of any and all liability because UAD is in compliance with all requirements imposed by the North Coast Regional Water Quality Control Board, and because investigation and cleanup of the property is under the oversite of the North Coast Regional Water Quality Control Board.

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET.
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 10 -

99. As and for a seventh affirmative defense, UAD alleges that UAD should be absolved of any and all liability because UAD is in compliance with all requirements imposed by the North Coast Regional Water Quality Control Board and because the Court should defer to the regulation and oversite of the property by the North Coast Regional Water Quality Control Board.

100. As and for an eighth affirmative defense, UAD alleges that plaintiffs' claims are barred by the doctrine of *laches*.

101. As and for a ninth affirmative defense, UAD alleges that plaintiffs' claims are barred by the doctrine of unclean hands.

102. As and for a tenth affirmative defense, UAD alleges that UAD was not the cause in fact of any threatened or actual releases of hazardous substances or hazardous wastes as alleged by plaintiffs.

103. As and for an eleventh affirmative defense, UAD alleges that at the time of the incident alleged in plaintiffs' complaint, plaintiffs failed to exercise reasonable and ordinary care for their own safety, such as the injuries and damages allegedly sustained by plaintiffs were proximately caused or contributed to by plaintiffs' own negligence. More specifically, plaintiffs failed to maintain their property free of pollution, hazardous substances, or hazardous wastes.

104. As and for a twelfth affirmative defense, UAD alleges that plaintiffs are not entitled to the relief requested in the complaint because such relief would work a substantial hardship on the defendant relative to the benefit plaintiffs would gain by the relief requested.

105. As and for a thirteenth affirmative defense, UAD alleges that plaintiffs failed to mitigate their damages.

106. As and for a fourteenth affirmative defense, UAD alleges that the injuries asserted by plaintiffs occurred by reason of an upset [force majeure], specifically, a major

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET.
SUITE C
WILLITS. CALIFORNIA 95490
(707) 459-5551

- 11 -

storm occurring on the evening of December 31, 2005 - January 1, 2006.

107.  As and for a fifteenth affirmative defense, UAD alleges that plaintiffs have failed to assist and aid defendant to minimize and prevent continuation of the alleged violations at the time of the alleged investigations by plaintiffs by failing to advise UAD, its agents, employees, officers, representatives, or any person, of the alleged violations and by asserting this matter defendant does not admit any violations, and to contrary denies any and all allegations of any violations.

108.  UAD asserts all applicable defenses pled by any other defendant to this action and incorporates them by this reference.

109.  UAD reserves the right to offer additional defenses, including defenses that cannot now be identified because plaintiffs have not sufficiently described their claims or because UAD lacks sufficient knowledge and information.

## RELIEF REQUESTED

Defendant UAD respectfully prays for judgment herein as follows:

1. That plaintiffs' request for relief be denied;
2. That this case be dismissed with prejudice;
3. That UAD be awarded its costs of suit incurred herein;
4. That UAD be awarded its reasonable attorney's fees and expert fees in defending this suit; and
5. That UAD be awarded such other and further relief as the Court considers just and appropriate under all the circumstances of this case.

DATED: December 31, 2007

_____
CHRISTOPHER J. NEARY
Attorney for Defendant
U.S. ALCHEMY CORPORATION dba
UKIAH AUTO DISMANTLERS

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551