Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone: (707) 763-8000
Facsimile: (707) 763-8010

Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo Nation
Environmental Association and Leona Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,<br><br>　　　　Plaintiffs,<br><br>　　and<br><br>Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive.<br><br>　　　　Defendants. | Case No.:　C 07 2648 SI<br><br>STIPULATION TO RESET HEARING DATE FOR PRELIMINARY INJUNCTION<br><br>Date:　　2/15/08<br>Time:　　9:00 a.m.<br>Location:　Courtroom C, 15th Floor<br><br>New Date: 3/21/08 9:00 a.m. |

　　　IT IS HEREBY STIPULATED, by and through the parties respective attorneys of record, CHRISTOPHER J. NEARY and MICHAEL S. BIGGS, that the following shall be made the order of the court:

　　　1.　　The Hearing for Preliminary Injunction on February 15, 2008 at 9:00 a.m., at the United States District Court Northern District of California, located at 450 Golden Gate Avenue, Courtroom C, 15th Floor, San Francisco, California, has been changed to take place on March 21, 2008 at 9:00 a.m. at the same location. All Moving or Supporting papers are to be filed no later

---

1
STIPULATION TO RESET HEARING DATE FOR PRELIMINARY INJUNCTION

than February 15, 2008. Opposition papers are to be filed no later than March 7, 2008. Reply papers are to be filed no later than March 14, 2008.

Dated: January 10, 2007

_____
Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams

Dated: January 10, 2007

_____
Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation, dba Ukiah Auto Dismantlers and Wayne Hunt

## ORDER

IT IS SO ORDERED.

Dated: January ___, 2007

_____
Judge of the United States District Court
Northern District of California

2
STIPULATION TO RESET HEARING DATE FOR PRELIMINARY INJUNCTION