**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/15/08

Case No.   C-07-2648 SI           Judge:   SUSAN ILLSTON

Title: PINOLEVILLE POMO NATION  -v- UKIAH AUTO DISMANTLERS

Attorneys: M. Biggs          C. Neary (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **4/16/08     @ 3:30 p.m.**   for Motions
(Motion due **3/5/08**, Opposition **3/26/08** Reply **4/7/08**)

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Plaintiff has until 3/5/08 to decide whether or not to add Brent Mayfield and Davey Tree as parties.

By 2/22/08, Mayfield and Warrior Industries answers are due and plaintiff shall dismiss Kenneth Hunt or not.

Defendant indicated that he will try to obtain the divorce documents from Lake Co. as to Hunt and Lewright.  If the divorce was before liability, the wife will be dismissed.