Hans W. Herb, Esq. SBN 136018  
LAW OFFICES OF HANS W. HERB  
P. O. Box 970  
Santa Rosa, CA 95402  
707/576-0757  
707/575-0364 Fax  

Attorney for Defendant and  
Cross-Claimant, Richard Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UKIAH AUTO DISMANTLERS, *et al.*, <br><br> Defendants. | Case No.: C-07-2648 SI <br><br> **RICHARD MAYFIELD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| RICHARD MAYFIELD <br><br> Cross-Claimant, <br><br> v. <br><br> PINOLEVILLE POMO NATION; PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION; LEONA WILLIAMS; and, UKIAH AUTO DISMANTLERS, <br><br> Cross-Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: R& M Backhoe; unknown persons with the Mayfield surname (Mayfield is a

---

CASE NO. C-07-2648 SI                                                                                                  1  
RICHARD MAYFIELD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 common name and a large extended family in the Ukiah area; Rick Mayfield may be a
2 relation).

3 Dated: February 21, 2007                LAW OFFICES OF HANS W. HERB

4                                          /S/
5
6                                          _____
                                           Hans W. Herb
7                                          Attorney for Defendant andCross-
                                           Claimant, Richard Mayfield