Hans W. Herb, Esq. SBN 136018
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA  95402
707/576-0757
707/575-0364 Fax

Attorney for Defendant and
Cross-Claimant, Richard Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UKIAH AUTO DISMANTLERS, *et al.*, <br><br> Defendants. | Case No.:  C-07-2648 SI <br><br> **CROSS-CLAIMANT RICHARD MAYFIELD'S DEMAND FOR JURY TRIAL** |
| RICHARD MAYFIELD <br><br> Cross-Claimant, <br><br> v. <br><br> PINOLEVILLE POMO NATION; PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION; LEONA WILLIAMS; and, UKIAH AUTO DISMANTLERS, <br><br> Cross-Defendants. | |

Cross-Claimant Richarde Mayfield hereby demands a jury trial on all issues appropriate for jury trial.

Dated:  February 21, 2007

LAW OFFICES OF HANS W. HERB
/S/
_____
Hans W. Herb
Attorney for Cross-Claimant,
Richard Mayfield

_____
CASE  NO. C-07-2648 SI
CROSS-CLAIMANT RICHARD MAYFIELD'S DEMAND FOR JURY TRIAL