Case 3:07-cv-02648-SI    Document 44    Filed 02/22/2008    Page 1 of 3

Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone: (707) 763-8000
Facsimile: (707) 763-8010

Attorney for Plaintiff(s
Pinoleville Pomo Nation, Pinoleville Pomo Nation
Environmental Association and Leona Williams

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,<br><br>Plaintiffs,<br><br>and<br><br>Ukiah Auto Dismantlers, Wayne Hunt, Isabel Lewright, Warrior Industries, Inc., Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation, and DOES 1-10, Inclusive.<br><br>Defendants. | Case No.:   C 07 2648 SI<br><br>NOTICE OF DISMISSAL OF DEFENDANT KENNETH HUNT |

The Plaintiff(s), by its undersigned attorney, hereby gives notice in accordance with Rule 41(a)(1), Federal Rules of Civil Procedure, of the voluntary dismissal of the above entitled action as to defendant KENNETH HUNT without order of the court. With respect thereto, the Plaintiff states that no answer or motion for summary judgment has been received by counsel for the Plaintiff. Such dismissal is without prejudice and is not on the merits. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by the Plaintiff in its complaint herein.

*PPN et al v. UAD et al*
*Notice of Dismissal*
*as to Kenneth Hunt*

1

C07 2648 SI

1  Dated: February 22, 2008

2                                                    [S]
                                        _____
3
                                        Michael S. Biggs
4                                       Attorney for Plaintiff(s)
                                        Pinoleville Pomo Nation, Pinoleville Pomo Nation
5                                       Environmental Association, and Leona Williams,

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PPN et al v. UAD et al*
*Notice of Dismissal*
*as to Kenneth Hunt*
                    2                    C07 2648 SI