1  BIGGS LAW PC
   Michael S. Biggs (SBN. 237640)
2  Post Office Box 454
   Petaluma, CA 94953-0454
3  Telephone: (707) 763-8000
   Facsimile: (707) 763-8010
4
5  Attorney for Plaintiffs,

6  Pinoleville Pomo Nation, Pinoleville Pomo Nation
   et al
7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   Pinoleville Pomo Nation, Pinoleville Pomo )   Case No.:   C 07-02648 SI
12 Nation Environmental Association, and    )
   Leona Williams,                          )
13                                          )
                                            )   JOINT STIPULATION FOR REVISION
14           Plaintiffs,                    )   AND EXTENSION OF SCHEDULING
                                            )   ORDER FOR HEARING ON
15       and                                )   PRELIMINARY INJUNCTION
   Ukiah Auto Dismantlers, Wayne Hunt,      )
16 Isabel Lewright, Warrior Industries, Inc.,)
   Richard Mayfield, Ross Junior Mayfield,  )   Hearing Date April 16, 2008
17 Paula Mayfield, Kenneth Hunt, U.S.       )   3:30 PM
18 Alchemy Corporation, and DOES 1-10,      )
   Inclusive.                               )   Judge Illston
19                                          )
           Defendants.                      )
20                                          )
21

22
       To the Honorable Susan Illston, Judge, United States District Judge:
23
       PLEASE TAKE NOTICE that the parties to the above entitled action hereby jointly stipulate
24
   and are in agreement in revising and extending certain dates set forth in the Court's scheduling
25
   order of February 15, 2008 as to the hearing on preliminary injunction calendared to take place
26
   on April 16, 2008. The parties hereto request that the scheduling order be revised as follows:
27
28

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al                              Case No.: C 07 -02648 SI
v. Ukiah Auto Dismantlers et al

1

1
2  IT IS HEREBY STIPULATED, by and between defendants U.S. Alchemy Corporation Ukiah
3  Auto Dismantlers, Wayne Hunt, and Richard Mayfield, and plaintiffs Pinoleville Pomo
   Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,
4  that the following shall be made the order of the court.
5
6
7  The SCHEDULING ORDER of February 15, 2008, as to the hearing and briefing for the
   hearing on preliminary injunction calendared to be heard on April 16, 2008, 3:30 PM shall be
8  revised to be heard on April 23, 2008, at 3:30 PM. Motion to be due March 21, 2008, opposition
9  due April 15, 2008, reply due April 18, 2008.
10
11 IT IS SO STIPULATED.
12
13
14 Dated: _____
                                        _____
15                                      Michael S. Biggs
                                        Attorney for Plaintiffs
16                                      Pinoleville Pomo Nation, et al
17
18 Dated: March 6, 2008             _____
19                                      Christopher J. Neary
                                        Attorney for Defendants
20                                      U.S. Alchemy Corporation Ukiah Auto
21                                      Dismantlers, Wayne Hunt
22
23 Dated: _____
                                        _____
24                                      Hans Herb
                                        Attorney for Defendant
25                                      Richard Mayfield
26
27
28

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al                              Case No.: C 07-02648 SI

2

IT IS SO STIPULATED.

Dated: 3/4/08

Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, et al

Dated: _____

Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation Ukiah Auto
Dismantlers, Wayne Hunt

Dated: _____

Hans Herb
Attorney for Defendant
Richard Mayfield

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al

Case No.: C 07 -02648 SI

2

TRANSMISSION VERIFICATION REPORT

TIME    : 03/04/2008 02:18
NAME    :
FAX     :
TEL     :
SER.#   : BROA8J767772

DATE,TIME         03/04 02:18
FAX NO./NAME      4593018
DURATION          00:00:21
PAGE(S)           01
RESULT            OK
MODE              STANDARD
                  ECM