1  BIGGS LAW PC
2  Michael S. Biggs (SBN. 237640)
   Post Office Box 454
3  Petaluma, CA 94953-0454
   Telephone: (707) 763-8000
4  Facsimile: (707) 763-8010

5  Attorney for Plaintiffs,
6  Pinoleville Pomo Nation, Pinoleville Pomo Nation et al

7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 Pinoleville Pomo Nation, Pinoleville Pomo  )  Case No.:  C 07-02648 SI
12 Nation Environmental Association, and      )
   Leona Williams,                            )
13                                             )
                                               )  JOINT STIPULATION FOR REVISION
14              Plaintiffs,                    )  AND EXTENSION OF SCHEDULING
                                               )  ORDER FOR HEARING ON
15         and                                 )  PRELIMINARY INJUNCTION
                                               )
16 Ukiah Auto Dismantlers, Wayne Hunt,         )
   Isabel Lewright, Warrior Industries, Inc., )  Hearing Date April 16, 2008
17 Richard Mayfield, Ross Junior Mayfield,     )  3:30 PM
   Paula Mayfield, Kenneth Hunt, U.S.          )
18 Alchemy Corporation, and DOES 1-10,         )  Judge Illston
   Inclusive.                                  )
19                                             )
                                               )
20              Defendants.                    )
21                                             _____

22 To the Honorable Susan Illston, Judge, United States District Judge:
23
24    PLEASE TAKE NOTICE that the parties to the above entitled action hereby jointly stipulate
25 and are in agreement in revising and extending certain dates set forth in the Court's scheduling
26 order of February 15, 2008 as to the hearing on preliminary injunction calendared to take place
27 on April 16, 2008. The parties hereto request that the scheduling order be revised as follows:
28

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al
Case No.: C 07-02648 SI

1  IT IS HEREBY STIPULATED, by and between defendants U.S. Alchemy Corporation Ukiah
2  Auto Dismantlers, Wayne Hunt, and Richard Mayfield, and plaintiffs Pinoleville Pomo
3  Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams,
4  that the following shall be made the order of the court.
5
6  The SCHEDULING ORDER of February 15, 2008, as to the hearing and briefing for the
7  hearing on preliminary injunction calendared to be heard on April 16, 2008, 3:30 P.M. shall be
8  revised to be heard on April 23, 2008, at 3:30 P.M. Motion to be due March 21, 2008, opposition
9  due April 15, 2008, reply due April 18, 2008.
10
11 IT IS SO STIPULATED.
12
13
14 Dated: _____
15         Michael S. Biggs
16         Attorney for Plaintiffs
17         Pinoleville Pomo Nation, et al
18 Dated: March 6, 2008
19         Christopher J. Neary
20         Attorney for Defendants
21         U.S. Alchemy Corporation Ukiah Auto
22         Dismantlers, Wayne Hunt
23
24 Dated: _____
25         Hans Herb
26         Attorney for Defendant
27         Richard Mayfield
28

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al                     Case No.: C 07-02648 SI

2

TRANSMISSION VERIFICATION REPORT

| | |
|---|---|
| TIME | : 03/04/2008 02:18 |
| NAME | : |
| FAX | : |
| TEL | : |
| SER.# | : BROA8J767772 |

| | |
|---|---|
| DATE,TIME | 03/04 02:18 |
| FAX NO./NAME | 4593018 |
| DURATION | 00:00:21 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

IT IS SO STIPULATED.

Dated: 3/4/08

Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, et al

Dated: ____________

Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation Ukiah Auto Dismantlers, Wayne Hunt

03-04-08 14:02 REF:

Dated: ____________

Hans Herb
Attorney for Defendant
Richard Mayfield

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al
Case No.: C 07-02648 SI

## ORDER

Good cause appearing, it is so ordered.

Dated: _____

_____
Hon. Susan Illston
United States District Judge