1  BIGGS LAW PC
   Michael S. Biggs (SBN. 237640)
2  Post Office Box 454
   Petaluma, CA 94953-0454
3  Telephone: (707) 763-8000
   Facsimile: (707) 763-8010
4
5  Attorney for Plaintiffs,

6  Pinoleville Pomo Nation, Pinoleville Pomo Nation et al

7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
   Pinoleville Pomo Nation, Pinoleville Pomo ) Case No.:   C 07-02648 SI
12 Nation Environmental Association, and     )
   Leona Williams,                           )
13                                            )
                                              ) JOINT STIPULATION FOR REVISION
14           Plaintiffs,                      ) AND EXTENSION OF SCHEDULING
                                              ) ORDER FOR HEARING ON
15      and                                   ) PRELIMINARY INJUNCTION
   Ukiah Auto Dismantlers, Wayne Hunt,        )
16 Isabel Lewright, Warrior Industries, Inc., )
   Richard Mayfield, Ross Junior Mayfield,    ) Hearing Date ~~April 16, 2008~~   Thursday, April, 24, 2008
17 Paula Mayfield, Kenneth Hunt, U.S.         ) 3:30 PM
18 Alchemy Corporation, and DOES 1-10,        )
   Inclusive.                                 ) Judge Illston
19                                            )
             Defendants.                      )
20                                            )

21
22
23      To the Honorable Susan Illston, Judge, United States District Judge:

24      PLEASE TAKE NOTICE that the parties to the above entitled action hereby jointly stipulate
   and are in agreement in revising and extending certain dates set forth in the Court's scheduling
25
   order of February 15, 2008 as to the hearing on preliminary injunction calendared to take place
26
27 on April 16, 2008. The parties hereto request that the scheduling order be revised as follows:
28

---
Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al                                        Case No.: C 07 -02648 SI
v. Ukiah Auto Dismantlers et al

Case 3:07-cv-02648-SI    Document 46    Filed 03/14/2008    Page 1 of 4

IT IS HEREBY STIPULATED, by and between defendants U.S. Alchemy Corporation Ukiah Auto Dismantlers, Wayne Hunt, and Richard Mayfield, and plaintiffs Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association, and Leona Williams, that the following shall be made the order of the court.

The SCHEDULING ORDER of February 15, 2008, as to the hearing and briefing for the hearing on preliminary injunction calendared to be heard on April 16, 2008, 3:30 PM shall be revised to be heard on April 24, 2008, at 3:30 PM. Motion to be due March 21, 2008, opposition due April 15, 2008, reply due April 18, 2008.

IT IS SO STIPULATED.

Dated: _____

Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, et al

Dated: March 6, 2008

Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation Ukiah Auto Dismantlers, Wayne Hunt

Dated: _____

Hans Herb
Attorney for Defendant
Richard Mayfield

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al

Case No.: C 07-02648 SI

2

Case 3:07-cv-02648-SI   Document 46   Filed 03/14/2008   Page 2 of 4        P03/04
03-06-08

IT IS SO STIPULATED.

Dated: 3/4/08

_____
Michael S. Biggs
Attorney for Plaintiffs
Pinoleville Pomo Nation, et al

Dated: _____

_____
Christopher J. Neary
Attorney for Defendants
U.S. Alchemy Corporation Ukiah Auto
Dismantlers, Wayne Hunt

Dated: _____

_____
Hans Herb
Attorney for Defendant
Richard Mayfield

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al

Case No.: C 07-02648 SI

2

TRANSMISSION VERIFICATION REPORT

TIME : 03/04/2008 02:18
NAME :
FAX :
TEL :
SER.# : BROA8J767772

DATE,TIME         03/04 02:18
FAX NO./NAME      4593018
DURATION          00:00:21
PAGE(S)           01
RESULT            OK
MODE              STANDARD
                  ECM

Case 3:07-cv-02648-SI   Document 46   Filed 03/14/2008   Page 3 of 4

## ORDER

Good cause appearing, it is so ordered.

Dated: _____

*/s/ Susan Illston*

Hon. Susan Illston
United States District Judge

Stipulation for Revision of Scheduling Order
Pinoleville Pomo Nation et al
v. Ukiah Auto Dismantlers et al

Case No.: C 07 -02648 SI

3

Case 3:07-cv-02648-SI   Document 46   Filed 03/14/2008   Page 4 of 4