1  Hans W. Herb, Esq. SBN 136018
   LAW OFFICES OF HANS W. HERB
2  P. O. Box 970
   Santa Rosa, CA 95402
3  707/576-0757
   707/575-0364 Fax
4  hans@tankman,com

5  Attorney for Defendant and
   Cross-Claimant, Richard Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UKIAH AUTO DISMANTLERS, et al., <br><br> Defendants. | Case No.: C-07-2648 SI <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO CROSS-CLAIM OF RICK MAYFIELD** <br> [Local Rule 6-1(a)] |
| RICHARD MAYFIELD <br><br> Cross-Claimant, <br><br> v. <br><br> PINOLEVILLE POMO NATION; PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION; LEONA WILLIAMS; and, UKIAH AUTO DISMANTLERS, <br><br> Cross-Defendants. | |

Counsel for Cross-Claimant RICK MAYFIELD; Cross-Defendants PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION, LEONA WILLIAMS; and Cross-Defendant UKIAH AUTO DISMANTLERS hereby stipulate that Cross-Defendants' time within which to answer or otherwise respond to the Cross-Claim is hereby extended through and including June 2, 2008. This change

will not alter the date of any event or any deadline already fixed by court order. (See Local Rule 6 1(a).)

Dated: April 10, 2008

_____
Hans W. Herb
Attorney for Cross-Claimant,
Rick Mayfield

Dated: April 10, 2008

_____
Michael S. Biggs
Attorney for Cross-Defendants,
Pinoleville Pomo Nation; Pinoleville Pomo Nation Environmental Association; Leona Williams

Dated: April 10, 2008

_____
Christopher J. Neary
Attorney for Cross-Defendant,
Ukiah Auto Dismantlers

CASE NO. C-07-2648 SI
STIPULATION EXTENDING TIME TO RESPOND TO CROSS-CLAIM OF RICK MAYFIELD

2