EXHIBIT A

1  Hans W. Herb, Esq. SBN 136018
   LAW OFFICES OF HANS W. HERB
2  P. O. Box 970
   Santa Rosa, CA 95402
3  707/576-0757
   707/575-0364 Fax
4
   Attorney for Defendant,
5  Richard Mayfield

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | PINOLEVILLE POMO NATION, et al.,    | Case No.: C-07-2648 SI
11 |        Plaintiffs,                  | **NOTICE OF TAKING DEPOSITION OF PERSON MOST KNOWLEDGABLE AND DEMAND FOR DOCUMENTS**
12 | v.                                  |
13 | UKIAH AUTO DISMANTLERS, et al.,     |
14 |        Defendants.                  |

15

16 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17     PLEASE TAKE NOTICE that at 10:00 a.m. on April 7, 2008, at 110 S. Main

18 Street, Suite C, Willits, CA 95490, pursuant to F.R.C.P. 30, Defendant and Cross-

19 complainant, RICK MAYFIELD, will take the deposition of the person most

20 knowledgeable or qualified at PINOLEVILLE POMO NATION ENVIRONMENTAL

21 ASSOCIATION ("ASSOCIATION"), who is a party to this action and whose address and

22 telephone number are known to its attorney, upon oral examination before a Notary

23 Public authorized to administer oaths in the State of California. Said deposition will

24 continue from day to day, excluding weekends and holidays, until completed.

25     NOTICE IS FURTHER GIVEN that the matters on which examination is

26 requested are as follows:

27

28

The allegations contained in Plaintiffs' Complaint in this matter, particularly as to paragraphs 7, 9, 15 and all allegations of harm or damage to alleged ASSOCIATION members.

NOTICE IS FURTHER GIVEN that deponent, who is a party to this action, is required to produce the following documents, records or other materials at said deposition:

1. Any and all documents that support the allegations in paragraphs 7, 9 and 15 of the Plaintiffs' Complaint.

2. Any documents concerning any alleged harm or damage to ASSOCIATION members.

3. A complete and accurate list of all past and present members of the ASSOCIATION.

4. A copy of any documents generated by the ASSOCIATION relative to this matter, including but not limited to any e-mails, faxes or other communications.

5. A copy of all communications between the ASSOCIATION and any other plaintiff in this action, including but not limited to representatives of other plaintiffs.

Dated: March 24, 2008                    LAW OFFICES OF HANS W. HERB

                                         _____
                                         Hans W. Herb
                                         Attorney for Defendant
                                         and Cross-Complainant, Rick Mayfield

PROOF OF SERVICE

I, the undersigned, declare that:

I am a citizen of the United States, a resident of the County of Sonoma and am over the age of 18 years and not a party to this action. I am employed by the Law Offices of Hans W. Herb and my business address is 740 Fourth Street, Suite 102, Santa Rosa, CA 95404 (Mailing Address: P. O. Box 970, Santa Rosa, CA 95402).

On the date indicated below, I served the attached documents:

**NOTICE OF TAKING DEPOSITION OF PERSON MOST KNOWLEDGABLE AND DEMAND FOR DOCUMENTS**

On interested parties in said action by preparing a true copy thereof, and:

(**MAIL**) placing it in a sealed envelope in the United States mail at Santa Rosa, California, with first class postage fully prepaid. [Code of Civil Procedure Sections 1013a(1), 2015.5.]

Said envelope(s) are addressed as listed on the attached Service List.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on March 27, 2008, at Windsor, California.

_____
Anne Lemos

## SERVICE LIST
Case No. C-07-2648 SI
Pinoleville Pomo Nation v. Ukiah Auto Dismantlers

Christopher James Neary
Attorney at Law
110 South Main Street, Suite C
Willits, CA 95490

Represents Defendants:
Kenneth Hunt
Wayne Hunt
U.S. Alchemy Corporation
Ukiah Auto Dismantlers

Fax:
(707) 459-3018

Email:
cjneary@pacific.net

Michael Shane Biggs
Biggs Law PC
PO Box 454
Petaluma, CA 94953-0454

Represents Plaintiffs:
Pinoleville Pomo Nation
Pinoleville Pomo Nation Environmental
    Association
Leona Williams

Fax:
(707) 763-8010

Email:
michaelbiggs@biggslaw.net