EXHIBIT G

