CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA 95490
Telephone: (707) 459-5551

Attorney for defendants, U.S. ALCHEMY CORPORATION,
dba UKIAH AUTO DISMANTLERS and WAYNE HUNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION and LEONA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, WAYNE HUNT, ISABEL LEWRIGHT, WARRIOR INDUSTRIES, INC., RICHARD MAYFIELD, ROSS JUNIOR MAYFIELD, PAULA MAYFIELD, KENNETH HUNT, U.S. ALCHEMY CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. C 07-02648 SI<br><br>DECLARATION OF JAMES McLEARY IN OPPOSITION TO PRELIMINARY INJUNCTION<br><br>Hearing:<br>Date: June 25, 2008<br>Time: 1:30 p.m.<br>Ctrm: C, 15th Floor<br>Judge: The Honorable Susan Illston |

I, JAMES McLEARY, declare as follows:

1. I am employed by the County of Mendocino. I supervise the County of Mendocino Abandoned Vehicle Abatement Program pursuant to Vehicle Code, Division 11, Chapter 10, Article 1, Section 22710, *et seq.* I make this declaration of my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true. If called upon to testify to the matters stated herein, I could and would competently do so.

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 1 -

2. Mendocino County has adopted an Ordinance establishing procedures for the abatement of removal pursuant to the Abandoned Vehicle Abatement Program. The County of Mendocino imposes a surcharge pursuant to State statute upon vehicle registrations in Mendocino County, the revenues for which are utilized to abate abandoned vehicles as a public nuisance.

3. Pursuant to the Mendocino County Program, the County of Mendocino has entered into a contract with Ukiah Auto Dismantlers, Inc. for approximately two-thirds (⅔) of the County of Mendocino's 3,508 square miles extending to all areas in the County except the Coastal area from Manchester to Ft. Bragg on the Mendocino County Coast.

4. If this Court granted injunctive relief ordering Ukiah Auto Dismantlers to cease its activities and Ukiah Auto Dismantlers was therefore unable to comply with its contract by accepting abandoned vehicles, there would be an immediate negative impact upon the County of Mendocino Abandoned Vehicle Abatement Program.

5. Specifically, abandoned vehicles when abated would have to be transported to a replacement facility, probably in Sonoma County. This would entail extra cost to the public and increased emission of greenhouse gases for the cost of transportation to distant facilities.

6. Furthermore, vehicles which are voluntarily abandoned by their owners are typically delivered to the Ukiah Auto Dismantlers facility. If this facility was not available to County residents, it is conceivable that the abandoning owners would dispose of the vehicles in various areas of the County such as back roads and over embankments. Since the advent of the Abandoned Vehicle Abatement Program, such unlawful disposal of abandoned vehicles has been substantially decreased. Sudden closure of the Ukiah Auto Dismantlers facility would likely restore the negative

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET.
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 2 -

circumstances prevailing prior to the establishment of the Abandoned Vehicle Abatement Program and contract with Ukiah Auto Dismantlers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __11__ day of June at Ukiah, California.

*/s/ James McLeary*
JAMES McLEARY