CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA  95490

(707) 459-5551

Attorney for defendants, U.S. ALCHEMY CORPORATION,
dba UKIAH AUTO DISMANTLERS and WAYNE HUNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PINOLEVILLE POMO NATION, )  Case No.  C 07-02648 EMC
PINOLEVILLE POMO NATION )
ENVIRONMENTAL ASSOCIATION and )
LEONA WILLIAMS, )
) DECLARATION OF CHRISTOPHER J.
) NEARY IN OPPOSITION TO
    Plaintiffs, ) PRELIMINARY INJUNCTION
)
v. )
)
)
UKIAH AUTO DISMANTLERS, WAYNE )
HUNT, ISABEL LEWRIGHT, WARRIOR )
INDUSTRIES, INC., RICHARD )
MAYFIELD, ROSS JUNIOR MAYFIELD, )
PAULA MAYFIELD, KENNETH HUNT, )
U.S. ALCHEMY CORPORATION and )
DOES 1-50, Inclusive, )
)
)
    Defendants. )
—————————————————————— )

I, CHRISTOPHER J. NEARY, declare as follows:

1.    I am the attorney of record for U.S. ALCHEMY CORPORATION,

dba UKIAH AUTO DISMANTLERS and WAYNE HUNT, defendants herein and I am

licensed to practice before all the courts of the State of California.  I make this declaration of

my own personal knowledge except as to those matters stated upon information and belief

and as to those matters I believe them to be true.  If called upon to testify to the matters

stated herein, I could and would competently do so.

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459 - 5551

DECLARATION OF
CHRISTOPHER J. NEARY

2.    Plaintiffs in their Initial Disclosures produced the Vector Engineering Report dated March 2003, constituting a Phase II Environmental Investigation of the Ukiah Auto Dismantlers Property.  The Vector Engineering Report was prepared under the direction and at the request of plaintiff, PINOLEVILLE POMO NATION.   Phase II environmental investigations are required to avoid legal responsibility for pre-existing environmental conditions when acquiring real property by purchase or otherwise.

3.    A true and correct copy of the Vector Engineering Report as provided by plaintiffs to the undersigned is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___10___ day of June, 2008 at Willits, California.


_____
CHRISTOPHER J. NEARY

C. J. NEARY
ATTORNEY AT LAW
IO SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459 - 5551

- 2 -

DECLARATION OF
CHRISTOPHER J. NEARY

### FINAL REPORT
### PHASE II ENVIRONMENTAL INVESTIGATION
### for the
### PINOLEVILLE INDIAN RESERVATION
### UKIAH, CALIFORNIA

Prepared for:

**PINOLEVILLE INDIAN RESERVATION**
367 North State Street, Suite 204
Ukiah, California  95482-4444
(707) 463-1454

prepared by:

**VECTOR ENGINEERING, INC.**
143E Spring Hill Drive
Grass Valley, California  95945
(530) 272-2448



March 2003
Project No. 021222.00

## TABLE OF CONTENTS

1.0 INTRODUCTION AND BACKGROUND.................................................................................1

2.0 PURPOSE AND OBJECTIVE..........................................................................................2

3.0 METHODOLOGY AND FIELD PROGRAM..........................................................................3
   3.1 Drilling Methods ......................................................................................................3
   3.2 Sampling Procedures ...............................................................................................3
   3.3 Analytical Methods ..................................................................................................4

4.0 FINDINGS ....................................................................................................................5
   4.1 General Findings......................................................................................................5
   4.2 Geology and Groundwater .......................................................................................5
      4.2.1 Soil Types Encountered .....................................................................................5
      4.2.2 Depths to Groundwater .....................................................................................5
   4.3 Analytical Testing Results .......................................................................................6
      4.3.1 Soil Samples ...................................................................................................6
      4.3.2 Groundwater Samples........................................................................................6

5.0 CONCLUSIONS .............................................................................................................8
   5.1 General Description..................................................................................................8
   5.2 Nature and Extent of Contamination and Data Validity ..............................................8
      5.2.1 Groundwater ....................................................................................................8
      5.2.2 Soils .............................................................................................................10
   5.3 Relation of Contamination of Soil and Groundwater ................................................10
   5.4 Source(s) of Detected Contamination......................................................................11
   5.5 Transport Mechanisms and Exposure Pathways .......................................................12
   5.6 Monitoring and Remediation...................................................................................12
      5.6.1 Monitoring Existing Conditions .........................................................................12
      5.6.2 Future Uses ...................................................................................................12

6.0 LIMITATIONS ............................................................................................................14

## APPENDICES

Appendix A – Tables and Figures: Analytical Testing Summaries

Appendix B – Analytical Data: Soil Samples – Inorganic Compounds

Appendix C – Analytical Data: Soil Samples – Organic Compounds

Appendix D – Analytical Data: Groundwater Samples – Inorganic Compounds

Appendix E – Analytical Data: Groundwater Samples – Organic Compounds

Appendix F – Chain of Custody Records

Appendix G – Parcel Descriptions

Appendix H – Permit Applications and Approvals

Appendix I – Pre-Construction Work Products

## 1.0   INTRODUCTION AND BACKGROUND

Vector Engineering, Inc. (Vector) of Grass Valley, California was retained by the Pinoleville band of the Pomo Tribe to perform a Phase II Site Investigation on two parcels in the vicinity of Ukiah, California. The Phase I Site Investigation incorporated a total of 32 sites of particular interest to the tribe.  Of these sites, the original Phase II Site Investigation scope of work outlined five specific parcels to be further evaluated. For budgetary reasons, this original scope of work was subsequently reduced to two sites, identified by parcel numbers 169-190-047 and 169-190-048.

The parcels investigated in this study are positioned adjacent to Ackerman Creek off Pinoleville Drive in north Ukiah, CA.  The parcels are positioned adjacent to each other and are the business addresses for Ukiah Auto Dismantling located at 500 D Pinoleville Drive (6.41 acres, APN 169-190-048) and R&M Backhoe Services located at 500 C Pinoleville Drive (3.49 acres, APN 169-190-047).  Both parcels are presently used as car storage for Ukiah Auto Dismantling.

All field activities were performed on November 4, 2002 by Vector with the drilling activities performed by Weeks Drilling of Sebastopol, California.  All soil and groundwater samples collected during the investigation were analyzed by Alpha Analytical Laboratories, Inc. of Sparks, Nevada.

Vector provided all field personnel and project management services during the field investigation and during the preparation of this report.

## 2.0  PURPOSE AND OBJECTIVE

The purpose of the Phase II Investigation was to identify any subsurface and groundwater contamination within the parcel boundaries.  The objective of the project was to perform and complete this phase of the investigation in order for the tribe to continue the process of purchasing the parcels as Tribe lands.

The specific information requested by the tribe includes data to further define:

1) the nature and extent of contamination in the soil and groundwater and the validity of the information,

2) the locations of detected constituents and the associated concentrations in the soils and groundwater,

3) the source, or sources, of any detected contamination,

4) the transport mechanisms and exposure pathways, and

5) the monitoring and remediation criteria, given possible future uses of the site(s).

Each of these issues is specifically addressed in the body of this report.

## 3.0    METHODOLOGY AND FIELD PROGRAM

Vector prepared the initial documentation for the Phase II Investigation that included a Health and Safety Plan, a Sampling and Analysis plan and a Work Plan describing the methods used to complete the investigation. In addition, Vector contacted Underground Services Alert (USA) to define any buried utilities within a 25-foot radius from the anticipated boring locations. USA, through the individual utilities contacted, verified that no utilities were located within the project area. Based on this work and documents, permit applications were completed and submitted to the Mendocino County Department of Health Services for the drilling and sampling program. The field program was initiated upon receipt of drilling permits issued by the Department of Health Services. Copies of these permits are provided in Appendix H of this report.

### 3.1    Drilling Methods

Vector retained the drilling firm of Weeks drilling of Sebastopol, California to perform all drilling activities for the project. The borings were completed using a 6-inch diameter hollow stem auger to drill through the vadose soils and into the groundwater aquifer. As the borings were advanced, the cuttings were augered to the surface and visually logged.

Once the drilling and sampling program was completed, the borings were sealed by filling the boring with a cement grout mixture in accordance with the requirements of Mendocino County.

### 3.2    Sampling Procedures

As part of the drilling program, soil samples were collected at 5-foot intervals beginning at a depth of 2 feet below ground surface and continuing into the upper zones of the aquifer. Samples were obtained by pushing brass tubes into the soil using a split spoon sampler through the hollow portion of the auger stem. Once groundwater was encountered, the hollow stem auger was removed from the boring and the groundwater was purged using a disposable bailer to ensure that the formation water was sampled.

Sampling of the groundwater was performed by lowering a 1.5-inch diameter disposable bailer into the open boring once the purging activity was completed. The handling of all samples was performed in accordance with the procedures outlined in the Sampling and Analysis Plan.

### 3.3    Analytical Methods

The soil and groundwater samples were analyzed at Alpha Analytical Labs located in Sparks, Nevada, a State of California certified analytical laboratory. The specific tests performed included TPH-Gas, TPH-Diesel, TPH-Motor Oil, BTEX (benzene, toluene, ethylbenzene, xylene), CAM 5 Metals (cadmium, chromium, lead, nickel, zinc), and VOCs (volatile organic compounds).

The analytical testing methods used to quantify any contamination within the samples collected during the site investigation are identified in the laboratory summary reports in the appendices of this report. In brief, the liquid and solid inorganic analyses were performed using the EPA Method 200.8, preceded by the acid digestion process, EPA Method 200.2. The Total Petroleum Hydrocarbon analyses for both extractable and purgeable components were performed using the EPA Method SW8015B/DHS LUFT Manual. All volatile organic compounds were analyzed using the EPA Method SW8620B which uses gas chromatograph technology for quantification.

## 4.0  FINDINGS

### 4.1  General Findings

During the field investigation, no evidence of massive contamination was observed based on the cuttings retrieved from the drilling process, the soil sampling, or from the groundwater sampling.  Visual evidence of small isolated spills of fuels or motor oil on the ground surface was present within the two parcels.  No visual surface spills were noted in the vicinity of the soil borings.

### 4.2  Geology and Groundwater

#### 4.2.1  Soil Types Encountered

The vast majority of soils encountered during the drilling program were sedimentary deposits consisting of silty sands and sandy silts that were placed as alluvial deposits from depositional episodes of the nearby Ackerman Creek.  No sediments larger than sand sized material were encountered during the drilling program, and no definitive strata was observed that may act as a preferred conduit for lateral migration of groundwater.

#### 4.2.2  Depths to Groundwater

Depth of groundwater was found to range from approximately 11 to 12.5 feet below ground surface in all borings that intersected the standing water table.  Boring B473 was drilled to a total depth of 22 feet below ground surface without encountering groundwater.  For this reason, the depth to groundwater was not recorded, nor was a groundwater sampled collected.  The depths to groundwater and total boring depths are listed in the table below.

Phase II Environmental Investigation
Pinoleville Indian Reservation, Ukiah, California

March 2003
Job No. 021222.00

## Depth to Groundwater  (11/02/02)

| Boring | Water Depth (ft, BGS) | Total Depth (ft, BGS) |
|--------|----------------------|----------------------|
| B471 | 12.08 | 13.29 |
| B472 | 11.45 | 12.88 |
| B473 | DRY | 22.50 |
| B781 | 11.05 | 14.81 |
| B482 | 11.33 | 11.91 |
| B483 | 12.55 | 12.96 |

Although the ground surface elevations at the boring locations were not surveyed for the development of an accurate groundwater flow direction map, the general flow direction of the groundwater aquifer oriented to the south away from Ackerman Creek.

### 4.3    Analytical Testing Results

#### 4.3.1   Soil Samples

The results of the analytical testing program found only one soil sample to contain measurable concentrations of organic compounds.  This sample, from boring B471, was retrieved at the 2-foot depth relative to ground surface and contained 1.6 mg/L of Total Petroleum Hydrocarbons as Diesel.

All samples contained measurable quantities of the metals chromium, lead, nickel, and zinc.  No samples contained measurable quantities of cadmium.

#### 4.3.2   Groundwater Samples

Groundwater samples were obtained from B471, B472, B481, B482, and B483.  No groundwater was encountered in boring B473.

Of the five wells that were sampled, no organic compounds were detected.  As with the soil samples, all groundwater samples retrieved showed detectable concentrations of

chromium, lead, nickel, and zinc. The presence of cadmium was not found in any sample tested.

## 5.0  CONCLUSIONS

### 5.1  General Description

No evidence of subsurface contamination was observed during the field investigation, either within the drilling cuttings, soil samples, or within the groundwater samples. In addition, no evidence of surface contamination, such as significant fuel spills or obvious waste materials, was observed within the vicinity of the boring locations, although minor waste products were present in the area. On a larger scale, some fuel spills on the ground were observed in areas outside of the immediate drilling area, typical of the type of spill expected within an automobile dismantling yard. These spills, however, did not appear to represent large volume spills that would have resulted in long term ponding and possible infiltration of large quantities of liquid waste products.

### 5.2  Nature and Extent of Contamination and Data Validity

#### 5.2.1  Groundwater

No organic parameters were found in any of the five groundwater samples collected during the site investigation. All five samples did contain some measurable quantity of the inorganics tested, with the exception of cadmium, that was found to be below the detection limits. Levels of chromium, nickel, and zinc in the groundwater were found to exceed either the Maximum Contaminant Level or the Secondary Drinking Water Standards, as defined in Articles 4 and 16 of Chapter 15, Title 22, California Code of Regulations.

Accounting for the dry hole in B473, the average of the metal concentrations collected from borings B471, B472, B481, B482 and B483 are shown in the table below.

### Analytical Testing Results for Inorganic Metals  (11/04/02)

| Metal | B471 | B472 | B481 | B482 | B483 | Mean-4 | Stdev-4 | Mean-5 | Stdev-5 |
|---|---|---|---|---|---|---|---|---|---|
| Chromium | 0.64 | 1.2 | 1.3 | 0.61 | 18 | 0.94 | 0.36 | 4.35 | 7.64 |
| Lead | 0.06 | 0.19 | 0.22 | 0.16 | 2.4 | 0.16 | 0.07 | 0.61 | 1.00 |
| Nickel | 0.93 | 2 | 3.2 | 1.9 | 32 | 2.0 | 0.93 | 8.0 | 13.44 |
| Zinc | 0.48 | 0.99 | 1.6 | 0.88 | 14 | .99 | 0.46 | 3.59 | 5.83 |

The columns labeled Mean-4 and Stdev-4 shows the means and standard deviations of the four wells B471, B472, B481, and B482. The columns labeled Mean-5 and Stdev-5 shows the means and standard deviations of all five wells. Of particular note is the significantly higher mean and standard deviation of the five well data relative to that of the data with well B483 removed. The means for each of the four metals are about 4 times higher when using the data from all five wells, while the standard deviation ranges from 12 to 21 times higher. As it applies to the four metals analyzed, a comparison in the standard deviations indicate the groundwater withdrawn from boring B483 is significantly different than groundwater samples retrieved from the other four wells.

Although the water quality data for the B483 groundwater sample suggests that this sample had been impacted in a way that increased the metal concentrations in the water, this is not the case. The analytical method used for this water sample, specifically EPA Method 200.8, requires an acid digestive process prior to performing the analytical testing. This digestion process puts into solution the metal components within any silts or dirt particles that were collected with the water sample. As a result, this method not only records the metal concentrations already in solution within the water sample, but also the metal concentrations that were within any soil particles that may also be in the water sample. For this reason, the water sample retrieved from

boring B483 shows relatively high metals concentrations because the original sample collected in the field contained a high silt load and was extremely dirty due to considerable difficulties during the collection and retrieval of the groundwater sample. The published water quality results for this sample show high concentrations of metals because the soils that were analyzed with the water sample already contain a relatively high concentration of these metals.

### 5.2.2  Soils

As with the groundwater samples, the soils samples retrieved from each of the boring were analyzed for the same five metals, specifically, cadmium, chromium, lead, nickel, and zinc.  Comparing the concentrations of each of these metals by use of the mean and standard deviation, several wells and individual metals have shown higher concentrations than expected.

Of the 80 individual metal tests that were performed on the soil samples, a total of 7 were found to exceed the mean plus one standard deviation, and of these, 3 were found to exceed the mean plus two standard deviations.  The presence of lead in B471-2 at a concentration of 12 mg/Kg exceeded the mean plus three standard deviations.

Of particular note is the relatively high concentration of zinc and nickel in the soils retrieved from boring B483.  The concentrations detected show 95 mg/Kg and 130 mg/Kg at the 2 and 7-foot depths, respectively.  Both of these positive hits represent a concentration at the mean plus two standard deviation level.

### 5.3    Relation of Contamination of Soil and Groundwater

With the exception of minor surface contamination of TPH-Diesel detected in a soil sample from B471, no organic contaminants were detected within any of the soil samples retrieved from the borings, nor from the groundwater samples.  For this reason, no evidence exists to suggest that a correlation between contaminants found in the groundwater and the soil is present.

Although there does appear to be a possible correlation between the groundwater and the soils for the inorganic constituents, this correlation is not suggestive of environmental contamination. As mentioned previously, the analytical testing methods used, namely EPA Method 200.8, records the metal concentration in both the liquid and solid components of a sample. This occurrence may result in the mistaken conclusion that an aquifer contains metals contamination when, in fact, the individual samples collected contained a high quantity of silt particles.

Results of the soil analytical testing of samples retrieved from boring B483 show relatively high concentrations of zinc and lead from the 2 and 7 foot depths, respectively. In addition, the groundwater sample collected from this boring showed relatively high concentrations of these two metals, as well as nickel and chromium. As mentioned, these high concentrations are likely the result of silt present within the water sample.

### 5.4    Source(s) of Detected Contamination

As mentioned, the only detected organic contaminant found in the groundwater and soil samples collected as part of this investigation was a small amount of Total Petroleum Hydrocarbons as Diesel which was found in the 2 foot sample in boring B471. Given the presence of surface contamination within the parcel due to the automobile dismantling activities, the source of this contamination is very likely related to spilled fuel on the ground surface in the vicinity of the boring. No evidence was observed during the drilling activity, nor is any evidence present in the analytical testing results, that suggests a heavy degree of contamination to the subsurface soils and groundwater beneath these two parcels.

The soil samples within the area of investigation are composed of sediments that originated from mafic and ultra-mafic rock types common in the northern California coastal ranges. These rocks typically contain high concentrations of metals such as

those analyzed in this study. Analytical data on groundwater samples collected from aquifers within these rock and soil types commonly contain high concentrations of the soluable metals characteristic of the host rock.

As discussed previously, the presence of high concentrations of chromium, lead, nickel and zinc within the water samples collected at the site are likely a result of soil particles within the sample also being quantified. The groundwater aquifer shows high metals concentrations because the metal ions in the soil go into solution when saturated. These metal ions have been detected in the groundwater sample.

## 5.5 Transport Mechanisms and Exposure Pathways

No major soil or groundwater contamination was detected as part of this investigation, therefore, a transport mechanism and exposure pathway of this contamination does not presently exist. In the event a major fuel or oil spill did occur in the future, the likely migration and transport mechanism would be migration of these liquids contaminants vertically downward through the pores of the vadose zone above the static water table. Once the contaminants migrate into the aquifer, these organic compounds would likely be carried with the groundwater in the downgradient flow direction.

## 5.6 Monitoring and Remediation

### 5.6.1 Monitoring Existing Conditions

The recommended monitoring tasks for the parcels includes regular inspections of the site activities as it relates to surface spills and preventive measures to ensure that any significant environmental impact is addressed immediately. Based on the findings of this investigation, the installation of permanent groundwater monitoring wells and regular analytical testing is not warranted as a detection monitoring program.

### 5.6.2 Future Uses

With appropriate removal of the solid waste materials, automobile parts, and equipment from the site, a detailed surface soil removal program can be initiated. It is expected

that this remedial activity would include no more than the removal and disposal of surface soils that have been contaminated by small and confined spills of liquid wastes such as fuels and oils. Once the parcels have been cleaned, the future use of the parcels will be limited only by zoning and local ordinance restrictions.

## 6.0   LIMITATIONS

This report has been prepared in accordance with generally accepted engineering practices and local, state and federal environmental regulations applicable at the time this report was prepared.  The findings and conclusions presented in this report are based upon field observations, the results of limited selected sampling and laboratory analyses, and a review of applicable literature and site specific documentation.  Vector Engineering, Inc. (Vector) assumes that the data obtained and the inferences made during this investigation are reasonable and representative of the properties investigated under this scope of work.  The conclusions and recommendations are specific for these sites and for this client, and may not be expanded to include areas beyond these sites, or to include areas within these sites that are outside the specific areas included in this investigation.  These conclusions and recommendations are based in part on information made available to Vector by others, and include professional interpretations based on the limited research and information made available during this investigation.  Vector Engineering, Inc. makes no other warranties, either expressed or implied, as to the professional opinions and conclusions provided.

**APPENDIX A**
**TABLES AND FIGURES: ANALYTICAL TESTING SUMMARIES**

TABLE 1:

ANALYTICAL TESTING SUMMARY - SOIL SAMPLES
PINOLEVILLE INDIAN RESERVATION
PARCELS 169-190-047 AND 169-190-048
Sampling Date: November 4, 2002

*EPA Method 2002 (Acid)*
Total Recoverable Metals

*EPA Method 200.8 (ICP-MS) (mg/kg)*

| | B471-2S | B471-7S | B471-12S | B472-2S | B472-7S | B472-12S | B473-2S | B473-7S | B473-12S | B473-17S | B473-22S | B481-2S | B481-7S | B481-12S | B482-2S | B482-7S | B482-12S | B483-2S | B483-7S | B483-12S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cadmium | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 |
| Chromium | 53 | 21 | 35 | 55 | 49 | 46 | 51 | 51 | 36 | 71 | 64 | 59 | 57 | 65 | 85 | 51 | 16 | 36 | 63 | 47 |
| Lead | 4 | 4 | 5 | 5 | 7 | 9 | 7 | 4 | 5 | 8 | | 4 | 7 | 75 | 6 | 7 | 4 | 7 | 5 | 4 |
| Nickel | 61 | 42 | 84 | 91 | 71 | 55 | 95 | 73 | 76 | 103 | 90 | 85 | 85 | 78 | 91 | 61 | 86 | 86 | 169 | 76 |
| Zinc | 58 | 32 | 68 | 48 | 56 | 33 | 54 | 47 | 43 | 72 | 39 | 49 | 44 | 45 | 57 | 36 | 27 | 35 | 55 | 48 |

*EPA Method SW8015B/DHS LUFT (mg/kg)*

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TPH Diesel | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| TPH Motor Oil | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| TPH Fungicide | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*EPA Method SW8260B (mg/kg)*

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Chloromethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2 Vinyl Chloride | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 3 Chloroethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 4 Bromomethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 5 Trichlorofluoromethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 6 1,1-Dichloroethene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 7 Dichloromethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 8 trans-1,2-Dichloroethene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 9 1,1-Dichloroethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 10 cis-1,2-Dichloroethene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 11 Chloroform | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 12 1,2-Dichloroethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 13 1,1,1-Trichloroethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 14 Carbon Tetrachloride | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 15 Benzene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 16 1,2-Dichloropropane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 17 Trichloroethene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 18 Bromodichloromethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 19 cis-1,3-Dichloropropene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 20 trans-1,3-Dichloropropene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 21 1,1,2-Trichloroethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 22 Toluene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 23 Dibromochloromethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 24 Tetrachloroethene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 25 Chlorobenzene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 26 Ethylbenzene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 27 m,p-Xylene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 28 Bromoform | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 29 o-Xylene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 30 1,1,2,2-Tetrachloroethane | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 31 1,3-Dichlorobenzene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 32 1,4-Dichlorobenzene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 33 1,2-Dichlorobenzene | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

TABLE 2

ANALYTICAL TESTING SUMMARY - GROUNDWATER SAMPLES
PINOLEVILLE INDIAN RESERVATION
PARCELS 169-190-047 AND 169-190-048
Sampling Date: November 4, 2002

| | B471-1W | B472-1W | B473-1W | B481-1W | B482-1W | B483-1W |
|---|---|---|---|---|---|---|
| *EPA Method 200.2  (Acid)* | | | | | | |
| Total Recoverable Metals | Completed | Completed | NT | Completed | Completed | Completed |
| | | | | | | |
| *EPA Method 200.8  (ICP-MS) (mg/L)* | | | | | | |
| Cadmium | <0.005 | <0.005 | DRY | <0.05 | <0.005 | <0.05 |
| Chromium | 0.64 | 1.2 | DRY | 1.3 | 0.61 | 18 |
| Lead | 0.06 | 0.19 | DRY | 0.22 | 0.16 | 2.4 |
| Nickel | 0.93 | 2 | DRY | 3.2 | 1.9 | 32 |
| Zinc | 0.48 | 0.99 | DRY | 1.6 | 0.88 | 14 |
| | | | | | | |
| *EPA Method SW8015B/DHS LUFT Manual (mg/L)* | | | | | | |
| TPH-Diesel | ND | ND | DRY | ND | ND | ND |
| TPH-Motor Oil | ND | ND | DRY | ND | ND | ND |
| TPH-Purgeable | ND | ND | DRY | ND | ND | ND |
| | | | | | | |
| *EPA Method SW8260B (ug/L)* | | | | | | |
| 1  Chloromethane | ND | ND | DRY | ND | ND | ND |
| 2  Vinyl Chloride | ND | ND | DRY | ND | ND | ND |
| 3  Chloroethane | ND | ND | DRY | ND | ND | ND |
| 4  Bromomethane | ND | ND | DRY | ND | ND | ND |
| 5  Trichlorofloromethane | ND | ND | DRY | ND | ND | ND |
| 6  1,1-Dichloroethene | ND | ND | DRY | ND | ND | ND |
| 7  Dichloromethane | ND | ND | DRY | ND | ND | ND |
| 8  trans-1,2-Dichloroethene | ND | ND | DRY | ND | ND | ND |
| 9  1,1-Dichloroethane | ND | ND | DRY | ND | ND | ND |
| 10  cis-1,2-Dichloroethene | ND | ND | DRY | ND | ND | ND |
| 11  Chloroform | ND | ND | DRY | ND | ND | ND |
| 12  1,2-Dichoroethane | ND | ND | DRY | ND | ND | ND |
| 13  1,1,1-Trichloroethane | ND | ND | DRY | ND | ND | ND |
| 14  Carbon Tetrachloride | ND | ND | DRY | ND | ND | ND |
| 15  Benzene | ND | ND | DRY | ND | ND | ND |
| 16  1,2-Dichloropropane | ND | ND | DRY | ND | ND | ND |
| 17  Trichloroethene | ND | ND | DRY | ND | ND | ND |
| 18  Bromodichloromethane | ND | ND | DRY | ND | ND | ND |
| 19  cis-1,3-Dichloropropene | ND | ND | DRY | ND | ND | ND |
| 20  trans-1,3-Dichloropropene | ND | ND | DRY | ND | ND | ND |
| 21  1,1,2-Trichloroethane | ND | ND | DRY | ND | ND | ND |
| 22  Toluene | ND | ND | DRY | ND | ND | ND |
| 23  Dibromochloromethane | ND | ND | DRY | ND | ND | ND |
| 24  Tetrachloroethene | ND | ND | DRY | ND | ND | ND |
| 25  Chorobenzene | ND | ND | DRY | ND | ND | ND |
| 26  Ethylbenzene | ND | ND | DRY | ND | ND | ND |
| 27  m,p-Xylene | ND | ND | DRY | ND | ND | ND |
| 28  Bromoform | ND | ND | DRY | ND | ND | ND |
| 29  o-Xylene | ND | ND | DRY | ND | ND | ND |
| 30  1,1,2,2-Tetrachloroethane | ND | ND | DRY | ND | ND | ND |
| 31  1,3-Dichlorobenzene | ND | ND | DRY | ND | ND | ND |
| 32  1,4-Dichlorobenzene | ND | ND | DRY | ND | ND | ND |
| 33  1,2-Dichlorobenzene | ND | ND | DRY | ND | ND | ND |



APPENDIX B
ANALYTICAL DATA: SOIL SAMPLES – INORGANIC COMPOUNDS



**Sierra Environmental Monitoring, Inc.**

# Laboratory Analysis Report

Alpha Analytical

255 Glendale Avenue  Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/19/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49977 |
| **PO #:** | |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0303 | VEC02110640-01 - B481-2S | | | | 11/4/2002 | 9:48 AM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 59 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 6 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 83 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 49 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| S200211-0304 | VEC02110640-02 - B481-7S | | | | 11/4/2002 | 9:59 AM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 37 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 7 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 65 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 44 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0305 | VEC02110640-03 - B481-12S | | | | 11/4/2002 | 10:18 AM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 50 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 5 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 76 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 46 | mg/Kg | 10 | Li | 11/15/2002 |

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404
sem@sem-analytical.com

John C. Scher
*Special Consultant*
*Quality Assurance Manager*



# Laboratory
# Analysis Report

**Sierra Environmental Monitoring, Inc.**

Alpha Analytical

255 Glendale Avenue  Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/19/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49977 |
| **PO #:** | |

| Sample ID: | Customer Sample ID | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|
| S200211-0306 | VEC02110640-04 - B482-2S | | | 11/4/2002 | 11:15 AM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 60 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 6 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 91 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 57 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|
| S200211-0307 | VEC02110640-05 - B482-7S | | | 11/4/2002 | 11:19 AM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 61 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 7 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 83 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 56 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|
| S200211-0308 | VEC02110640-06 - B482-12S | | | 11/4/2002 | 11:30 AM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 18 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 4 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 41 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 27 | mg/Kg | 10 | Li | 11/15/2002 |

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404
sem@sem-analytical.com

John C. Seher
*Special Consultant*
*Quality Assurance Manager*



## Laboratory
## Analysis Report

**Sierra
Environmental
Monitoring, Inc.**

Alpha Analytical

255 Glendale Avenue Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/19/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49977 |
| **PO #:** | |

**Sample ID:** 200211-0309     **Customer Sample ID** VEC02110640-07 - B483-2S

| | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|
| | | | | 11/4/2002 | 12:24 PM | 11/6/2002 |
| **Parameter** | **Method** | **Result** | **Units Of Measure** | **Reporting Limit** | **Analyst** | **Date Analyzed** |
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 39 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 7 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 80 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 95 | mg/Kg | 10 | Li | 11/15/2002 |

**Sample ID:** S200211-0310     **Customer Sample ID** VEC02110640-08 - B483-7S

| | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|
| | | | | 11/4/2002 | 12:31 PM | 11/6/2002 |
| **Parameter** | **Method** | **Result** | **Units Of Measure** | **Reporting Limit** | **Analyst** | **Date Analyzed** |
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 53 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 7 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 130 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 62 | mg/Kg | 10 | Li | 11/15/2002 |

**Sample ID:** 200211-0311     **Customer Sample ID** VEC02110640-09 - B483-12S

| | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|
| | | | | 11/4/2002 | 1:05 PM | 11/6/2002 |
| **Parameter** | **Method** | **Result** | **Units Of Measure** | **Reporting Limit** | **Analyst** | **Date Analyzed** |
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 48 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 4 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 75 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 48 | mg/Kg | 10 | Li | 11/15/2002 |

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404

John C. Seher
*Special Consultant
Quality Assurance Manager*



**Laboratory**
**Analysis Report**

**Sierra**
**Environmental**
**Monitoring, Inc.**

Alpha Analytical

255 Glendale Avenue  Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/19/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49977 |
| **PO #:** | |

**Sample ID:** S200211-0312   **Customer Sample ID** VEC02110640-10 - B471-2S

| | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|
| | | | 11/4/2002 | 1:40 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 58 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 12 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 91 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 58 | mg/Kg | 10 | Li | 11/15/2002 |

**Sample ID:** S200211-0313   **Customer Sample ID** VEC02110640-11 - B471-7S

| | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|
| | | | 11/4/2002 | 1:52 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 21 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 4 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 42 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 32 | mg/Kg | 10 | Li | 11/15/2002 |

**Sample ID:** S200211-0314   **Customer Sample ID** VEC02110640-12 - B471-12S

| | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|
| | | | 11/4/2002 | 2:05 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 38 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 6 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 84 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 58 | mg/Kg | 10 | Li | 11/15/2002 |

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404

John C. Seher
*Special Consultant*
*Quality Assurance Manager*



**Sierra Environmental Monitoring, Inc.**

## Laboratory Analysis Report

Alpha Analytical

255 Glendale Avenue Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/19/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49977 |
| **PO #:** | |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0315 | VEC02110640-13 - B472-2S | | | | 11/4/2002 | 2:31 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 53 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 5 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 91 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 48 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| S200211-0316 | VEC02110640-14 - B472-7S | | | | 11/4/2002 | 2:42 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 49 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 7 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 71 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 56 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0317 | VEC02110640-15 - B472-12S | | | | 11/4/2002 | 2:50 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 40 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 4 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 55 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 33 | mg/Kg | 10 | Li | 11/15/2002 |

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404

John C. Seher
*Special Consultant*
*Quality Assurance Manager*



**Laboratory
Analysis Report**

Sierra
Environmental
Monitoring, Inc.

Alpha Analytical

255 Glendale Avenue  Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/19/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49977 |
| **PO #:** | |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0318 | VEC02110640-16 - B473-2S | | | | 11/4/2002 | 3:45 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 70 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 7 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 93 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 54 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| S200211-0319 | VEC02110640-17 - B473-7S | | | | 11/4/2002 | 3:58 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 61 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 4 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 73 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 47 | mg/Kg | 10 | Li | 11/15/2002 |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0320 | VEC02110640-18 - B473-12S | | | | 11/4/2002 | 4:05 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 36 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 5 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 81 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 43 | mg/Kg | 10 | Li | 11/15/2002 |

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404
sem@sem-analytical.com

John C. Scher
*Special Consultant*
*Quality Assurance Manager*



**Laboratory
Analysis Report**

**Sierra
Environmental
Monitoring, Inc.**

Alpha Analytical

255 Glendale Avenue  Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/19/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49977 |
| **PO #:** | |

| **Sample ID:** | **Customer Sample ID** | | | | **Date Sampled** | **Time Sampled** | **Date Received** |
|---|---|---|---|---|---|---|---|
| 200211-0321 | VEC02110640-19 - B473-17S | | | | 11/4/2002 | 4:31 PM | 11/6/2002 |

| **Parameter** | **Method** | **Result** | **Units Of Measure** | **Reporting Limit** | **Analyst** | **Date Analyzed** |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 71 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 8 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 100 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 72 | mg/Kg | 10 | Li | 11/15/2002 |

| **Sample ID:** | **Customer Sample ID** | | | | **Date Sampled** | **Time Sampled** | **Date Received** |
|---|---|---|---|---|---|---|---|
| S200211-0322 | VEC02110640-20 - B473-22S | | | | 11/4/2002 | 4:55 PM | 11/6/2002 |

| **Parameter** | **Method** | **Result** | **Units Of Measure** | **Reporting Limit** | **Analyst** | **Date Analyzed** |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/13/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <1 | mg/Kg | 1 | Li | 11/15/2002 |
| Chromium - ICP-MS | EPA 200.8 | 64 | mg/Kg | 1 | Li | 11/15/2002 |
| Lead - ICP-MS | EPA 200.8 | 7 | mg/Kg | 1 | Li | 11/15/2002 |
| Nickel - ICP-MS | EPA 200.8 | 90 | mg/Kg | 1 | Li | 11/15/2002 |
| Zinc - ICP-MS | EPA 200.8 | 59 | mg/Kg | 10 | Li | 11/15/2002 |

Approved By: _____          Date: _____11/19/02_____

Sierra Environmental Monitoring, Inc

This report is applicable only to the sample received by the laboratory. The liability of the laboratory is limited to the amount paid
for this report. This report is for the exclusive use of the client to whom it is addressed and upon the condition that the client
assumes all liability for the further distribution of the report or its contents.

John Kohza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404

John C. Seher
*Special Consultant
Quality Assurance Manager*

**APPENDIX C**
ANALYTICAL DATA: SOIL SAMPLES – ORGANIC COMPOUNDS

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Total Petroleum Hydrocarbons - Extractable (TPH-E)  EPA Method SW8015B/DHS LUFT Manual
Total Petroleum Hydrocarbons - Purgeable (TPH-P)  EPA Method SW8015B/DHS LUFT Manual

| | | Parameter | Concentration | Reporting Limit | Date Sampled | Date Analyzed |
|---|---|---|---|---|---|---|
| Client ID : | B481-2S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-01A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B481-7S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-02A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B481-12S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-03A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B482-2S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-04A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B482-7S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-05A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B482-12S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-06A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B483-2S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-07A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B483-7S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-08A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B483-12S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-09A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B471-2S | TPH-E (Diesel) | 1.6 | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-10A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B471-7S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110640-11A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B471-12S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/13/02 |
| Lab ID : | VEC02110640-12A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/13/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |
| Client ID : | B472-2S | TPH-E (Diesel) | ND | 1.0 mg/Kg | 11/04/02 | 11/13/02 |
| Lab ID : | VEC02110640-13A | TPH-E (Oil) | ND | 10 mg/Kg | 11/04/02 | 11/13/02 |
| | | TPH Purgeable | ND | 1.0 mg/Kg | 11/04/02 | 11/07/02 |

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

| Client ID | Lab ID | | | | | |
|---|---|---|---|---|---|---|
| Client ID : **B472-7S**<br>Lab ID : VEC02110640-14A | | TPH-E (Diesel)<br>TPH-E (Oil)<br>TPH Purgeable | ND<br>ND<br>ND | 1.0 mg/Kg<br>10 mg/Kg<br>1.0 mg/Kg | 11/04/02<br>11/04/02<br>11/04/02 | 11/13/02<br>11/13/02<br>11/07/02 |
| Client ID : **B472-12S**<br>Lab ID : VEC02110640-15A | | TPH-E (Diesel)<br>TPH-E (Oil)<br>TPH Purgeable | ND<br>ND<br>ND | 1.0 mg/Kg<br>10 mg/Kg<br>1.0 mg/Kg | 11/04/02<br>11/04/02<br>11/04/02 | 11/13/02<br>11/13/02<br>11/07/02 |
| Client ID : **B473-2S**<br>Lab ID : VEC02110640-16A | | TPH-E (Diesel)<br>TPH-E (Oil)<br>TPH Purgeable | ND<br>ND<br>ND | 1.0 mg/Kg<br>10 mg/Kg<br>1.0 mg/Kg | 11/04/02<br>11/04/02<br>11/04/02 | 11/13/02<br>11/13/02<br>11/07/02 |
| Client ID : **B473-7S**<br>Lab ID : VEC02110640-17A | | TPH-E (Diesel)<br>TPH-E (Oil)<br>TPH Purgeable | ND<br>ND<br>ND | 1.0 mg/Kg<br>10 mg/Kg<br>1.0 mg/Kg | 11/04/02<br>11/04/02<br>11/04/02 | 11/13/02<br>11/13/02<br>11/07/02 |
| Client ID : **B473-12S**<br>Lab ID : VEC02110640-18A | | TPH-E (Diesel)<br>TPH-E (Oil)<br>TPH Purgeable | ND<br>ND<br>ND | 1.0 mg/Kg<br>10 mg/Kg<br>1.0 mg/Kg | 11/04/02<br>11/04/02<br>11/04/02 | 11/13/02<br>11/13/02<br>11/07/02 |
| Client ID : **B473-17S**<br>Lab ID : VEC02110640-19A | | TPH-E (Diesel)<br>TPH-E (Oil)<br>TPH Purgeable | ND<br>ND<br>ND | 1.0 mg/Kg<br>10 mg/Kg<br>1.0 mg/Kg | 11/04/02<br>11/04/02<br>11/04/02 | 11/13/02<br>11/13/02<br>11/07/02 |
| Client ID : **B473-22S**<br>Lab ID : VEC02110640-20A | | TPH-E (Diesel)<br>TPH-E (Oil)<br>TPH Purgeable | ND<br>ND<br>ND | 1.0 mg/Kg<br>10 mg/Kg<br>1.0 mg/Kg | 11/04/02<br>11/04/02<br>11/04/02 | 11/13/02<br>11/13/02<br>11/07/02 |

ND -- Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

Pinoleville Indian Reservation

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC02110640-01A
Client I.D. Number:  B481-2S

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/07/02

Volatile Organics by GC/MS
EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND – Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# Alpha Analytical, Inc.

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC02110640-02A
Client I.D. Number:  B481-7S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 6.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:   Pinoleville Indian Reservation

Attn:   Tom Woodward
Phone:  (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:   VEC02110640-03A
Client I.D. Number:  B481-12S

Sampled:  11/04/02
Received: 11/06/02
Analyzed: 11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer

Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:  VEC02110640-04A
Client I.D. Number:  B482-2S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 360-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# Alpha Analytical, Inc.

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC02110640-05A
Client I.D. Number:  B482-7S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9080 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-3890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:  VEC02110640-06A
Client I.D. Number:  B482-12S

Sampled:  11/04/02
Received: 11/06/02
Analyzed: 11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer

Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:  VEC02110640-07A
Client I.D. Number:  B483-2S

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D , Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-0089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:  VEC02110640-08A
Client I.D. Number:  B483-7S

Sampled:  11/04/02
Received: 11/06/02
Analyzed: 11/07/02

Volatile Organics by GC/MS
EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND   Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:    (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:   VEC02110640-09A
Client I.D. Number:   B483-12S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

Volatile Organics by GC/MS
EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2 Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director •  Randy Gardner, Laboratory Manager •  Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# Alpha Analytical, Inc.

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#.    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:    VEC02110640-10A
Client I.D. Number:  B471-2S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9080 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:    (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:    VEC02110640-11A
Client I.D. Number:  B471-7S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • Randy Gardner, Laboratory Manager • Walon Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:      (530) 272-8533

Alpha Analytical Number:   VEC02110640-12A
Client I.D. Number:  B471-12S

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/07/02

Volatile Organics by GC/MS
EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer

Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:   Pinoleville Indian Reservation

Attn:   Tom Woodward
Phone:  (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:   VEC02110640-13A
Client I.D. Number:  B472-2S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| # | Compound | Concentration | Reporting Limit | # | Compound | Concentration | Reporting Limit |
|---|----------|---------------|-----------------|---|----------|---------------|-----------------|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:  Pinoleville Indian Reservation

Attn:  Tom Woodward
Phone:  (530) 272-2448
Fax:  (530) 272-8533

Alpha Analytical Number:  VEC02110640-14A
Client I.D. Number:  B472-7S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

Volatile Organics by GC/MS
EPA Method SW8260B

| # | Compound | Concentration | Reporting Limit | # | Compound | Concentration | Reporting Limit |
|---|----------|---------------|-----------------|---|----------|---------------|-----------------|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 6.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 6.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 166-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC02110640-15A
Client I.D. Number:  B472-12S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethane | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethene | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger T. Scholl, Ph.D., Laboratory Director  •  Randy Gardner, Laboratory Manager  •  Walter Hinchman, Quality Assurance Officer

Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC02110640-16A
Client I.D. Number:  B473-2S

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/07/02

Volatile Organics by GC/MS
EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC02110640-17A
Client I.D. Number:  B473-7S

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer

Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:   Pinoleville Indian Reservation

Attn:   Tom Woodward
Phone:  (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:   VEC02110640-18A
Client I.D. Number:  B473-12S

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethane | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethene | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethane | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • Randy Gardner, Laboratory Manager • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:   Pinoleville Indian Reservation

Attn:   Tom Woodward
Phone:  (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:  VEC02110640-19A
Client I.D. Number:  B473-17S

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethene | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • Randy Gardner, Laboratory Manager • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:    (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:   VEC02110640-20A
Client I.D. Number:   B473-22S

Sampled:   11/04/02
Received:   11/06/02
Analyzed:   11/07/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| # | Compound | Concentration | Reporting Limit | # | Compound | Concentration | Reporting Limit |
|---|----------|---------------|-----------------|----|----------|---------------|-----------------|
| 1 | Chloromethane | ND | 40 µg/Kg | 26 | Ethylbenzene | ND | 5.0 µg/Kg |
| 2 | Vinyl chloride | ND | 20 µg/Kg | 27 | m,p-Xylene | ND | 5.0 µg/Kg |
| 3 | Chloroethane | ND | 20 µg/Kg | 28 | Bromoform | ND | 20 µg/Kg |
| 4 | Bromomethane | ND | 20 µg/Kg | 29 | o-Xylene | ND | 5.0 µg/Kg |
| 5 | Trichlorofluoromethane | ND | 20 µg/Kg | 30 | 1,1,2,2-Tetrachloroethane | ND | 20 µg/Kg |
| 6 | 1,1-Dichloroethane | ND | 20 µg/Kg | 31 | 1,3-Dichlorobenzene | ND | 20 µg/Kg |
| 7 | Dichloromethane | ND | 40 µg/Kg | 32 | 1,4-Dichlorobenzene | ND | 20 µg/Kg |
| 8 | trans-1,2-Dichloroethene | ND | 20 µg/Kg | 33 | 1,2-Dichlorobenzene | ND | 20 µg/Kg |
| 9 | 1,1-Dichloroethane | ND | 20 µg/Kg | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 20 µg/Kg | | | | |
| 11 | Chloroform | ND | 20 µg/Kg | | | | |
| 12 | 1,2-Dichloroethane | ND | 20 µg/Kg | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 20 µg/Kg | | | | |
| 14 | Carbon tetrachloride | ND | 20 µg/Kg | | | | |
| 15 | Benzene | ND | 5.0 µg/Kg | | | | |
| 16 | 1,2-Dichloropropane | ND | 20 µg/Kg | | | | |
| 17 | Trichloroethene | ND | 20 µg/Kg | | | | |
| 18 | Bromodichloromethane | ND | 20 µg/Kg | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 20 µg/Kg | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 20 µg/Kg | | | | |
| 22 | Toluene | ND | 5.0 µg/Kg | | | | |
| 23 | Dibromochloromethane | ND | 20 µg/Kg | | | | |
| 24 | Tetrachloroethene | ND | 20 µg/Kg | | | | |
| 25 | Chlorobenzene | ND | 20 µg/Kg | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
**Report Date**

**APPENDIX D
ANALYTICAL DATA:
GROUNDWATER SAMPLES - INORGANIC**



**Laboratory
Analysis Report**

**Sierra
Environmental
Monitoring, Inc.**

Alpha Analytical

255 Glendale Avenue  Suite 21

Sparks, NV 89431

**Date:** 11/14/2002
**Client:** ALP-855
**Taken by:** Client
**Report:** 49978
**PO #:**

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0323 | VEC02110641-01 - B481-1W | | | | 11/4/2002 | 10:25 AM | 11/6/2002 |
| **Parameter** | **Method** | **Result** | **Units Of Measure** | **Reporting Limit** | | **Analyst** | **Date Analyzed** |
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | | Kleinworth | 11/7/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <0.05 | mg/L | 0.05 | | Li | 11/11/2002 |
| Chromium - ICP-MS | EPA 200.8 | 1.3 | mg/L | 0.05 | | Li | 11/11/2002 |
| Lead - ICP-MS | EPA 200.8 | 0.22 | mg/L | 0.05 | | Li | 11/11/2002 |
| Nickel - ICP-MS | EPA 200.8 | 3.2 | mg/L | 0.05 | | Li | 11/11/2002 |
| Zinc - ICP-MS | EPA 200.8 | 1.6 | mg/L | 0.5 | | Li | 11/11/2002 |

etals: the reporting limits for some metals were greater than half MCL due to matrix interference.

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0324 | VEC02110641-02 - B482-1W | | | | 11/4/2002 | 11:51 AM | 11/6/2002 |
| **Parameter** | **Method** | **Result** | **Units Of Measure** | **Reporting Limit** | | **Analyst** | **Date Analyzed** |
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | | Kleinworth | 11/7/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <0.005 | mg/L | 0.005 | | Li | 11/11/2002 |
| Chromium - ICP-MS | EPA 200.8 | 0.61 | mg/L | 0.005 | | Li | 11/11/2002 |
| Lead - ICP-MS | EPA 200.8 | 0.16 | mg/L | 0.005 | | Li | 11/11/2002 |
| Nickel - ICP-MS | EPA 200.8 | 1.9 | mg/L | 0.005 | | Li | 11/11/2002 |
| Zinc - ICP-MS | EPA 200.8 | 0.88 | mg/L | 0.05 | | Li | 11/11/2002 |

etals: the reporting limits for some metals were greater than half MCL due to matrix interference.

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404

John C. Seher
*Special Consultant*
*Quality Assurance Manager*



**Laboratory
Analysis Report**

Sierra
Environmental
Monitoring, Inc.

Alpha Analytical

255 Glendale Avenue  Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/14/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49978 |
| **PO #:** | |

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0325 | VEC02110641-03 - B483-1W | | | | 11/4/2002 | 1:15 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/7/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <0.05 | mg/L | 0.05 | Li | 11/11/2002 |
| Chromium - ICP-MS | EPA 200.8 | 18 | mg/L | 0.05 | Li | 11/11/2002 |
| Lead - ICP-MS | EPA 200.8 | 2.4 | mg/L | 0.05 | Li | 11/11/2002 |
| Nickel - ICP-MS | EPA 200.8 | 32 | mg/L | 0.05 | Li | 11/11/2002 |
| Zinc - ICP-MS | EPA 200.8 | 14 | mg/L | 0.5 | Li | 11/11/2002 |

Metals: the reporting limits for some metals were greater than half MCL due to matrix interference.

| Sample ID: | Customer Sample ID | | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|---|
| 200211-0326 | VEC02110641-04 - B471-1W | | | | 11/4/2002 | 2:21 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/7/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <0.005 | mg/L | 0.005 | Li | 11/11/2002 |
| Chromium - ICP-MS | EPA 200.8 | 0.64 | mg/L | 0.005 | Li | 11/11/2002 |
| Lead - ICP-MS | EPA 200.8 | 0.06 | mg/L | 0.005 | Li | 11/11/2002 |
| Nickel - ICP-MS | EPA 200.8 | 0.93 | mg/L | 0.005 | Li | 11/11/2002 |
| Zinc - ICP-MS | EPA 200.8 | 0.48 | mg/L | 0.05 | Li | 11/11/2002 |

Metals: the reporting limits for some metals were greater than half MCL due to matrix interference.

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404
sem@sem-analytical.com

John C. Seher
*Special Consultant
Quality Assurance Manager*



**Sierra Environmental Monitoring, Inc.**

# Laboratory Analysis Report

Alpha Analytical

255 Glendale Avenue  Suite 21
Sparks, NV 89431

| | |
|---|---|
| **Date:** | 11/14/2002 |
| **Client:** | ALP-855 |
| **Taken by:** | Client |
| **Report:** | 49978 |
| **PO #:** | |

| Sample ID: | Customer Sample ID | | | Date Sampled | Time Sampled | Date Received |
|---|---|---|---|---|---|---|
| 200211-0327 | VEC02110641-05 - B472-1W | | | 11/4/2002 | 3:20 PM | 11/6/2002 |

| Parameter | Method | Result | Units Of Measure | Reporting Limit | Analyst | Date Analyzed |
|---|---|---|---|---|---|---|
| Total Recoverable Metals - Acid | EPA 200.2 | Completed | | | Kleinworth | 11/7/2002 |
| Cadmium - ICP-MS | EPA 200.8 | <0.005 | mg/L | 0.005 | Li | 11/11/2002 |
| Chromium - ICP-MS | EPA 200.8 | 1.2 | mg/L | 0.005 | Li | 11/11/2002 |
| Lead - ICP-MS | EPA 200.8 | 0.19 | mg/L | 0.005 | Li | 11/11/2002 |
| Nickel - ICP-MS | EPA 200.8 | 2.0 | mg/L | 0.005 | Li | 11/11/2002 |
| Zinc - ICP-MS | EPA 200.8 | 0.99 | mg/L | 0.05 | Li | 11/11/2002 |

etals: the reporting limits for some metals were greater than half MCL due to matrix interference.

Approved By: _____          Date: __11/14/02__
Sierra Environmental Monitoring, Inc

his report is applicable only to the sample received by the laboratory. The liability of the laboratory is limited to the amount paid **for this report. This report is for the exclusive use of the client to whom it is addressed and upon the condition that the client** assumes all liability for the further distribution of the report or its contents.

John Kobza, Ph.D.
*Laboratory Director*

1135 Financial Blvd.
Reno, NV 89502-2348
Phone (775) 857-2400
FAX (775) 857-2404
sem@sem-analytical.com

John C. Scher
*Special Consultant*
*Quality Assurance Manager*

**APPENDIX E**
**ANALYTICAL DATA:**
**GROUNDWATER SAMPLES – ORGANIC COMPOUNDS**

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Total Petroleum Hydrocarbons - Extractable (TPH-E)  EPA Method SW8015B/DHS LUFT Manual
Total Petroleum Hydrocarbons - Purgeable (TPH-P)  EPA Method SW8015B/DHS LUFT Manual

| | | Parameter | Concentration | | Reporting Limit | Date Sampled | Date Analyzed |
|---|---|---|---|---|---|---|---|
| Client ID : | **B481-1W** | TPH-E (Diesel) | ND | | 0.050 mg/L | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110641-01A | TPH-E (Oil) | ND | | 0.50 mg/L | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | | 0.050 mg/L | 11/04/02 | 11/11/02 |
| Client ID : | **B482-1W** | TPH-E (Diesel) | ND | | 0.050 mg/L | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110641-02A | TPH-E (Oil) | ND | | 0.50 mg/L | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | | 0.050 mg/L | 11/04/02 | 11/11/02 |
| Client ID : | **B483-1W** | TPH-E (Diesel) | ND | | 0.050 mg/L | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110641-03A | TPH-E (Oil) | ND | | 0.50 mg/L | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | * | 0.20 mg/L | 11/04/02 | 11/11/02 |
| Client ID : | **B471-1W** | TPH-E (Diesel) | ND | | 0.050 mg/L | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110641-04A | TPH-E (Oil) | ND | | 0.50 mg/L | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | | 0.050 mg/L | 11/04/02 | 11/11/02 |
| Client ID : | **B472-1W** | TPH-E (Diesel) | ND | | 0.050 mg/L | 11/04/02 | 11/12/02 |
| Lab ID : | VEC02110641-05A | TPH-E (Oil) | ND | | 0.50 mg/L | 11/04/02 | 11/12/02 |
| | | TPH Purgeable | ND | | 0.050 mg/L | 11/04/02 | 11/11/02 |

*Reporting Limits were increased due to limited sample volume.
ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
**Report Date**

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:  (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC02110641-01A
Client I.D. Number:  B481-1W

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/11/02

Volatile Organics by GC/MS
EPA Method SW8260B

| # | Compound | Concentration | Reporting Limit | # | Compound | Concentration | Reporting Limit |
|---|----------|---------------|-----------------|---|----------|---------------|-----------------|
| 1 | Chloromethane | ND | 2.0 µg/L | 26 | Ethylbenzene | ND | 0.50 µg/L |
| 2 | Vinyl chloride | ND | 1.0 µg/L | 27 | m,p-Xylene | ND | 0.50 µg/L |
| 3 | Chloroethane | ND | 1.0 µg/L | 28 | Bromoform | ND | 1.0 µg/L |
| 4 | Bromomethane | ND | 1.0 µg/L | 29 | o-Xylene | ND | 0.50 µg/L |
| 5 | Trichlorofluoromethane | ND | 1.0 µg/L | 30 | 1,1,2,2-Tetrachloroethane | ND | 1.0 µg/L |
| 6 | 1,1-Dichloroethene | ND | 1.0 µg/L | 31 | 1,3-Dichlorobenzene | ND | 1.0 µg/L |
| 7 | Dichloromethane | ND | 2.0 µg/L | 32 | 1,4-Dichlorobenzene | ND | 1.0 µg/L |
| 8 | trans-1,2-Dichloroethene | ND | 1.0 µg/L | 33 | 1,2-Dichlorobenzene | ND | 1.0 µg/L |
| 9 | 1,1-Dichloroethane | ND | 1.0 µg/L | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 1.0 µg/L | | | | |
| 11 | Chloroform | ND | 1.0 µg/L | | | | |
| 12 | 1,2-Dichloroethane | ND | 1.0 µg/L | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 1.0 µg/L | | | | |
| 14 | Carbon tetrachloride | ND | 1.0 µg/L | | | | |
| 15 | Benzene | ND | 0.50 µg/L | | | | |
| 16 | 1,2-Dichloropropane | ND | 1.0 µg/L | | | | |
| 17 | Trichloroethene | ND | 1.0 µg/L | | | | |
| 18 | Bromodichloromethane | ND | 1.0 µg/L | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 1.0 µg/L | | | | |
| 22 | Toluene | ND | 0.50 µg/L | | | | |
| 23 | Dibromochloromethane | ND | 1.0 µg/L | | | | |
| 24 | Tetrachloroethene | ND | 1.0 µg/L | | | | |
| 25 | Chlorobenzene | ND | 1.0 µg/L | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer

Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:  VEC02110641-02A
Client I.D. Number:  B482-1W

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/11/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 2.0 µg/L | 26 | Ethylbenzene | ND | 0.50 µg/L |
| 2 | Vinyl chloride | ND | 1.0 µg/L | 27 | m,p-Xylene | ND | 0.50 µg/L |
| 3 | Chloroethane | ND | 1.0 µg/L | 28 | Bromoform | ND | 1.0 µg/L |
| 4 | Bromomethane | ND | 1.0 µg/L | 29 | o-Xylene | ND | 0.50 µg/L |
| 5 | Trichlorofluoromethane | ND | 1.0 µg/L | 30 | 1,1,2,2-Tetrachloroethane | ND | 1.0 µg/L |
| 6 | 1,1-Dichloroethene | ND | 1.0 µg/L | 31 | 1,3-Dichlorobenzene | ND | 1.0 µg/L |
| 7 | Dichloromethane | ND | 2.0 µg/L | 32 | 1,4-Dichlorobenzene | ND | 1.0 µg/L |
| 8 | trans-1,2-Dichloroethene | ND | 1.0 µg/L | 33 | 1,2-Dichlorobenzene | ND | 1.0 µg/L |
| 9 | 1,1-Dichloroethane | ND | 1.0 µg/L | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 1.0 µg/L | | | | |
| 11 | Chloroform | ND | 1.0 µg/L | | | | |
| 12 | 1,2-Dichloroethane | ND | 1.0 µg/L | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 1.0 µg/L | | | | |
| 14 | Carbon tetrachloride | ND | 1.0 µg/L | | | | |
| 15 | Benzene | ND | 0.50 µg/L | | | | |
| 16 | 1,2-Dichloropropane | ND | 1.0 µg/L | | | | |
| 17 | Trichloroethene | ND | 1.0 µg/L | | | | |
| 18 | Bromodichloromethane | ND | 1.0 µg/L | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 1.0 µg/L | | | | |
| 22 | Toluene | ND | 0.50 µg/L | | | | |
| 23 | Dibromochloromethane | ND | 1.0 µg/L | | | | |
| 24 | Tetrachloroethene | ND | 1.0 µg/L | | | | |
| 25 | Chlorobenzene | ND | 1.0 µg/L | | | | |

ND = Not Detected

Roger E. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 781-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# Alpha Analytical, Inc.

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:    Tom Woodward
Phone:   (530) 272-2448
Fax:     (530) 272-8533

Alpha Analytical Number:   VEC021I0641-03A
Client I.D. Number:   B483-IW

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/11/02

### Volatile Organics by GC/MS
### EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 8.0 µg/L | 26 | Ethylbenzene | ND | 1.0 µg/L |
| 2 | Vinyl chloride | ND | 2.0 µg/L | 27 | m,p-Xylene | ND | 1.0 µg/L |
| 3 | Chloroethane | ND | 2.0 µg/L | 28 | Bromoform | ND | 2.0 µg/L |
| 4 | Bromomethane | ND | 2.0 µg/L | 29 | o-Xylene | ND | 1.0 µg/L |
| 5 | Trichlorofluoromethane | ND | 2.0 µg/L | 30 | 1,1,2,2-Tetrachloroethane | ND | 2.0 µg/L |
| 6 | 1,1-Dichloroethene | ND | 2.0 µg/L | 31 | 1,3-Dichlorobenzene | ND | 2.0 µg/L |
| 7 | Dichloromethane | ND | 8.0 µg/L | 32 | 1,4-Dichlorobenzene | ND | 2.0 µg/L |
| 8 | trans-1,2-Dichloroethene | ND | 2.0 µg/L | 33 | 1,2-Dichlorobenzene | ND | 2.0 µg/L |
| 9 | 1,1-Dichloroethane | ND | 2.0 µg/L | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 2.0 µg/L | | | | |
| 11 | Chloroform | ND | 2.0 µg/L | | | | |
| 12 | 1,2-Dichloroethane | ND | 2.0 µg/L | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 2.0 µg/L | | | | |
| 14 | Carbon tetrachloride | ND | 2.0 µg/L | | | | |
| 15 | Benzene | ND | 1.0 µg/L | | | | |
| 16 | 1,2-Dichloropropane | ND | 2.0 µg/L | | | | |
| 17 | Trichloroethene | ND | 2.0 µg/L | | | | |
| 18 | Bromodichloromethane | ND | 2.0 µg/L | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 2.0 µg/L | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 2.0 µg/L | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 2.0 µg/L | | | | |
| 22 | Toluene | ND | 1.0 µg/L | | | | |
| 23 | Dibromochloromethane | ND | 2.0 µg/L | | | | |
| 24 | Tetrachloroethene | ND | 2.0 µg/L | | | | |
| 25 | Chlorobenzene | ND | 2.0 µg/L | | | | |

Reporting Limits were increased due to limited sample volume.

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer

Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA  95945
Job#:    Pinoleville Indian Reservation

Attn:   Tom Woodward
Phone:  (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:   VEC02110641-04A
Client I.D. Number:  B471-1W

Sampled:  11/04/02
Received:  11/06/02
Analyzed:  11/11/02

Volatile Organics by GC/MS
EPA Method SW8260B

| | Compound | Concentration | Reporting Limit | | Compound | Concentration | Reporting Limit |
|---|---|---|---|---|---|---|---|
| 1 | Chloromethane | ND | 2.0 µg/L | 26 | Ethylbenzene | ND | 0.50 µg/L |
| 2 | Vinyl chloride | ND | 1.0 µg/L | 27 | m,p-Xylene | ND | 0.50 µg/L |
| 3 | Chloroethane | ND | 1.0 µg/L | 28 | Bromoform | ND | 1.0 µg/L |
| 4 | Bromomethane | ND | 1.0 µg/L | 29 | o-Xylene | ND | 0.50 µg/L |
| 5 | Trichlorofluoromethane | ND | 1.0 µg/L | 30 | 1,1,2,2-Tetrachloroethane | ND | 1.0 µg/L |
| 6 | 1,1-Dichloroethene | ND | 1.0 µg/L | 31 | 1,3-Dichlorobenzene | ND | 1.0 µg/L |
| 7 | Dichloromethane | ND | 2.0 µg/L | 32 | 1,4-Dichlorobenzene | ND | 1.0 µg/L |
| 8 | trans-1,2-Dichloroethene | ND | 1.0 µg/L | 33 | 1,2-Dichlorobenzene | ND | 1.0 µg/L |
| 9 | 1,1-Dichloroethane | ND | 1.0 µg/L | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 1.0 µg/L | | | | |
| 11 | Chloroform | ND | 1.0 µg/L | | | | |
| 12 | 1,2-Dichloroethane | ND | 1.0 µg/L | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 1.0 µg/L | | | | |
| 14 | Carbon tetrachloride | ND | 1.0 µg/L | | | | |
| 15 | Benzene | ND | 0.50 µg/L | | | | |
| 16 | 1,2-Dichloropropane | ND | 1.0 µg/L | | | | |
| 17 | Trichloroethene | ND | 1.0 µg/L | | | | |
| 18 | Bromodichloromethane | ND | 1.0 µg/L | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 1.0 µg/L | | | | |
| 22 | Toluene | ND | 0.50 µg/L | | | | |
| 23 | Dibromochloromethane | ND | 1.0 µg/L | | | | |
| 24 | Tetrachloroethene | ND | 1.0 µg/L | | | | |
| 25 | Chlorobenzene | ND | 1.0 µg/L | | | | |

ND = Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9080 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5800 / info@alpha-analytical.com

11/19/02
Report Date

# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## ANALYTICAL REPORT

Vector Engineering
143 East Spring Hill Drive
Grass Valley, CA 95945
Job#:   Pinoleville Indian Reservation

Attn:   Tom Woodward
Phone:  (530) 272-2448
Fax:    (530) 272-8533

Alpha Analytical Number:  VEC02110641-05A
Client I.D. Number:  B472-1W

Sampled:   11/04/02
Received:  11/06/02
Analyzed:  11/11/02

Volatile Organics by GC/MS
EPA Method SW8260B

| # | Compound | Concentration | Reporting Limit | # | Compound | Concentration | Reporting Limit |
|---|----------|---------------|-----------------|---|----------|---------------|-----------------|
| 1 | Chloromethane | ND | 2.0 µg/L | 26 | Ethylbenzene | ND | 0.50 µg/L |
| 2 | Vinyl chloride | ND | 1.0 µg/L | 27 | m,p-Xylene | ND | 0.50 µg/L |
| 3 | Chloroethane | ND | 1.0 µg/L | 28 | Bromoform | ND | 1.0 µg/L |
| 4 | Bromomethane | ND | 1.0 µg/L | 29 | o-Xylene | ND | 0.50 µg/L |
| 5 | Trichlorofluoromethane | ND | 1.0 µg/L | 30 | 1,1,2,2-Tetrachloroethane | ND | 1.0 µg/L |
| 6 | 1,1-Dichloroethene | ND | 1.0 µg/L | 31 | 1,3-Dichlorobenzene | ND | 1.0 µg/L |
| 7 | Dichloromethane | ND | 2.0 µg/L | 32 | 1,4-Dichlorobenzene | ND | 1.0 µg/L |
| 8 | trans-1,2-Dichloroethene | ND | 1.0 µg/L | 33 | 1,2-Dichlorobenzene | ND | 1.0 µg/L |
| 9 | 1,1-Dichloroethane | ND | 1.0 µg/L | | | | |
| 10 | cis-1,2-Dichloroethene | ND | 1.0 µg/L | | | | |
| 11 | Chloroform | ND | 1.0 µg/L | | | | |
| 12 | 1,2-Dichloroethane | ND | 1.0 µg/L | | | | |
| 13 | 1,1,1-Trichloroethane | ND | 1.0 µg/L | | | | |
| 14 | Carbon tetrachloride | ND | 1.0 µg/l | | | | |
| 15 | Benzene | ND | 0.50 µg/L | | | | |
| 16 | 1,2-Dichloropropane | ND | 1.0 µg/L | | | | |
| 17 | Trichloroethene | ND | 1.0 µg/L | | | | |
| 18 | Bromodichloromethane | ND | 1.0 µg/L | | | | |
| 19 | cis-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 20 | trans-1,3-Dichloropropene | ND | 1.0 µg/L | | | | |
| 21 | 1,1,2-Trichloroethane | ND | 1.0 µg/L | | | | |
| 22 | Toluene | ND | 0.50 µg/L | | | | |
| 23 | Dibromochloromethane | ND | 1.0 µg/L | | | | |
| 24 | Tetrachloroethene | ND | 1.0 µg/L | | | | |
| 25 | Chlorobenzene | ND | 1.0 µg/L | | | | |

ND - Not Detected

Roger L. Scholl, Ph.D., Laboratory Director • • Randy Gardner, Laboratory Manager • • Walter Hinchman, Quality Assurance Officer
Sacramento, CA • (916) 366-9089 / Las Vegas, NV • (702) 281-4848 / Wichita, KS • (316) 722-5890 / info@alpha-analytical.com

11/19/02
Report Date



# *Alpha Analytical, Inc.*

255 Glendale Ave. • Suite 21 • Sparks, Nevada 89431-5778
(775) 355-1044 • (775) 355-0406 FAX • 1-800-283-1183

## VOC pH Report

**Work Order:** VEC02110641        **Project:** Pinoleville Indian Reservation

| Alpha's Sample ID | Client's Sample ID | Matrix | pH |
|---|---|---|---|
| 02110641-01A | B481-1W | Aqueous | 2 |
| 02110641-02A | B482-1W | Aqueous | 6 |
| 02110641-03A | B483-1W | Aqueous | 2 |
| 02110641-04A | B471-1W | Aqueous | 2 |
| 02110641-05A | B472-1W | Aqueous | 2 |

11/19/02

Report Date

*1 of 1*

**APPENDIX F**
**CHAIN OF CUSTODY RECORDS**

**Alpha Analytical, Inc.**
255 Glendale Avenue, Suite 21
Sparks, Nevada 89431-5776
Phone (775) 355-1044
Fax (775) 355-0406

Name: TOM WOODWARD / VISITOR
Address: 143 E. SABING-HILL RD
City, State, Zip: GRASS VALLEY CA 95945
Phone Number: 530-272-2448   Fax: 530-222-8533

Client Name: PINOLEVILLE INDIAN RESERVATION
Address: 367 NORTH STATE ST. SUITE 204
City, State, Zip: UKIAH CA 95482-4444
Report Attention: Phone # 707-463-4454

P.O. #:
PWS #:
DWR #:
Job #:
Fax #:

| Time Sampled | Date Sampled | Matrix See Key Below | Office Use Only Lab ID Number | Sample Description | Total amt. & type of containers ** See 25 W | TPH-GAS | TPH-DIESEL | TPH-NMotOIL | BTEX | CAM 5 METALS | VOCs | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:20 | 11/04 | AQ | NEC111004141-01 | B481-1W | (P) 7V | | → | | | | → | |
| 11:51 | 11/04 | AQ | -02 | B482-1W | '' | | → | | | | → | |
| 1:15 | 11/04 | AQ | -03 | B483-1W | '' | | → | → | → | | | |
| 2:21 | 11/04 | AQ | -04 | B431-1W | '' | | → | → | → | | | |
| 3:20 | 11/04 | AQ | -05 | B422-1W | '' | | → | → | → | | | |

Analyses Required

Page # ___ of ___

**ADDITIONAL INSTRUCTIONS:**

| | Signature | Print Name | Company | Date | Time |
|---|---|---|---|---|---|
| Relinquished by | James Woodward | THOMAS WOODWARD | VISITOR ENGINEERING | 11/04/02 | |
| Received by | D Baker | D Baker | Alpha | 11/4/03 | 1530 |
| Relinquished by | | | | | |
| Received by | | | | | |
| Relinquished by | | | | | |
| Received by | | | | | |

*Key: AQ - Aqueous    SO - Soil    WA - Waste    OT - Other    ** L-Liter    V-Voa    S-Soil Jar    O-Orbo    T-Tedlar    P-Plastic    QT-Other    B-Brass

NOTE: Samples are discarded 60 days after results are reported unless other arrangements are made. Hazardous samples will be returned to client or disposed of at client expense. The report is applicable only to those samples received by the laboratory with this coc. The liability of the laboratory is limited to the amount paid for the report. The report for the analysis of the above samples is applicable only to those samples received by the laboratory with this coc.

# CHAIN-OF-CUSTODY RECORD

**CA**

## Alpha Analytical, Inc.

255 Glendale Avenue, Suite 21   Sparks, Nevada 89431-5778

TEL: (775) 355-1044   FAX: (775) 355-0406

**WorkOrder : VEC0211064l**

**Report Due By : 5:00 PM    On : 20-Nov-02**

Billing Information :

Client:

Vector Engineering
143 East Spring Hill Drive

Grass Valley, CA 95945

Report Attention :   Tom Woodward

CC Report :

Tom Woodward
TEL : (530) 272-2448
FAX : (530) 272-8533

Job :   Pinoleville Indian Reservation

PO :

Client's COC # :   none

EDD Required : No

Sampled by : Client

Cooler Temp :    4 °C

Page:
1 of 1

06-Nov-02

QC Level : 1      = Final Rpt Only

| Alpha Sample ID | Client Sample ID | Matrix | Collection Date | No. of Bottles ORG | SUB | TAT | PWS # | 200_8 | TPHE_W | TPHP_W | VOC_W | Requested Tests | | | Sample Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VEC0211064l-01A | B481-1W | AQ | 11/04/02 10:25 | 7 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_G | | | | Inorganics=Cam 5 Metals: Cd, Cr, Pb, Ni, Zn. |
| VEC0211064l-02A | B482-1W | AQ | 11/04/02 11:51 | 7 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 826C_G | | | | Inorganics=Cam 5 Metals: Cd, Cr, Pb, Ni, Zn. |
| VEC0211064l-03A | B483-1W | AQ | 11/04/02 13:15 | 7 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_G | | | | Inorganics=Cam 5 Metals: Cd, Cr, Pb, Ni, Zn. |
| VEC0211064l-04A | B474-1W | AQ | 11/04/02 14:21 | 7 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_G | | | | Inorganics=Cam 5 Metals: Cd, Cr, Pb, Ni, Zn. |
| VEC0211064l-05A | B472-1W | AQ | 11/04/02 15:20 | 7 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_G | | | | Inorganics=Cam 5 Metals: Cd, Cr, Pb, Ni, Zn. |

Comments:

Custody seal, Frozen ice, CA samples :

Received by:

| Signature | Print Name | Company | Date/Time |
|---|---|---|---|
| DBBurn | DBParkson | Alpha Analytical, Inc. | 11/6/02 10:50 |

NOTE: Samples are discarded 60 days after results are reported unless other arrangements are made. Hazardous samples will be returned to client or disposed of at client expense.
The report for the analysis of the above samples is applicable only to those samples received by the laboratory with this COC. The liability of the laboratory is limited to the amount paid for the report.

Matrix Type : AQ(Aqueous)   AR(Air)   SC(Soil)   WS(Waste)   DW(Drinking Water)   OT(Other)      Bottle Type: L-Liter   V-Voa   S-Soil Jar   O-Orbo   T-Tedlar   B-Brass   P-Plastic   OT-Other

VGG18

# Alpha Analytical, Inc.

255 Glendale Avenue
Suite 2;
Sparks, Nevada 89431-5778
Phone: (775) 355-1044
Fax: (775) 355-0406

Subcontractor:
Sierra Environmental Monitoring
1135 Financial Blvd.

Reno, NV 89502

# SUB CHAIN-OF-CUSTODY RECORD

Work Order : VEC02110641

*Please reference the Work Order number on all reports and invoices.
*Also please include the dates of analysis and detection limits.

TEL: (702) 857-2400
FAX: (702) 857-2404

Acct #:

EDD Required: **No**

Page | of |

06-Nov-02

Report Due By : 5:00 PM
On : 20-Nov-02

Required QC:
Final Rpt Only

| Alpha's Sample ID | Client's Sample ID | Matrix | Collection Date | Collection Time | Sulfuric | Nitric | Other | E200.8 | Requested Tests | Sample Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| VEC02110641-01A | B481-1W | Aqueous | 11/04/02 | 10:25 | | | 125ML HDP E-HNO3 (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110641-02A | B486-1W | Aqueous | 11/04/02 | 1:51 | | | 125ML HDP E-HNO3 (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110641-03A | B483-1W | Aqueous | 11/04/02 | 13:15 | | | 125ML HDP E-HNO3 (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110641-04A | B477-1W | Aqueous | 11/04/02 | 14:21 | | | 125ML HDP E-HNO3 (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110641-05A | B472-1W | Aqueous | 11/04/02 | 15:20 | | | 125ML HDP E-HNO3 (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet O' Sample Comments |

Comments:

| | Date/Time | | Date/Time |
|---|---|---|---|
| Relinquished by: | 11/6/02 - 2:10 | Received by: | 11/6/02 |
| Relinquished by: | | Received by: | |

**Alpha Analytical, Inc.**

255 Glendale Avenue
Suite 21
Sparks, Nevada 89431-5778
Phone: (775) 355-1044
Fax: (775) 355-0406

Subcontractor:

Sierra Environmental Monitoring
1135 Financial Blvd.

Reno, NV 89502

# SUB CHAIN-OF-CUSTODY RECORD
## Sample Comment Sheet

Work Order : 02110641

*Please reference the Work Order number on all reports and invoices.

TEL:　　(702) 857-2400

FAX:　　(702) 857-2404

Acct #:

06-Nov-02

| Alpha's Sample ID | Sample Test Information and Comments |
|---|---|
| 02110641-01A | Inorganics=Cam 5 Metals. Cd, Cr, Pb, Ni, Zn. |
| 02110641-02A | Inorganics=Cam 5 Metals. Cd, Cr, Pb, Ni, Zn. |
| 02110641-03A | Inorganics=Cam 5 Metals. Cd, Cr, Pb, Ni, Zn. |
| 02110641-04A | Inorganics=Cam 5 Metals. Cd, Cr, Pb, Ni, Zn. |
| 02110641-05A | Inorganics=Cam 5 Metals. Cd, Cr, Pb, Ni, Zn. |

# CHAIN-OF-CUSTODY RECORD

## Alpha Analytical, Inc.
255 Glendale Avenue, Suite 21  Sparks, Nevada 89431-5778
TEL: (775) 355-1044  FAX: (775) 355-0405

**CA**

Page:
1 of 2

WorkOrder : VEC02110640

Report Due By : 5:00 PM    On : 20-Nov-02

EDD Required : No

Billing Information :

Client:
Vector Engineering
143 East Spring Hill Drive

Grass Valley, CA 95945

**Report Attention :** Tom Woodward
**CC Report :**
**QC Level : 1**    = Final Rpt Only

Tom Woodward
TEL : (530) 272-2448
FAX : (530) 272-8533
Job : Pinoleville Indian Reservation
PO :

Client's COC # :  none

Sampled by: Client

Cooler Temp :  4°C

06-Nov-02

| Alpha Sample ID | Client Sample ID | Matrix | Collection Date | | No. of Bottles | | | TAT | PWS # | Requested Tests | | | | | Sample Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ORG | SUB | | | | 200_8 | TPHE_S | TPHPH_S | GAS-CAL | VOC_S | |
| VEC02110640-01A | B481-2S | SO | 11/04/02 09:46 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-02A | B481-7S | SO | 11/04/02 09:59 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-03A | B481-12S | SO | 11/04/02 10:18 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-04A | B482-2S | SO | 11/04/02 11:15 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-05A | B482-7S | SO | 11/04/02 11:19 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-06A | B482-12S | SO | 11/04/02 11:30 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-07A | B483-2S | SO | 11/04/02 12:24 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-08A | B483-7S | SO | 11/04/02 12:31 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-09A | B483-12S | SO | 11/04/02 13:05 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 mata's. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-10A | B477-2S | SO | 11/04/02 13:40 | | 1 | 1 | 10 | | | 200_8/6020A | TPHE | GAS-CAL | 8260_C4 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |

**Comments:** Custody seal. Frozen Ice CA samples.

| Received by: | Signature | Print Name | Company | Date/Time |
|---|---|---|---|---|
| | D. Baker | DS Baker | Alpha Analytical, Inc. | |

NOTE: Samples are discarded 60 days after results are reported unless other arrangements are made. Hazardous samples will be returned to client or disposed of at client expense.
The report for the analysis of the above samples is applicable only to those samples received by the laboratory with this COC. The liability of the laboratory is limited to the amount paid for the report.
Matrix Type : AQ(Aqueous)  AR(Air)  SO(Soil)  WS(Waste)  DW(Drinking Water)  OT(Other)    Bottle Type: L-Liter  V-Voa  S-Soil Jar  O-Orbo  T-Teclar  B-Brass  P-Plastic  OT-Other

Billing Information :

# CHAIN-OF-CUSTODY RECORD

## Alpha Analytical, Inc.

255 Glendale Avenue, Suite 21   Sparks, Nevada 89431-5778
TEL: (775) 355-1044   FAX: (775) 355-0406

## CA

**WorkOrder : VEC02110640**

Page: 2 of 2

**Report Due By : 5:00 PM   On : 20-Nov-02**

Client:

Vector Engineering
143 East Spring Hill Drive

Grass Valley, CA 95945

Report Attention : Tom Woodward

CC Report :

Tom Woodward
TEL : (530) 272-2448
FAX : (530) 272-8533

Job : Pinoleville Indian Reservation
PO :

Clients COC # :  none

EDD Required : No

Sampled by : Client

Cooler Temp :   4 °C

06-Nov-02

QC Level :  1      =  Final Rot Only

| Alpha Sample ID | Client Sample ID | Matrix | Collection Date | No. of Bottles ORG | SUB | TAT | PWS # | 206_X | TPHE_S | TPHE_S | VOC_S | Requested Tests | Sample Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VEC02110640-11A | B471-7S | SO | 11/04/02 13:52 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-12A | B471-12S | SO | 11/04/02 14:05 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-13A | B472-2S | SO | 11/04/02 14:31 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-14A | B472-7S | SO | 11/04/02 14:42 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, N, Zn. |
| VEC02110640-15A | B472-12S | SO | 11/04/02 14:50 | 1 | 1 | 10 | | 220.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-16A | B473-2S | SO | 11/04/02 15:45 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-17A | B473-7S | SO | 11/04/02 15:58 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-18A | B473-12S | SO | 11/04/02 16:05 | 1 | 1 | 10 | | 220.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-19A | B473-17S | SO | 11/04/02 16:31 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |
| VEC02110640-20A | B473-22S | SO | 11/04/02 16:55 | 1 | 1 | 10 | | 200.8/6020A | TPHE | GAS-CAL | 8260_C5 | | Inorganics=Cam 5 metals. Cd, Cr, Pb, Ni, Zn. |

Comments:      Custody seal. Frozen CA samples.

| Received by: | Signature | Print Name | Company | Date/Time |
|---|---|---|---|---|
| | D Bacon | D Buller | Alpha Analytical, Inc. | 11/6/02 |

NOTE: Samples are discarded 60 days after results are reported unless other arrangements are made. Hazardous samples will be returned to client or disposed of at client expense.
The report for the analysis of the above samples is applicable only to those samples received by the laboratory with this COC. The liability of the laboratory is limited to the amount paid for the report.
Matrix Type : AQ(Aqueous)  AR(Air)  SO(Soil)  WS(Waste)  DW(Drinking Water)  OT(Other)   Bottle Type: L-Liter  V-Voa  S-Soil Jar  O-Ortho  T-Tedlar  B-Brass  P-Plastic  OT-Other

Jpn alyt Inc
255 Glendale Avenue, Suite 21
Sparks, Nevada 89481-5778
Phone (775) 355-1044
Fax (775) 355-0406

Page # ___ of ___

Name VENTUR WHER VENNER
Address 143 E. SADDLE HILL DRIVE
City, State, Zip GRASS VALLEY CA 95945
Phone Number 822-372-2623 Fax 530-272-8533

Client Name SNOWVILLE INDIAN RESERVATION
Address 307 NORTH STATE ST SUITE 204
City, Zip UKIAH CA 95482-4444
PO # _____
PWS # _____
Phone # 702-463-1454
DWR # _____
Fax # _____

Report Attention _____

**Analyses Required**

| Time Sampled | Date Sampled | Matrix See Key Below | Office Use Only Lab ID Number | Sample Description | TPH-GAS | TPH-DIESEL | TPH-MOTOROL | BTEX | CAN 5 METALS | VOLS | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:48 | 11/04 | SO | UECO8104040-01 | B481-25 | | | | | | 1B | |
| 10:29 | 11/04 | SO | -02 | B481-75 | | | | | ✓ | | |
| 10:18 | 11/04 | SO | -03 | B481-125 | | | | | | | |
| 11:15 | 11/04 | SO | -04 | B482-25 | | | | | ✓ | | |
| 11:9 | 11/04 | SO | -05 | B482-75 | | | | | | | |
| 11:30 | 11/04 | SO | -06 | B483-125 | | | | | ✓ | | |
| 12:20 | 11/04 | SO | -07 | B483-25 | | | | | | | |
| 12:31 | 11/04 | SO | -08 | B483-75 | | | | | ✓ | | |
| 1:05 | 11/04 | SO | -09 | B483-125 | | | | | | | |
| 1:40 | 11/04 | SO | -10 | B471-25 | | | | | | | |
| 1:52 | 11/04 | SO | -11 | B471-75 | | | | | ✓ | | |
| 2:03 | 11/04 | SO | -12 | B471-125 | | | | | | | |

**ADDITIONAL INSTRUCTIONS:**

| | Signature | Print Name | Company | Date | Time |
|---|---|---|---|---|---|
| Relinquished by | (signature) | THOMAS WOODWARD | VENOE ENGINEERING | 11/09/02 | 2:30 |
| Received by | DBAKER | DBAKER | (alpha) | 11/16/02 | 10:00 |
| Relinquished by | | | | | |
| Received by | | | | | |
| Relinquished by | | | | | |
| Received by | | | | | |

Key: AQ - Aqueous    SO - Soil    WA - Waste    OT - Other    L-Liter    V-Voa    S-Soil Jar    C-Orbo    T-Tedlar    P-Plastic    B-Brass    OT-Other

NOTE: Samples are discarded 60 days after results are reported unless other arrangements are made. Hazardous samples will be returned to client or disposed of at client expense. The report for the analysis of the above samples is applicable only to those samples received by the laboratory with this coc. The liability of the laboratory is limited to the amount paid for the report.

Page # ___ of ___

**upn  alyi  inc**
255 Glendale Avenue, Suite 21
Sparks, Nevada 89431-5778
Phone (775) 355-1044
Fax (775) 355-0405

Name _____ ALVARADO __ NEVINS __
Address _143 E SPRING HILL DR._
City, State, Zip _GRASS VALLEY CA 95945_
Phone Number _530.272.2448_ Fax _530.272.8633_

P.O. # _____
PWS # _____
Phone # _707-463-1405_
Fax # _____

Job # _____
DWR # _____
Report Attention _____

PINOLEVILLE INDIAN RESERVATION
_507 N MAIN GATE SR. SUITE 204_
_UKIAH, CA 95482-4444_

Analyses Required: TPH-GAS, TPH-DIESEL, TPH-MOTOR OIL, BTEX, CAM 5 METALS, VOCS

| Time Sampled | Date Sampled | Matrix See Key Below | Office Use Only | Lab ID Number | Sample Description | Total and type of containers **See below | REMARKS |
|---|---|---|---|---|---|---|---|
| 2:31 | 4/04 | SO | LG1041362010-13 | B472-25 | 18 | |
| 2:42 | | | -14 | B472-75 | | |
| 2:50 | | | -15 | B472-125 | | |
| 3:40 | | | -16 | B473-25 | | |
| 3:58 | | | -17 | B473-75 | | |
| 4:05 | | | -18 | B473-125 | | |
| 4:31 | | | -19 | B473-125 | | |
| 4:50 | ↓ | | -20 | B473-225 | | |

**ADDITIONAL INSTRUCTIONS:**

| | Signature | Print Name | Company | Date | Time |
|---|---|---|---|---|---|
| Relinquished by | _Thomas Woodward_ | THOMAS WOODWARD | VECTOR ENGINEERING | 11/05/02 | 2:30 |
| Received by | _DSBaker_ | DSBAKER | Alpha | 11/6/02 | 1030 |
| Relinquished by | | | | | |
| Receiver by | | | | | |
| Relinquished by | | | | | |
| Received by | | | | | |

*Key: AQ - Aqueous    SO - Soil    WA - Waste    OT - Other    L-Liter    V-Voa    S-Soil Jar    O-Oroo    T-Tedlar    B-Brass    P-Plastic    OT-Other

NOTE: Samples are discarded 60 days after results are reported unless other arrangements are made. Hazardous samples will be returned to client or disposed of at client expense. The report for the analysis of the above samples is applicable only to those samples received by the laboratory with this doc. The liability of the laboratory is limited to the amount paid for the report.

# SUB CHAIN-OF-CUSTODY RECORD

## Alpha Analytical, Inc.

255 Glendale Avenue
Suite 21
Sparks, Nevada 89431-5778
Phone: (775) 355-1044
Fax:   (775) 355-0406

Subcontractor:
Sierra Environmental Monitoring
1135 Financial Blvd.

Reno, NV 89502

Work Order : VEC02110640

*Please reference the Work Order number on all reports and invoices.
*Also please include the dates of analysis and detection limits.

TEL: (702) 857-2400

FAX: (702) 857-2404

Acct #:

EDD Required:

**No**

Required QC:
Final Rpt Only

Report Due By : 5:00 PM
On : 20-Nov-02

06-Nov-02

| Alpha's Sample ID | Client's Sample ID | Matrix | Collection Date | Collection Time | Type (#) of Bottles Sulfuric | Type (#) of Bottles Nitric | Type (#) of Bottles Other | Requested Tests E200.8 | Requested Tests | Sample Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| VEC02110640-01A | B481-2S | Soil | 11/04/02 | 09:48 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-02A | B481-7S | Soil | 11/04/02 | 09:50 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-03A | B481-12S | Soil | 11/04/02 | 10:9 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-04A | B486-2S | Soil | 11/04/02 | 11:15 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-05A | B482-7S | Soil | 11/04/02 | 11:19 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-06A | B482-2S | Soil | 11/04/02 | 11:30 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-07A | B483-2S | Soil | 11/04/02 | 12:24 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |

Comments:

| | Date/Time | | Date/Time |
|---|---|---|---|
| Relinquished by: | 11/6/02 2:30 | Received by: | 11/6/02 2:30 |
| Relinquished by: | | Received by: | |

# SUB CHAIN-OF-CUSTODY RECORD

**Alpha Analytical, Inc.**
255 Glendale Avenue
Suite 21
Sparks, Nevada 89431-5778
Phone: (775) 355-1044
Fax:   (775) 355-0406

Subcontractor:
Sierra Environmental Monitoring
1135 Financial Blvd.

Reno, NV 89502

Work Order : VEC02110640

*Please reference the Work Order number on all reports and invoices.
*Also please include the dates of analysis and detection limits.

TEL. : (702) 857-2400
FAX : (702) 857-2404
Acct #:

EDD Required:  **No**

Report Due By : 5:00 PM
On : 20-Nov-02

Required QC:
Final Rpt Only

Page 2 of 3

06-Nov-02

| Alpha's Sample ID | Client's Sample ID | Matrix | Collection Date | Sulfuric | Nitric | Other | E200.8 | Sample Comments |
|---|---|---|---|---|---|---|---|---|
| VEC02110640-09A | B468-7S | Soil | 11/04/02 12:3? | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | See Attached Sheet Of Sample Comments |
| VEC02110640-09A | B468-12S | Soil | 11/04/02 13:05 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | See Attached Sheet Of Sample Comments |
| VEC02110640-10A | B471-2S | Soil | 11/04/02 13:40 | | | BAGGIE (1) | Inorganics by EPA Method 200.6 (200.8) | See Attached Sheet Of Sample Comments |
| VEC02110640-11A | B471-7S | Soil | 11/04/02 13:52 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | See Attached Sheet Of Sample Comments |
| VEC02110640-12A | B471-12S | Soil | 11/04/02 14:05 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | See Attached Sheet Of Sample Comments |
| VEC02110640-13A | B472-2S | Soil | 11/04/02 14:31 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | See Attached Sheet Of Sample Comments |
| VEC02110640-4A | B472-7S | Soil | 11/04/02 14:42 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | See Attached Sheet Of Sample Comments |

Comments:

Relinquished by: _____   Date/Time  11/6/02

Relinquished by:

Received by: _____   Date/Time

Received by:

# Alpha Analytical, Inc.

255 Glendale Avenue
Suite 21
Sparks, Nevada 89431-5778
Phone: (775) 355-1044
Fax:    (775) 355-0406

**Subcontractor:**

Sierra Environmental Monitoring
1135 Financial Blvd.

Reno, NV 89502

# SUB CHAIN-OF-CUSTODY RECORD

**Work Order : VEC02110640**

*Please reference the Work Order number on all reports and invoices.
*Also please include the dates of analysis and detection limits.

TEL: (702) 857-2400

FAX: (702) 857-2404

Acct #:

EDD Required:

**No**

**Report Due By : 5:00 PM**

**On : 20-Nov-02**

Page 3 of 3

**Required QC:**
Final Rpt Only

06-Nov-02

| Alpha's Sample ID | Client's Sample ID | Matrix | Collection Date | Collection Time | Type (#) of Bottles | | | | Requested Tests | Sample Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sulfuric | Nitric | Other | E200.8 | | |
| VEC02110640-15A | B472-125 | Soil | 1104/02 | 14:50 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-16A | B472-2S | Soil | 1104/02 | 15:45 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-17A | B473-7S | Soil | 1124/02 | 15:53 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-19A | B473-12S | Soil | 1104/02 | 16:06 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-19A | B473-17S | Soil | 1104/02 | 16:31 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |
| VEC02110640-20A | B473-225 | Soil | 1104/02 | 16:55 | | | BAGGIE (1) | Inorganics by EPA Method 200.8 (200.8) | | See Attached Sheet Of Sample Comments |

Comments:

| | Date/Time | |
|---|---|---|
| Relinquished by: | 11/5/19 8:50 | Received by: |
| Relinquished by: | | Received by: |

Date/Time

**APPENDIX G**
**PARCEL DESCRIPTIONS**

APN 169-190-047
500C Pinoleville Drive, Ukiah CA

**PROJECT DESCRIPTION:  APN 169-190-047 at 500C Pinoleville Drive**

**Prepared by EBA Wastechnologies**

<u>Site Description</u>

This parcel of property covers 6.41 acres and is currently occupied by R&M Backhoe. Based on a title report produced by First American Title Company and dated July 9, 1999, title to the property is vested in Ross Mayfield, Jr. and Paula Mayfield as joint tenants, an undivided ½ interest and Warrior Industries, Inc., a California corporation undivided ½ interest. Mr. Brent Mayfield provided EBA with information and access to the subject property. According to Mr. Mayfield, the parcel was purchased from Don Johnson in 1986. The current office building was reportedly constructed in 1983-84 and the shop building was constructed in 1985-86. R&M Backhoe began occupying the site in the late 1980s.

According to Mr. Mayfield, minor equipment maintenance is conducted on-site and any major repairs are conducted elsewhere. Mr. Mayfield indicated that all of the equipment and vehicles that are currently located on-site, have accumulated over the last year. Mr. Mayfield also said that Mendocino County inspects their facility annually.

Based on observations during the site investigation, equipment is stored on the north and east sides of the property. Stockpiles of concrete and asphalt and numerous scrap automobiles were observed on the east side of the property. A large percentage of the scrap automobiles reportedly belong to Ukiah Auto Dismantlers. A concrete containment berm, built by Shamrock Building Materials when they occupied the parcel to provide secondary containment of stored oil tanks, is located in the central portion of the property. A shallow sump that used to pump shallow groundwater for water dust protection is located in the northwest corner of the property. A number of metal scrap piles were observed throughout the parcel. No wash rack was observed.

Past Uses

Based on a review of aerial photographs, parcels 169-190-047 through 050 were observed to be undeveloped land in the 1952, 1964,  and 1981 photographs. Mr. Don Johnson, Sr. indicated that he bought parcels 169-190-047 through 050 in 1977 as a single, 19.80 acre parcel that was bare land, except for a modular home that currently exists on parcel 050.   Don Johnson reportedly split the original parcel into four parcels and sold the subject parcel to the Mayfield family. According to Mr. Mayfield, Shamrock Building Materials operated a small concrete and asphalt batch plant from approximately 1990-1992. Shamrock reportedly performed limited gravel mining in Ackerman Creek, on the north side of the property, from the late 1980s until approximately 1993, although most of the raw materials were shipped in by Shamrock.

Harmful Substances, Chemical Storage Tanks, USTs, ASTs, Contaminated Water or Soil

Mr. Mayfield indicated that there are no USTs located on the property.  Two ASTs were observed near the shop building, and one diesel AST was reportedly in use.  No staining or odors were observed in the vicinity of these tanks during the site investigation, however, neither tank was properly secured in double containment.

Waste oil is collected and stored in 55-gallon drums for recycling pickup by Chico Drain Oil.  Waste oil disposal manifests were observed by EBA during the site investigation.  Mr. Mayfield indicated that drain oil, which is stored in drums, is picked up by Chico Drain Oil every few months.  Soil staining was observed in the vicinity of approximately 5-6 barrels of waste oil, located on the east side of the parcel.

Encroachments, Easements

Based on the title report, the easement was reserved by E.M. Ford, et. ux. and recorded on December 20, 1912. The easement was reserved for water pipeline and incidental purposes, and affects a strip running through the southerly portion of the parcel.

A second easement, recorded July 2, 1984, was granted to Pacific Gas and Electric Company and Pacific Bell.  This easement was granted for underground conduits, pipes, ingress, egress and incidental purposes and lies within Tract 2.

A third easement, allocated for drainage over the property, is located along the easterly 20 feet of the parcel.

Notices of Abatement

Notices of abatement were not reported or encountered at any of the regulatory agencies for this parcel of property.

Corrective Action Orders

Corrective action orders were not reported or encountered at any of the regulatory agencies.

Title Searches, Lawsuits, Actions, or Liens Against Property

Based on the title search, the following notations are listed:

☐    A State Tax Lien in the amount of $8,254.04 in favor of the State of California, Employment Development Department is held against Warrior Industries, Inc. and was recorded February 21, 1990.

☐    A State Tax Lien in the amount of $11,741.08 in favor of the State of California, Board of Equalization is held against Warrior Industries, Inc. and was recorded January 13, 1993.

☐    A State Tax Lien in the amount of $9,720.90 in favor of the State of California, Board of Equalization is held against Warrior Industries, Inc. and was recorded November 4, 1993.

☐    A State Tax Lien in the amount of $8,052.51 in favor of the State of California, Franchise Tax Board is held against Warrior Industries, Inc. and was recorded February 9, 1994.

According to Mr. Mayfield, Warrior Industries was a business operated on the subject parcel by a member of the Mayfield family. The business is no longer in existence; however, liens remain against the property as a result of past occupants of the site.

According to Mr. Charles Hudson, Mendocino County Planner, the industrial nature of the activities conducted on the property by Shamrock Building Materials created a zoning conflict on the Pinoleville Reservation, with regards to the neighboring residences. The Governing Council of the Pinoleville Indian Community went to the U.S. District Court in the late 1980s and sued Mendocino County, the Board of Supervisors of Mendocino County, and Ross Mayfield and Brent Mayfield. According to Mr. Hudson, the end result was that Mendocino County and the Pinoleville Tribe both adopted one cohesive General Plan and zoning ordinance, that requires a more extensive review of industrial land uses in the Pinoleville Industrial Zone and is ultimately more restrictive in order to protect the residents.

Zoning Law Violations

The use of the property is subject to the County's jurisdiction, however, as provided in the Pinoleville Industrial (PI) ordinance, all use permits must be referred to the Governing Council of the Pinoleville Indian Community for review and comments. Those comments would then be considered by the County in processing any applications. In addition, according to a June 24, 1993 letter from the Department of Planning and Building Services to Mr. Ross Mayfield, this parcel of property is zoned Pinoleville Industrial. Floodplain (PI : FP), and development on the property is subject to the County Floodplain Ordinance.

According to Mr. Dale Hawley, Code Enforcement Officer for Mendocino County, Ukiah Auto Dismantlers is presumed to be in violation of the current zoning laws for storing excess scrap automobiles on the subject parcel. Mr. Hawley indicated that he is planning to investigate this matter.

Hazardous Wastes, On-site Landfills

Waste oil was observed to be stored in 55-gallon drums, located on the east side of the subject parcel. Soil staining was observed in the vicinity of these drums during the site investigation. This waste oil is reportedly collected on an as-needed basis by Chico Drain Oil every few months for recycling.

Although several scrap metal piles were observed near the east side of the property, no on-site landfills were reported or observed during the site investigation.

Septic Systems

One septic system is reportedly located adjacent to the office building. No information was available regarding this septic system at the Mendocino County Division of Environmental Health or the IHS Ukiah Field Office.

Characterization of Potential Water Pollution from Land Use

The past use of the site for industrial purposes, which have included an asphalt and concrete batch plant, poses a potential for impacts to groundwater at the site. Mr. Brent Mayfield indicated he did not know what type of fuel was used in the batch plant; however, documents in the Mendocino County Planning Department indicated a similar plant that was used for comparison purposes for siting the batch plant at the subject site used a 10,000 gallon diesel UST for fuel. No indication was observed of the batch plant or UST with the exception of the concrete berm and small amounts of machinery at the time of the property inspection.

Solid Waste Stream, Illegal Dumps, Landfill Sites

Solid waste and organic debris were observed in several piles located on the east and north sides of the parcel. Numerous scrap automobiles and abandoned equipment were observed on the north side of the parcel.

Agency Review

EBA conducted a file review at the Mendocino County Division of Environmental Health. A Hazardous Materials Business Plan (HMBP) Inspection Report prepared by Thomas Price and dated April 1, 1996, indicated that the property had two 500-gallon empty fuel tanks. At that time, Mr. Price indicated that there were no hazardous materials on-site above the specified quantities for a HMBP, therefore, R&M Backhoe was not required to keep a HMBP. EBA did not observe any subsequent documents in the file.

No relevant files were available for this parcel at Mendocino County Planning and Building Services with the exception of documentation regarding the zoning change and General Plan amendments that were implemented as a result of locating the batch plant on the subject site.

Project Site Photographs

Please refer to site photographs 54 through 64, provided in External Appendix F.

APN 169-190-048
500D Pinoleville Drive, Ukiah CA

**PARCEL DESCRIPTION:** APN 169-190-048 at 500D Pinoleville Drive

**Prepared by EBA Wastechnologies**

<u>Site Description</u>

This irregularly shaped parcel of property covers 3.49 acres and is currently occupied by Ukiah Auto Dismantlers. According to a title report produced by First American Title Company and dated July 8, 1999, title to the parcel is currently vested in Mike Tsarnas. According to a Unified Program Inspection Report, dated October 29, 1998, which was reviewed at the Mendocino County Division of Environmental Health, Mr. Tsarnas leases the property to U.S. Alchemy, Inc., a corporation with principal owners in Nevada. Mike Tsarnas' brother, Alex Tsarnas, is currently employed on-site as the operations manager.

Alex Tsarnas provided EBA with information and access to the property. Structures currently located on the parcel include one two-story metal building in the center, and a waste storage shed on the east side of the parcel. The remainder of the parcel is primarily covered with approximately 1,000 to 1,100 scrap automobiles and is surrounded by a chain-link fence. At the time of the site investigation, a majority of the subject parcel was observed to be relatively clean, with little or no noticeable soil staining, odor or other circumstances of concern. A large drainage ditch, or french drain that is approximately 4 feet deep, 20 feet wide and 200 feet long is located along the southwestern portion of the parcel and is filled with approximately 10,000 used tires. According to Mr. Don Johnson the original developer of the subject parcel and the owner of the adjacent parcels 169-190-049 and 169-190-050, this drain was required by a site engineer in order to acquire the permit to develop the site. The ten-year floodplain for Ackerman Creek abuts the northern boundary of this parcel.

Mr. Tsarnas currently leases a portion of parcel 169-190-050 on which to store automobiles. Mr. Johnson, the owner of parcel 169-190-050, indicated that he incorporated language into the lease agreement that restricts discharges of oil and other petroleum products on the parcel. At the time of site investigation, parcel 169-190-050 was observed to have some minor soil staining.

Mr. Tsarnas indicated that most of the automobiles that are brought on-site are reportedly intact and parts are taken out as needed. Reportedly, an average of 30 cars per week are brought in to the facility.

<u>Past Uses</u>

Based on a review of aerial photographs and interviews with regulatory agency personnel, the property was undeveloped land until approximately the mid-1980s. Mr. Don Johnson, Sr. indicated that he bought parcels 169-190-047 through 050 in 1977 as a single, 19.8 acre parcel that was bare land except for a modular home that currently exists on parcel 050. Mr. Johnson then split the original parcel into four parcels and sold the subject parcel to Keith Venrick. Thr subject parcel was purchased by Mike Tsarnas, the current owner.

According to Charles Hudson, Mendocino County Planner, the subject parcel was originally developed by Don Johnson, Sr. as an auto dismantling facility for Keith Venrick. Mr. Venrick owned the auto dismantling yard on the parcel, and he also rented space from Don Johnson on parcels 169-190-049 and 050 to store automobiles. Keith Venrick evidently terminated his business on June 30, 1997 and transferred the operation to Mike and Alex Tsarnas. Numerous automobiles and the main building were evident in the 1988 aerial photograph, where evidence of automobile dismantling operations were not observed in the 1981 aerial photograph. In the 1963 and 1952 photographs, the parcel was observed to be undeveloped, uncultivated land. A small drainage ditch may have been located towards the east side of the parcel.

Harmful Substances, Chemical Storage Tanks, USTs, ASTs, Contaminated Water or Soil

Harmful substances located on-site include waste oil, waste gasoline, waste anti-freeze, transmission fluid, and car batteries. These will be discussed further in the Hazardous Wastes section below.

Based on file reviews at regulatory agencies and the VISTA environmental records search, no below-ground storage tanks are expected to have been located on this parcel of property at any time. Mr. Tsarnas indicated that there are no USTs on the property, to his knowledge.

Based on the nature of the businesses that have been located on the parcel since the mid-1980s (i.e., auto dismantling), there is the potential for water and soil contamination.

Encroachments, Easements

Based on the title report, the following easements affect the parcel of property:

☐    Easement was reserved by E.M. Ford, et. ux. and recorded on December 20, 1912. The easement was reserved for water pipeline and incidental purposes, and affects a strip running through the southeast corner of the parcel.

☐    A second easement, recorded July 2, 1984, was granted to Pacific Gas and Electric Company and Pacific Bell. This easement was granted for underground conduits, pipes, ingress, egress and incidental purposes and lies within Tract 2.

☐    A third easement allocated for drainage over the property is located along the southerly boundary of the parcel.

It is apparent that scrap automobiles are being stored on adjoining parcels, namely, parcel 169-190-047 and 169-190-050. This "encroachment" constitutes

a zoning violation, according to Mr. Dale Hawley, Code Enforcement Officer at the Mendocino County Department of Planning and Building Services.

## Notices of Abatement

Notices of abatement were not reported or encountered at any of the regulatory agencies for this parcel of property.

## Corrective Action Orders

Corrective action orders were not reported or encountered at any of the regulatory agencies.

## Title Searches, Lawsuits, Actions, or Liens Against Property

Based on the title search, no liens were indicated for this parcel of property. No lawsuits or actions were reported by individuals or observed in agency files regarding this parcel of property.

## Zoning Law Violations

According to Mr. Dale Hawley, Code Enforcement Officer at the Mendocino County Division of Planning and Building Services, there is currently a building code violation for unpermitted remodeling of the main structure on this parcel. In addition, Mr. Hawley said that he intends to investigate the storage of wrecked automobiles which he observed to be encroaching on neighboring parcels, namely parcels 169-190-047 and 169-190-050. According to Mr. Hawley, storage of automobiles on these neighboring parcels constitutes a zoning violation. Mr. Brent Mayfield, from R&M Backhoe, indicated that a large portion of the vehicles on parcel 169-190-047 did in fact belong to Ukiah Auto Dismantlers. EBA observed approximately 250 to 300 automobiles stored on parcel 169-190-050, to the south of the subject parcel, at the time of the site investigation.

## Hazardous Wastes, On-site Landfills

Hazardous wastes that are stored on-site include waste oil, waste gasoline, waste anti-freeze, transmission fluid, and car batteries. According to Mr. Tsarnas, incoming vehicles are drained of fluids on a concrete pad located to the north of the main building at the site. This area was observed to be approximately 50 feet square in size. An auto crusher was observed to be located on the west side of the concrete pad. At the time of the property inspection there was a layer of dirt and sludge-type materials that covered a majority of the pad surface. A representative of Mr. Tsarnas indicated the pad is cleaned by scraping it periodically. The area surrounding the crushing area and concrete pad was observed to have a localized oil staining at the time of the site investigation. Approximately 200 automobiles were observed in a pile on the northeast corner of the parcel that are to be crushed.

Waste oil was observed to be stored in a covered storage shed in 55 gallon drums and 5 gallon containers. The shed was observed to be concrete lined with secondary containment. The barrels appeared to be properly labeled as hazardous waste at the time of the site investigation. Waste oil is reportedly picked up and disposed of by Chico Drain Oil. Manifests for Chico Drain Oil were observed in files at the NCRWQCB and at the Mendocino County Division of Environmental Health.

Transmissions are typically stored inside a shed for resale. Mr. Tsarnas indicated that transmissions that are to be scrapped are usually drained when they come on to the site. Transmissions held for resale are reportedly stored in a trailer at the site; however approximately 5-10 transmissions were observed on the ground at the south end of the parcel during the site investigation.

Gasoline that is still in the incoming automobiles is drained and reused in the on-site equipment.

Batteries are stored in heavy plastic boxes with lids provided by Interstate Battery, and reportedly disposed of every two weeks. Car batteries are reportedly stored in a containment box located to the northeast of the main building. This storage area is an uncovered concrete pad..

Antifreeze is stored in barrels. Based on site diagrams included in the October 29, 1998 (revised) HMBP, which was reviewed at the Division of Environmental Health, a maximum of 800 gallons of waste oil and a maximum of 95 gallons of waste gasoline are reportedly stored in a shed located on the east side of the property at any given time.

A pile of approximately 40 motors, located on top of wooden pallets, was observed to the west of the crusher. Localized soil straining was observed in the vicinity of the motors. In addition, an old tire pile that fills a french drain is located on the northwest corner of the parcel. It is estimated that approximately 10,000 tires are located in a partial pit that is 4 feet deep, 20 feet wide, and 200 feet long. The tires are piled approximately 4 feet above grade.

Septic Systems

According to Mr. Tsarnas, no septic systems are located on the parcel. Portable toilets are utilized on-site. No information regarding septic systems was available for this parcel at the Mendocino County Division of Environmental Health or the IHS Ukiah Field Office.

Characterization of Potential Water Pollution from Land Use

Evidence of past or present land use practices on this parcel that would have the potential to cause water pollution include documented improper handling and storage of hazardous materials and waste in the past. Of particular concern is the fact that the site has claimed exemption from the Industrial Stormwater General Permit, based on the contention that no stormwater is discharged from

the site. Ms. Lisa Jenkins of the North Coast Regional Water Quality Control Board indicated that there is a french drain on the northern portion of the site in which stormwater percolated into the ground, hence, there is no stormwater discharge into waterways. In addition, there is a drop inlet for a storm drain located at the northwest corner of the parcel, which drains from the adjoining parcel to the south. This inlet drains to the pit where the tires are currently stored.

There may be significant potential impact to groundwater from the current and past use of the property, as Ukiah typically receives 20 to 40 inches of precipitation annually that is assumed to be discharged to the french drain system and, therefore, to the ground and groundwater. Further, petroleum hydrocarbon constituents have a lower specific gravity than water and, therefore, float and are highly mobile in water. The fact that numerous regulatory agencies have documented inadequate storage and handling of hazardous materials and waste, and that there have also been documented releases of the identified substances at the site, it appears the likelihood of impacts to groundwater from current and past site uses is high.

<u>Solid Waste Stream, Illegal Dumps, Landfill Sites</u>

Solid waste is assumed to be taken off-site for disposal. No illegal dumps or landfill sites were reported or observed during the site investigation.

<u>Agency Review</u>

EBA conducted a file review at the Mendocino County Division of Environmental Health on August 3, 1999, regarding Ukiah Auto Dismantlers. EBA reviewed a Hazardous Materials Business Plan (HMBP), dated November 10, 1997, and a Unified Program Inspection Report (UPIR), dated October 29, 1998. Based on the HMBP, hazardous materials located on this property include diesel fuel, waste unleaded gasoline, used oil, car batteries, compressed oxygen, and propylene gas. Based on the UPIR, issues that needed to be addressed at that time included the need for proper labeling and record keeping of hazardous waste, releases of oil onto the ground in several areas, and improper storage of hazardous waste. EBA spoke with a representative at the Division of Environmental Health stated that these issues remain unresolved at Ukiah Auto Dismantlers and that it is considered a problem site from a regulatory standpoint.

Based on an October 29, 1998 UPIR, conducted by Roger Foote of the Division of Environmental Health, it was recommended that Ukiah Auto Dismantlers produce completed waste disposal records for the last three years and properly label waste containers, including waste filters and waste coolant. It was also noted that releases of oil or other product were occurring in several places, and that open containers of waste products were observed, and otherwise improperly stored. Based on the UPIR, proper labeling and storage of all containers of hazardous waste was to occur by November 2, 1998.

No relevant files were available for this parcel at Mendocino County Planning and Building Services.

Project Site Photographs

Please refer to site photograph 65, provided in External Appendix F. On-site photographs were not allowed to be taken during the site investigation.

COPY

Environmental Health, Hazardous Materials    501 Low Gap Road, Room 1326, Ukiah, CA 95482
(707) 463-5425    FAX: (707) 463-4038.

# MONITORING WELL APPLICATION

TO CONSTRUCT, DESTROY, REPAIR, OR ALTER;
MONITORING WELLS, CATHODIC WELLS,
REMEDIATION WELLS OR BORINGS

(For Official Use Only)

**P E R M I T**

Number: 23-5-446

Received by: __SL__ (Initials)

Application is hereby made to the Mendocino County Division of Environmental Health for a
permit to perform the work as indicated below at the following site location:

FEE $ 64.00    RECEIPT NUMBER 4002799    DATE PAID 8/3/02

Business Name: Pinoleville Indian Reservation    Phone #: (707) 463-1454

Site Address: 367 N. State St., #204, Ukiah, CA 95482    Fax #/e: 169-190-048

perty Owner Name: Ukiah Auto Dismantler    Phone 707-463-1891

operty Owner Address: 500 D Pinoleville Dr, Ukiah, CA 95482

ATTN: Keith Venrick

Initial when dates are entered in the database for: Issuance ____ Inspection ____ Final ____
(Distribution: Original to remain at E.H.; copies go to well driller and consultant.)

## PERMIT APPROVAL

(For Official Use Only)

This application is deemed as approved and issued when signed and dated by a Mendocino
County Health Officer in the space provided on the lines below:

Issued by: _____ (Health Officer's Signature)    Date: 10-8-02

Work completed satisfactorily: _____ (Health Officer's Signature)

Final Approval by: _____ (Health Officer's Signature)    Date: _____

Date Boring and Well Logs were received: _____

## WORK INFORMATION

Type of Work: Construction  X    Destruction ____    Repair ____    Alteration/Conversion ____

Indicate the total number (or each of the following well types or borings:

• Existing Wells: Drinking Water ____    Monitoring ____    Others (state types) ____

• PROPOSED Number of: Mon. Wells ____    Cathodic Wells ____    Borings/hydropunches 3

Remediation Wells (includes injection/extraction/sparge/etc.) ____

## CONSULTANT AND CONTRACTOR INFORMATION

Consulting Firm: Vector Engineering, Inc.    Phone #: 530-272-2448

Address: 12438 LomaRica Dr, GrassValley, CA 95945    Contact: Tom Woodward

C-57 License #: 177681

ar/Contractor: Weeks Drilling    C-57 License #: 177681

Address: P.O. Box 176 Sebastopol, CA 95473    Phone #: 707-542-3272

## PERMIT AGREEMENT

I hereby agree to construct, destroy, repair or alter all wells or borings on this permit application
in accordance with the "Permit Terms And Conditions" as stated above and in compliance with
the Mendocino County Well Ordinance (County Code Chapter 16.04) and the California Well
Standards Bulletin 74-81 & 74-90 as they are amended from time to time.

I understand that this permit expires one year from the date of issuance (Mendocino County Code
Sect. 16.04.030) and the fee is non-refundable or transferable.

FOR CONTAMINATED SITES OR SOLID WASTE DISPOSAL SITES:
I understand that the NORTH COAST REGIONAL WATER QUALITY CONTROL BOARD requires
an approved WORK PLAN prior to the start of any field work under this permit.
(Please call (707) 576-2220 for questions regarding approval of work plans.)

C-57 Contractor: MARK THOMPSON (Print Name)

Signature: _____ Date: __9-9-0?__

## PERMIT TERMS AND CONDITIONS provide that the contractor will:

• Secure the authorization of the property owner.
• Submit written authorization(s) from the off-site property owner(s) for all off-site work.
• Complete the Site Plot Sketch according to the instructions on the back of this application.
• Consult with the inspector for an available inspection date prior to scheduling field activities.
• Schedule field work to commence after a permit has been issued.
• Place seals by "free fall" (without a tremie pipe) only in dry intervals of less than 30 feet
  BGS.
• Construct surface seal/cover to prevent physical damage, unauthorized access &
  contamination.
• Submit a State of California Well Completion Report/Log, including an "As Constructed" site
  sketch, within 15 days of completion as a requirement for final approval (Mendocino County
  Code Section 16.04.060 (e)). (Final approval will not be given without the logs or sketch.)

Environmental Health, Hazardous Materials

501 Low Gap Road, Room 1326, Ukiah, CA 95482
(707) 463-5425    FAX:    (707) 463-4038.

# MONITORING WELL APPLICATION
TO CONSTRUCT, DESTROY, REPAIR, OR ALTER;
MONITORING WELLS, CATHODIC WELLS,
REMEDIATION WELLS OR BORINGS

Application is hereby made to the Mendocino County Division of Environmental Health for a permit to perform the work as indicated below at the following site location:

Business Name: __Pinoleville Indian Reservation__    Phone #: __(707) 463-1454__

Site Address: __367 N.State St.,#204 Ukiah,CA 95482__    AP #(s): __169-190-047__

Party Owner Name: __R&M Backhoe__    Phone #: __707/462-9557__

Property Owner Address: __500 Pinoleville,Ukiah,CA  95482__
Attn: Rick Mayfield

## WORK INFORMATION

Type of Work: Construction __X__    Destruction ____    Repair ____    Alteration/Conversion ____

Indicate the total __number__ for each of the following well types or borings:

* Existing Wells: Drinking Water ____    Monitoring ____    Others (state types) ____

* PROPOSED Number of: Mon. Wells ____    Cathodic Wells ____    Borings/hydropunchs __3__

Remediation Wells (includes Injection/extraction/sparge/etc.)

## CONSULTANT AND CONTRACTOR INFORMATION

Consulting Firm: __Vector Engineering, Inc.__    Phone #: __530-272-2448__

Address: __12438 LomaRica Dr,GrassValley,CA 95945__    Contact: __Tom Woodward__

'Int/Contractor: __Weeks Drilling__    C-57 License #: __177681__

Address: __P.O. Box 176 Sebastopol, CA 95473__    Phone #: __707-542-3272__

## PERMIT TERMS AND CONDITIONS provide that the contractor will:

* Secure the authorization of the property owner.
* Submit written authorization(s) from the off-site property owner(s) for all off-site work.
* Complete the Site Plat Sketch according to the instructions on the back of this application.
* Consult with the inspector for an available inspection date prior to scheduling field activities.
* Schedule field work to commence after a permit has been issued.
* Place seals by "free fall" (without a tremie pipe) only in dry intervals of less than 30 feet BGS.
* Construct surface seal/cover to prevent physical damage, unauthorized access,& contamination.
* Submit a State of California Well Completion Report/Log, including an "As Constructed" site sketch, within 15 days of completion as a requirement [or final approval [Mendocino County Code Section 16.04.060 (c)]. (Final approval will not be given without the logs or sketch.)

---

COPY

RECEIVED
AUG 1 2 2002
MENDO. ENV. HEALTH

RECD SEP 27 2002
Ukiah, CA 95482

(For Official Use Only)

# PERMIT

Number: __23-5-4993__

Received by: __AB__ (initials)

FEE # __64.00__    RECEIPT NUMBER __WR02799__    DATE PAID __8/13/02__

Initial when dates are entered in the database for: Issuance ____    Inspection ____    Final ____

(Distribution: Original to remain at E.H.; copies go to well driller and consultant.)

## PERMIT APPROVAL

(For Official Use Only)

This application is deemed as approved and issued when signed and dated by a Mendocino County Health Officer in the space provided on the lines below:

Issued by: __Wayne Bailey__ (Health Officer's Signature)    Date: __9/17/02__

Work completed satisfactorily: ____

Final Approval by: _____    Date: _____
(Health Officer's Signature)

Date Boring and Well Logs were received: _____

## PERMIT AGREEMENT

I hereby agree to construct, destroy, repair or alter all wells or borings on this permit application in accordance with the "Permit Terms And Conditions" as stated above and in compliance with the Mendocino County Well Ordinance (County Code Chapter 16.04) and the California Well Standards Bulletin 74-81 & 74-90 as they are amended from time to time.

I understand that this permit expires one year from the date of issuance [Mendocino County Code Sect. 16.04.090] and that the fee is non-refundable or transferable.

FOR CONTAMINATED SITES OR SOLID WASTE DISPOSAL SITES:
I understand that the NORTH COAST REGIONAL WATER QUALITY CONTROL BOARD requires an approved WORK PLAN prior to the start of any field work under this permit. (Please call (707) 576-2220 for questions regarding approval of work plans.)

C-57 Contractor: __WARD THOMPSON__ (Print Name)

Environmental Health, Hazardous Materials

501 Low Gap Road, Room 1326, Ukiah, CA 95482
(707) 463-5425    FAX: (707) 463-4038.

# MONITORING WELL APPLICATION
## TO CONSTRUCT, DESTROY, REPAIR, OR ALTER; MONITORING WELLS, CATHODIC WELLS, REMEDIATION WELLS OR BORINGS

Application is hereby made to the Mendocino County Division of Environmental Health for a permit to perform the work as indicated below at the following site location:

Business Name:  Pinoleville Indian Reservation    Phone #: (707) 463-1454

Site Address: 367 N. State St., #204, Ukiah, CA 95482  AP #: 169-190-048

Property Owner Name:  Ukiah Auto Dismantler    Ph#/Fax#: 707-463-1891

Property Owner Address: 500 D Pinoleville Dr, Ukiah, CA 95482
ATTN: Keith Venrick

## WORK INFORMATION

Type of Work: Construction X   Destruction ____ Repair ____ Alteration/Conversion ____

Indicate the total number for each of the following well types or borings:

• Existing Wells: Drinking Water ____ Monitoring ____ Others ____ (state types)

• PROPOSED Number of: Mon. Wells ____ Cathodic Wells ____ Borings/hydropunches 3

Remediation Wells (includes injection/extraction/sparge/etc.)

## CONSULTANT AND CONTRACTOR INFORMATION

Consulting Firm: Vector Engineering, Inc.    Phone #: 530-272-2448

Address: 12438 Loma Rica Dr, Grass Valley, CA 95945   Contact: Tom Woodward

Driller/Contractor: Weeks Drilling    C-57 License #: 177681

Address: P.O. Box 176 Sebastopol, CA 95473  Phone #: 707-542-3272

## PERMIT TERMS AND CONDITIONS provide that the contractor will:

• Secure the authorization of the property owner.
• Submit written authorization(s) from the off-site property owner(s) for all off-site work.
• Complete the Site Plot Sketch according to the instructions on the back of this application.
• Consult with the inspector for an available inspection date prior to scheduling field activities.
• Schedule field work to commence after a permit has been issued.
• Place seals by "free fall" (without a tremie pipe) only in dry intervals of less than 30 feet BGS.
• Construct surface seal/cover to prevent physical damage, unauthorized access, & contamination.
• Submit a State of California Well Completion Report/Log, including an "As Constructed" site sketch, within 15 days of completion as a requirement for final approval [Mendocino County Code Section 16.04.060 (e)].  [Final approval will not be given without the logs or sketch.]

(For Official Use Only)

# PERMIT

Number: _____

Received by: _____ (Initials)

FEE $ _____ DATE PAID _____

RECEIPT NUMBER _____

Initial when dates are entered in the database for: Issuance _____ Inspection _____ Final _____
(Distribution: Original to remain at E.H.; copies go to well driller and consultant.)

## PERMIT APPROVAL    (For Official Use Only)

This application is deemed as approved and issued when signed and dated by a Mendocino County Health Officer in the space provided on the lines below:

Issued by: _____    Date: _____
                (Health Officer's Signature)

Work completed satisfactorily:

Final Approval by: _____    Date: _____
                        (Health Officer's Signature)

Date Boring and Well Logs were received: _____

## PERMIT AGREEMENT

I hereby agree to construct, destroy, repair or alter all wells or borings on this permit application in accordance with the "Permit Terms And Conditions" as stated above and in compliance with the Mendocino County Well Ordinance (County Code Chapter 16.04) and the California Well Standards Bulletin 74-81 & 74-90 as they are amended from time to time.

I understand that this permit expires one year from the date of issuance (Mendocino County Code Sect. 16.04.090) and the fee is non-refundable or transferable.

FOR CONTAMINATED SITES OR SOLID WASTE DISPOSAL SITES:
I understand that the NORTH COAST REGIONAL WATER QUALITY CONTROL BOARD requires an approved WORK PLAN prior to the start of any field work under this permit. (Please call (707) 576-2220 for questions regarding approval of work plans.)

C-57 Contractor: _____
                    (Print Name)

_____    Date: _____



PROPOSED BORING LOCATIONS

APN 169-190-048

ACKERMAN CREEK

PINOLEVILLE DRIVE

1
2
4
6
8
7
8
4
5
14
49
50
25
24
23
22
19

**VECTOR ENGINEERING, INC.**

Grass Valley, CA • Houston, TX • Chile • Argentina • Peru • Philippines
12488 Loma Rica Drive, Ste. C, Grass Valley, CA 95945 (530)272-2448 (530)272-8533 fax

PINOLEVILLE INDIAN RESERVATION
PHASE 2 ENVIRONMENTAL
SITE INVESTIGATION
UKIAH, CALIFORNIA

DRAWING
2

| Job No. | 21222.00 |
| Date: | 8/5/02 |
| Approved By: | TVW |
| Drawn By: | BHM |
| Scale: | N.T.S. |

Environmental Health, Hazardous Materials

501 Low Gap Road, Room 1326, Ukiah, CA  95482
(707) 463-5425    FAX:    (707) 463-4038

## MONITORING WELL APPLICATION
### TO CONSTRUCT, DESTROY, REPAIR, OR ALTER;
### MONITORING WELLS, CATHODIC WELLS,
### REMEDIATION WELLS OR BORINGS

Application is hereby made to the Mendocino County Division of Environmental Health for a
permit to perform the work as indicated below at the following site location:          (707)

Business Name: __Pinoleville Indian Reservation__ Phone #: 463-1454

Site Address: 367 N.State St.,#204,Ukiah,CA 95482 AP.#(s): 169-190-047

Property Owner Name:__R&M Backhoe__ Phone #: 707/462-9557

Property Owner Address:__500 Pinoleville Ukiah,CA 95482__
Attn: Rick Mayfield

### WORK INFORMATION

Type of Work: Construction X___ Destruction ___ Repair ___ Alteration/Conversion ___

Indicate the total __number__ for each of the following well types or borings:

• Existing Wells: Drinking Water ___ Monitoring ___ Others (state types) ___

• PROPOSED Number of: Mon. Wells ___ Cathodic Wells ___ Borings/hydropunches  3
Remediation Wells (includes injection/extraction/sparge/etc.) ___

### CONSULTANT AND CONTRACTOR INFORMATION

Consulting Firm: __Vector Engineering, Inc.__ Phone #: 530-272-2448

Address: 12438 LomaRica Dr,GrassValley,CA 95945 Contact: Tom Woodward

Driller/Contractor: __Weeks Drilling__ C-57 License #: 177681

Address: P.O. Box 176 Sebastopol, CA 95473 Phone #: 707-542-3272

### PERMIT TERMS AND CONDITIONS provide that the contractor will:

Secure the authorization of the property owner.
Submit written authorization(s) from the off-site property owner(s) for all off-site work.
Complete the Site Plot Sketch according to the instructions on the back of this application.
Consult with the inspector for an available inspection date prior to scheduling field activities.
Schedule field work to commence after a permit has been issued.
Place seals by "free fall" (without a tremie pipe) only in dry intervals of less than 30 feet
BGS.
Construct surface seal/cover to prevent physical damage, unauthorized access,&
contamination.
Submit a State of California Well Completion Report/Log, including an "As Constructed" site
sketch, within 15 days of completion as a requirement for final approval [Mendocino County
Code Section 16.04.060 (c)]. [Final approval will not be given without the logs or sketch.]

---

(For Official Use Only)

## PERMIT

Number: _____

Received by: _____ (initials)

_____ DATE PAID _____

FEE $ _____ RECEIPT NUMBER _____

Initial when dates are entered in the database for issuance ___ Inspection ___ Final ___
(Distribution: Original to remain at E.H.; copies go to well driller and consultant.)

### PERMIT APPROVAL          (For Official Use Only)

This application is deemed as approved and issued when signed and dated by a Mendocino
County Health Officer in the space provided on the lines below:

Issued by: _____ Date: _____
                 (Health Officer's Signature)

Work completed satisfactorily:

Final Approval by: _____ Date: _____
                        (Health Officer's Signature)

Date Boring and Well Logs were received: _____

### PERMIT AGREEMENT

I hereby agree to construct, destroy, repair or alter all wells or borings on this permit application
in accordance with the "Permit Terms And Conditions" as stated above and in compliance with
the Mendocino County Well Ordinance (County Code Chapter 16.04) and the California Well
Standards Bulletin 74-81 & 74-90 as they are amended from time to time.

I understand that this permit expires one year from the date of issuance [Mendocino County Code
Sect. 16.04.090] and the fee is non-refundable or transferable.

FOR CONTAMINATED SITES OR SOLID WASTE DISPOSAL SITES:
I understand that the NORTH COAST REGIONAL WATER QUALITY CONTROL BOARD requires
an approved WORK PLAN prior to the start of any field work under this permit.
[Please call (707) 576-2220 for questions regarding approval of work plans.]

C-57 Contractor: _____ Date: _____

(Print Name)



**APPENDIX I**
**PRE-CONSTRUCTION WORK PRODUCTS**

**Workplan for the Phase II Environmental Assessment**

**WORK PLAN**
*for the*
**PHASE II ENVIRONMENTAL ASSESSSMENT**
*at the*
**PINOLEVILLE INDIAN RESERVATION**

*Prepared for:*

**PINOLEVILLE INDIAN RESERVATION**
*367 North State Street, Suite 204*
*Ukiah, California  95482-4444*
*(707) 463-1454*

*Prepared by:*

*Vector ENGINEERING, INC.*
*143E Spring Hill Drive*
*Grass Valley, California  95945*
*(530) 272-2448*

*Project Number 021222.00*
*October 2002*

## TABLE OF CONTENTS

1.0   INTRODUCTION..............................................................................1

2.0   OBJECTIVE....................................................................................1

3.0   BACKGROUND................................................................................1

4.0   SCOPE OF WORK............................................................................2

## APPENDICES

**Appendix 1:**         **Location Maps**...............................................4

## 1.0    INTRODUCTION

Vector Engineering, Inc. (Vector) has prepared this Work Plan on behalf of the Pinoleville Indian Reservation for groundwater and soils testing on parcel 169-190-048 (Ukiah Auto Dismantler, 500 D Pinoleville Drive, Ukiah) and on parcel 169-190-047(R.M. Backhoe, 500 Pinoleville Drive, Ukiah). Vector will install three soil borings at each parcel in order to obtain soil and groundwater samples for characterizing the subsurface conditions of the sites.

## 2.0    OBJECTIVE

Vector will be performing a Phase II Environmental Assessment at each of the two parcels listed above. It is understood that the information to be defined is as follows:

1) The nature and extent of contamination in the soil and groundwater and the validity of the information;

2) The locations of detected constituents and the associated concentrations in the soils groundwater;

3) The source or sources, of any detected contamination;

4) The transport mechanisms and exposure pathways;

5) The monitoring and remediation criteria, given possible future uses of the site(s)

## 3.0    BACKGROUND

A Phase I Environmental Assessment was completed by EBA Wastetechnologies. To determine the condition of the site with regards to environmental burden, EBA performed the following tasks:

1) Reviewed past and current land use for indications of the manufacture, generation, use, storage, and/or disposal of hazardous substances;

2) Evaluated the potential for on-site soil and/or groundwater contamination resulting from past and present project site land usage activities and, to the extent possible, adjacent off site operations;

3) Rendered findings and professional opinions regarding the potential for environmental contamination ant the project site;

4) Recommended further investigations (i.e., Phase II ESA), if deemed appropriate to evaluate whether contamination and/or environmental hazards exist at the locations identified.

## 4.0   SCOPE OF WORK

Vector will install at least three borings per parcel for the purpose of retrieving soil and groundwater samples.   These samples will be analyzed at Alpha Analytical, Inc., a State of California certified analytical laboratory, for the parameters TPH-Gas, TPH-Diesel, TPH-Mo, BTEX, CAM 5 Metals, and VOCs. At the completion of the analytical testing a final report will be prepared for submittal to the tribe and the regulating agencies, documenting the findings of the field investigation.

Presently it is proposed that three borings be taken at each parcel, however, if time allows additional borings will be installed to further characterize any environmental impacts within the parcels.

The permits for this project are being provided by the Environmental Health Division of the County of Mendocino Department of Public Health.  In the event more than six wells will be installed on the two parcels, Mendocino County will be notified prior to drilling.

Each boring will be installed using a 6-inch diameter hollow stem auger by Weeks Drilling of Sebastopol, California. Since the investigated parcels are in the vicinity of a stream, it is assumed that groundwater will be encountered within 40 feet of the existing ground surface.

Soil samples will be obtained every 5 feet during the drilling of the borings and in any additional soils where contamination is visually observed or suspected. The soil samples will be collected by pushing 2-inch diameter brass tubes into the soil using a split spoon sampler. It is expected that one soil sample every five feet of drilling will be submitted to the analytical laboratory for testing. Presently, it is estimated that a total of 48 soil samples will tested for contamination.

Once the soil samples have been collected and groundwater is encountered, groundwater will be sampled. To ensure that formation water is sampled, at the time groundwater is detected the hollow stem auger will be raised slightly from the floor of the boring and the groundwater will be withdrawn using a hand bailer or an electric pump. Once an adequate quantity of groundwater has been purged from the boring, sampling will take place by inserting a 1.5-inch diameter disposable bailer through the augers once the boring is recharged with formation water.

At the completion of the drilling, the borings will be filled up with a grout mixture in accordance to the requirements of Mendocino County. If standing water is present at the bottom of the boring at a depth of more than one foot, the neat cement will be placed in the boring using a tremmie pipe to ensure that no bridging occurs. All cuttings generated during the drilling will be collected and placed in sealed drums for subsequent disposal at the completion of the

Work Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

analytical testing. The drums will be properly identified with the boring identification, date, and a description of the contents (soil or soil/water mixture).

After all groundwater and soil samples are retrieved, they will be appropriately logged and stored in accordance with the project Sampling & Analysis Plan.

All site work will be performed in accordance with provisions of the Health & Safety Plan. A copy of this plan will be available at the site during all construction activities.

At the conclusion of the field activity and analytical testing, Vector will prepare a final report of the Phase II Environmental Assessment. This report will include all documentation of the site conditions, all field activities and results of the analytical testing program. In addition, Vector will address the five items specified as the subject of the investigation, and will provide recommendations and conclusions regarding the findings and possible future work to be provided.

Work Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

**Appendix: 1**

PROPOSED BORING LOCATIONS
APN 169-190-047

ACKERMAN CREEK

PINOLEVILLE DRIVE

1
2
4
6
8
50
49
7
8
5
4
14
25
24
23
22
19

**VECTOR**
**ENGINEERING, INC.**

Grass Valley, CA • Houston, TX • Chile • Argentina • Peru • Philippines
12631 Loma Rica Drive, Ste C, Grass Valley, CA 95945 (530) 272-2448 (530) 272-8533 Fx

PINOLEVILLE INDIAN RESERVATION
PHASE 2 ENVIRONMENTAL
SITE INVESTIGATION
UKIAH, CALIFORNIA

| DRAWING | 1 |
|---------|---|

| Job No. | 21222.00 |
| Date: | 8/5/02 |
| Approud By: | TVW |
| Drawn By: | BHM |



PROPOSED BORING LOCATIONS

APN 169-190-048

ACKERMAN CREEK

PINOLEVILLE DRIVE

8
6
4
2
1
50
49
7
8
4
5
25
24
23
22
19
4

# VECTOR ENGINEERING, INC.

Grass Valley, CA • Houston, TX • Chile • Argentina • Peru • Philippines

PINOLEVILLE INDIAN RESERVATION
PHASE 2 ENVIRONMENTAL
SITE INVESTIGATION
UKIAH, CALIFORNIA

| DRAWING | 2 |
| --- | --- |

| Job No. | 21222.00 |
| --- | --- |
| Date: | 8/5/02 |
| Approval By: | TVW |
| Drawn By: | BHM |



*HEALTH & SAFETY PLAN*
*for the*
*PHASE II ENVIRONMENTAL ASSESSSMENT*
*at the*
*PINOLEVILLE INDIAN RESERVATION*

*Prepared for:*

*PINOLEVILLE INDIAN RESERVATION*
*367 North State Street, Suite 204*
*Ukiah, California  95482-4444*
*(707) 463-1454*

*Prepared by:*

*Vector ENGINEERING, INC.*
*143E Spring Hill Drive*
*Grass Valley, California  95945*
*(530) 272-2448*

*Project Number 021222.00*
*October 2002*

## TABLE OF CONTENTS

**1.0  INTRODUCTION** ............................................................................................................... 1

**2.0  SAMPLE COLLECTION** ................................................................................................... 1

  2.1  Management .......................................................................................................... 2
  2.2  Supervisors ........................................................................................................... 2
  2.3  Employees .............................................................................................................. 3
  2.4  General Safety Procedures ................................................................................ 4
  2.5  Job Safety Procedures ........................................................................................ 4

**3.0  EMERGENCY PROECURES** ............................................................................................. 8

  3.1  Minor Injuries ......................................................................................................... 8
  3.2  Standard First Aid Practices ............................................................................. 8

Health & Safety Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

## 1.0    INTRODUCTION

The policies and procedures described in this Health and Safety plan apply to the soil and groundwater investigation work to be performed at parcels 169-190-048 and 169-190-047 on the Pinoleville Indian Reservation in Ukiah California. Work will consist of the collection and analysis of soil boring and groundwater sample retrieved from six boring within these two parcels. Vector Engineering, Inc. (Vector) will provide all engineering and environmental sampling for the project and Weeks Drilling of Sebastopol, California will perform drilling and construction services. While Vector cannot anticipate every project hazard, the following general principals should be used as a guide for conduct.

State and federal law, as well as company internal policy, make the safety and health of those involved in the project the first consideration in operating our business. Safety and health in our business must be a part of every operation, and every employee's responsibility at all levels. It is the intent of Vector to comply with all laws concerning the performance of field services and the health and safety of our employees and the public. Cooperation in detecting hazards, reporting dangerous conditions and controlling workplace hazards is a condition of employment.

The personal safety and health of each employee and the public is of primary importance. Prevention of project-induced injuries and illnesses is of such consequence that it will be given precedence over operating productivity. Vector maintains a safety and health program conforming to the best practices of our field. Our company's Safety and Injury Prevention Manual, updated in April 2000, is available for review at our Grass Valley office.

Health & Safety Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

## 2.0  SAFETY ORGANIZATION & RESPONSIBILITY

### 2.1  MANAGEMENT

1) Demonstrate support of the Company Safety Policy.

2) Initiate the necessary management action, as needed, to attain established safety goals.

3) Make certain that the Supervisors and Employees are complying with the Safety and Injury Prevention Program by reviewing safety activities on a monthly basis.

4) Provide employee motivation by recognizing commendable safety records and accounting for any deteriorating loss records.

### 2.2  SUPERVISORS

1) The Company Safety Officer or On-site Safety Officer shall be responsible for implementing these policies by insisting that employees observe and obey all rules and regulations necessary to maintain a safe work place and safe work habits and practices.

2) Demonstrate support of the Safety and Injury Prevention Program and motivate employees to work in a safe and efficient manner by setting a good example in following safe work practices.

3) Maintain safe, healthful, clean and orderly work areas.

4) Provide safety training or re-training by instructing employees in possible job hazards and safe work practices. This shall be done for new employees, as well as regular employees when job function changes or when found to be working in an unsafe manner.

5) As needed, provide personal protective equipment and assure that it is being used in the proper manner.

6)      Enforce safe work rules, safe work practices and use of personal protective devices and equipment as may be required.

7)      Inspect for unsafe physical conditions and unsafe work practices.

8)      Investigate accidents for cause and promptly correct, instruct and re-train as needed.

9)      Work shall be well planned and supervised to avoid injuries in the handling of heavy materials and while using equipment.

10)     Carefully complete all appropriate safety and injury reports.

## 2.3   EMPLOYEES

1)      All injuries should be reported to the Supervisor so that arrangements can be made for medical or first aid treatment.

2)      When lifting heavy objects, use the large muscles of the leg instead of the smaller muscles of the back.

3)      Suitable clothing and footwear must be worn at all times.  Personal protection equipment (hardhats, respirators, eye protection, and/or hearing protection as applicable) will be worn whenever needed.

4)      A brief safety meeting shall be held prior to start of work at the site.

5)      Anyone under the influence of intoxicating liquor or drugs, including prescription drugs which might impair motor skills and judgment, shall not be allowed on the job, and will be subject to disciplinary action.

6)      Horseplay and other acts which tend to have an adverse influence on safety or well-being of other employees are prohibited.

7)      Maintain the work area in a clean and orderly condition.

Health & Safety Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

8)    Follow safety rules, regulations and instructions as issued.

9)    Personnel working on site shall be certified under OSHA Hazardous Waste
      Operations and Emergency Response Standard (29 CFR 1910).

10)   Actively support the company Safety and Injury Prevention Program by
      working in a safe manner and immediately reporting any unsafe conditions, if
      they exist in your work area, to a supervisor.

## 2.4 GENERAL SAFETY PROCEDURES

General safety procedures establish the overall safety practices to be employed while
working for the company:

1)    Incorporate safety into every job procedure.  No job is done efficiently unless it
      has been done safely.

2)    Know and obey safe practice rules.

3)    Know that disciplinary action may result from a violation of the safety rules.

4)    Report all injuries immediately, no matter how slight the injury may be.

5)    Caution fellow workers when they perform unsafe acts.

6)    Don't take chances.

7)    Ask questions when there is any doubt concerning safety.

8)    Don't tamper with anything you do not understand.

9)    Report all unsafe conditions or equipment to your supervisor immediately.

## 2.5 JOB SAFETY PROCEDURES

These Safety Rules have been established by Vector for the protection of each

employee.  All employees are requested to cooperate in observing these rules and to

help in making their job-site a safe and orderly place to work.

## VIOLATION OF ANY COMPANY SAFETY RULE IS GROUNDS FOR DISCIPLINARY ACTION UP TO AND INCLUDING DISMISSAL!

1) Anyone under the influence of alcohol or drugs is considered unable to work safely and will be sent home on the first infraction. If the problem re-occurs the employee will be discharged immediately.

2) Horseplay and fighting is prohibited.

3) Do not throw tools or equipment.

4) Never start a job or task without being completely familiar with the safety techniques which apply to it. Check with your supervisor, if in doubt.

5) Do not operate tools or equipment unless all safety attachments are in place and properly adjusted.

6) Do not operate any tool or piece of equipment at unsafe speeds. Shut off equipment which is not in use.

7) Put tools and equipment away when they are not in use.

8) If a tool or piece of equipment should malfunction while you are using it shut it down and immediately report the problem to your supervisor.

9) Use proper lifting techniques.

10) Do not lift items which are too bulky or too heavy to be handled by one person. Ask for assistance.

11) Stack all materials neatly and make sure piles are stable.

12) Keep all aisles, stairs and exits clear of materials, boxes, equipment and waste.

Health & Safety Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

13) Keep your work area free of clutter at all times. Make sure hoses and extension cords are positioned so they will not trip you or others.

14) Wipe up spills immediately.

15) Watch your step. Wear safe, sturdy shoes with good tread.

16) Be aware of open excavations.

17) Be familiar with the safety program and hazardous applicable to the jobsite.

18) Be aware of heavy construction equipment and know the traffic rules and regulations for the job site. Give right-of-way to heavy mining and construction equipment.

19) Familiarize yourself with the information posted on the job-site regarding emergency numbers.

20) Know the location of the first aid kits and fire extinguishers.

21) Report all accidents to your supervisor and Site Safety Officer immediately.

22) Always be aware of the safety of yourself and your fellow crew members.

23) Always be prepared in case of an emergency. It is recommended that all employees participate in the First Aid/CPR training provided by Vector and the American Red Cross.

24) Be aware of chemicals and other hazardous materials used in the lab environment. Be familiar with the proper health and safety procedure for each chemical.

25) Inspect any and all lab containers and labels to identify hazards.

26) When working with soil, rock and/or any chemicals, close attention to personal hygiene is imperative. Do not stick fingers in your mouth, ears or eyes. Do not eat or drink when around potential hazards.

27) Always wash your hands after handling samples and chemicals.

28) Minimize dusty activities, avoid breathing excessive amounts of dust during testing activities.

Health & Safety Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

## EMERGENCY AND FIRST AID PROCEDURES

### 3.0  EMERGENCY PROCEDURES

1) In case of a serious accident requiring the attention of a physician, call:

2) 911; or

3) Dr. Jackson, (530) 272-9770; or

4) Sierra Nevada Hospital (Grass Valley), (530) 274-6000; or

5) Site Safety Officer

6) Do not move the injured person if they have suffered a head, neck or back injury.

7) If necessary, keep the person covered to prevent shock.

### 3.1  MINOR INJURIES

Minor injuries, such as cuts, scratches, bruises and burns that do not require a doctor's treatment may be treated by administering first aid as noted below.  All injuries treated by job-site first aid will be entered into the OSHA log at the Program Coordinator's office.  Any deviation from normal first aid treatment must be documented.  Any refusal by the employee in going for medical treatment will be documented and reported to the Program Coordinator immediately.

Health & Safety Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

## 3.2   STANDARD FIRST AID PRACTICES

It is the policy of Vector to have at least one First Aid certified individual on each job-site. This person should be called upon to administer first aid when necessary. The following is a brief guideline for common occupational injuries where only first aid is required:

1) <u>Minor Lacerations (cuts)</u>: Gently cleanse the wound. An antiseptic may be applied. Cover with a dressing appropriate for the size and location of the wound.

2) <u>Severe Lacerations</u>: If bleeding freely, apply pressure dressing and refer to the company doctor.

3) <u>Minor Contusions (bruises)</u>: Apply cold compresses. If skin is broken, refer to #1 above.

4) <u>Minor Abrasions (scrapes)</u>: Refer to #1 above.

5) <u>Minor Burns</u>: Immerse burned area in cold water for 10 to 15 minutes or until pain is relieved. Gently cleanse and cover with appropriate dressing.

6) <u>Foreign Particle in Eye</u>: Chemical splashes should be flushed with water for at least 15 minutes after pain is relieved. Metal particles should be removed by a physician.

7) <u>Slivers</u>: Gently cleanse area. Grasp end of sliver with sterilized tweezers and remove, if possible. If it cannot be grasped, refer to the doctor. An antiseptic may be applied. Cover with appropriate dressing.

## JOB SITE SAFETY MEETING

Job #: _____

Job Name: _____

Location: _____

Date:_____    Time: _____

Site Safety Officer: _____

Safety Topics:_____

_____

_____

Accidents Reviewed: _____

_____

_____

Suggestions Made: _____

___

_____

_____

_____

Comments: _____

_____

_____

Date of Next Meeting:_____

<u>Attendees</u>

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

*SAMPLING & ANALYSIS PLAN*
*for the*
*PHASE II ENVIRONMENTAL ASSESSSMENT*
*at the*
*PINOLEVILLE INDIAN RESERVATION*

*Prepared for:*

*PINOLEVILLE INDIAN RESERVATION*
*367 North State Street, Suite 204*
*Ukiah, California  95482-4444*
*(707) 463-1454*

*Prepared by:*

*VECTOR ENGINEERING, INC.*
*143E Spring Hill Drive*
*Grass Valley, California  95945*
*(530) 272-2448*

*Project Number 021222.00*
*October 2002*

Sampling & Analysis Plan
Phase II Environmental Assessment
Pinoleville Indian Reservation

October 2002
Project No. 021222.00

## TABLE OF CONTENTS

1.0 INTRODUCTION ............................................................................................1

2.0 SAMPLE COLLECTION ................................................................................1
  2.1 EQUIPMENT CLEANING.............................................................................1
  2.2 SAMPLE PURGING....................................................................................2
  2.3 GROUNDWATER WELL SAMPLING..............................................................2

3.0 SAMPLE CONTAINERS, HANDLING, AND PRESERVATION ...................3

4.0 ANALYTICAL PROCEDURES......................................................................3

5.0 CHAIN-OF-CUSTODY CONTROL ...............................................................4
  5.1 WATER QUALITY SAMPLING FIELD SHEETS OR FIELD LOG BOOK ...............4
  5.2 LABELS...................................................................................................5
  5.3 CHAIN-OF-CUSTODY RECORD ..................................................................5

6.0 QUALITY ASSURANCE AND QUALITY CONTROL ...................................6
  6.1 FIELD QA/QC .........................................................................................6
  6.2 LABORATORY QA/QC ..............................................................................6

## 1.0    INTRODUCTION

This document describes the Sampling & Analysis procedures and protocols to be followed when performing the sample collection and analysis for the Phase II Environmental Assessment at the Pinoleville Indian Reservation. Using these procedures, it is expected that an accurate representation of soil quality at various depths within the vadose zone can be ascertained and the water quality of the groundwater can be defined. Included in this plan are procedures and techniques for: a) sample collection; b) sample preservation and shipment; c) analytical procedures; d) chain-of-custody control; and e) quality assurance and quality control.

The protocol outlined below serves as the basis for the implementation of the Phase II Environmental Assessment Program for the site. The procedures outlined in these sections are appropriate for groundwater and soil samples retrieved from soil borings, and will result in measured concentrations of organic and metal constituents so that the presence of contamination can be defined.

## 2.0    SAMPLE COLLECTION

Sample collection procedures include equipment cleaning, soil sampling and groundwater water sampling.

## 2.1    EQUIPMENT CLEANING

All drilling equipment used for the project will be cleaned and disinfected prior to arrival at the sites.

Before the sampling event is started, all equipment that will be placed in the boring or come in contact with groundwater will be disassembled and cleaned thoroughly with Liqui-nox and water, rinsed with tap water, and then rinsed with deionized water. Any parts that might adsorb contaminants, such as plastic pump valves, bladders, etc., will be cleaned as described above or replaced. During field sampling, all equipment

surfaces that are placed in the well or come into contact with groundwater will be cleaned with Liqui-nox and water, then rinsed with tap water, then rinsed with deionized water before the next well is purged and sampled.

## 2.2    SOIL SAMPLING

Drilling will be performed using a 6-inch diameter hollow stem auger. Soil samples will be obtained every five feet in sections of the borings where contamination is visibly observed to the extent possible. The sampler shall be fitted with three 2-inch diameter brass tubes to obtain soil samples at 6-inch intervals. The sampler shall be driven in 18-inch intervals using a standard 140-pound hammer. The number of blow counts shall be recorded to assist in the evaluation of the engineering properties of the soil. Teflon sheets and end caps will placed on each tube sample. They will be appropriately logged with the boring identification and sample depth. Each tube sample shall be placed in an iced cooler to prevent losses of volatile organic constituents.

## 2.3    GROUNDWATER BOREHOLE SAMPLING

Each borehole will be advanced through the vadoze zone and into the upper portion of the underlying groundwater aquifer. Once groundwater is encountered, the hollow stem auger will be pulled back approximately 0.5 feet in order to allow the groundwater level to stabilize.

Water shall be removed from inside the hollow stem auger by hand bailing or using a direct current electric pump. The groundwater will then be allowed to recover back to the static water level. Once the groundwater has stabilized the depth to water will be measured using an electronic sounder and samples will then be retrieved using a disposable hand bailer placed through the auger hollow stem. The samples will be logged with the boring identification, time date and testing method in accordance with the laboratory analytical protocol.

## 3.0    SAMPLE CONTAINERS, HANDLING, AND PRESERVATION

The analytical laboratory, Alpha Analytical, will be notified prior to the proposed sampling date and will provide the appropriate sampling containers. The number and nature of sampling sites and types of tests to be performed will be specified; extra containers may be requested. Sample containers, caps, and septa will be stored in a clean environment, preferably in their shipping container. Sample bottles, bottle caps, and septa will be used only once and discarded after the analyses are complete. All brass liners used for soil sampling will be virgin liners.

Sample containers vary with each type of analytical parameter. Container types and materials will be selected by the analytical laboratory to be nonreactive with the particular analytical parameter tested.

All sample containers will be labeled immediately following collection. Samples will be kept at a constant temperature not exceeding 4°C by using cold packs until received by the laboratory. The cold packs will be replaced and/or supplemented with bags of ice each day to maintain refrigeration. At the time of sampling, each sample will be logged on a chain-of-custody record that will accompany the sample to the laboratory.

The sampler will transfer all samples from the site to a selected state certified laboratory for analysis. The laboratory personnel, who receive the samples, will assign a unique sample identification number to each sample container. This number will be recorded on the chain-of-custody form and will be used to identify the sample in all subsequent internal chain-of-custody and analytical records.

## 4.0    ANALYTICAL PROCEDURES

All organic samples, specifically the Total Petroleum Hydrocarbons as Gasoline (TPH-Gas) and benzene, toluene, ethylbenzene, xylene (BTEX), will be collected in the 40

milliliter vials and analyzed using the EPA 8015/8260 method. The Total Petroleum Hydrocarbons as Diesel/Motor Oil (TPH-Diesel/MO) will be collected in larger UV resistant containers and will be analyzed using the EPA 8015M method. The CAM 5 Metals, specifically cadmium, chromium, lead, nickel, and zinc, will be collected in a one liter plastic bottle and will be analyzed using EPA Method 200.5/200.7.

## 5.0    CHAIN-OF-CUSTODY CONTROL

The following procedures will be used during sampling and analysis to provide chain-of-custody control during handling from collection through storage. Sample documentation will include the use of the following:

- Water Quality Sampling Field Sheets or Field Log Books to document sampling activities in the field;

- Labels to identify individual samples; and

- Chain-of-custody Record Sheets for documenting possession and transfer of samples.

## 5.1    WATER QUALITY SAMPLING FIELD SHEETS OR FIELD LOG BOOK

In the field, the Sampler will record the following information on the water quality sampling field sheet or in the field log book for each sample collected and the Sampler will sign the field sheet or log book:

- Project Number;

- Client Name;

- Site Location;

- Probe Identification Number;

- Depth of Sample;

- Name of Sampler;

- Date and Time;

- Sampling equipment used;

- Appearance of each sample (e.g., color, turbidity, sediment); and

- General comments (e.g., weather conditions).

## 5.2    LABELS

Sample labels will contain the following information:

- Project Number;

- Project Name;

- Sample Number (i.e., well number);

- Sampler's Name or Initials; and

- Date and Time of collection.

## 5.3    CHAIN-OF-CUSTODY RECORD

The sampling and analysis chain-of-custody record is initiated at the time of sampling, and contains, but is not limited to, the well number, sample type, analytical request, date of sampling, and name of the sampler. The record sheet will be signed, timed, and dated by the Sampler when transferring the samples. Custody transfers will be recorded for each individual sample. For example, if samples are split and sent to more than one laboratory, a chain-of-custody record sheet will accompany each sample. The number of custodians in the chain of possession will be minimized.

## 6.0    QUALITY ASSURANCE AND QUALITY CONTROL

Quality Control and Quality Assurance (QA/QC) procedures will be applied to both field and laboratory activities. Quality control on field activities will be used to evaluate the data with respect to field conditions and sampling procedures. QA/QC in laboratory methods is essential in the determination of data validity.

### 6.1    FIELD QA/QC

Use of the Field Quality Assurance procedures will aid in the characterization and interpretation of the water quality data. The procedures will serve as documentation for data variability, and will assist in the detection of false positive or negative results in the analyses. Quality control field checks will consist of sample travel blanks. These blanks will consist of clean water taken to the field in containers that have been cleaned and sealed in a manner consistent with that to be used in the field. They will be taken to the site, handled, stored per sampling protocol, and will be returned unopened.

### 6.2    LABORATORY QA/QC

Internal quality control checks are standard procedure for analytical laboratories. The QA/QC procedures commonly include the use of blanks, duplicates, and spikes, as well as additional checks if apparent anomalous values are returned during analysis.