CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA 95490

(707) 459-5551

Attorney for defendants, U.S. ALCHEMY CORPORATION,
dba UKIAH AUTO DISMANTLERS and WAYNE HUNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION and LEONA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, WAYNE HUNT, ISABEL LEWRIGHT, WARRIOR INDUSTRIES, INC., RICHARD MAYFIELD, ROSS JUNIOR MAYFIELD, PAULA MAYFIELD, KENNETH HUNT, U.S. ALCHEMY CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. C 07-02648 EMC<br><br>OBJECTIONS TO DECLARATION OF GEORGE O. PROVENCHER |

Defendants U.S. ALCHEMY CORPORATION dba UKIAH AUTO DISMANTLERS and WAYNE HUNT ("Defendants") object to the opinion testimony of George O. Provencher. Defendants object to the conclusions characterizing the environmental conditions upon the Ukiah Auto Dismantlers site. Mr. Provencher's declaration indicates that he is an employee of plaintiff, Pinoleville Pomo Nation. Mr. Provencher's declaration indicates that he has a Bachelor of Arts Degree and an M.S. Degree in Administrative Science. Mr. Provencher's experience is in the field of environmental remediation, environmental science, hydrology, or in any capacity which would

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET.
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 1 -

render him qualified to interpret chemical examination reports, to offer testimony as to the applicable and appropriate "maximum contamination limits," or the "pollution quality limits," or to offer opinion as to the conditions upon the property of Ukiah Auto Dismantlers.

Specifically, Defendants object to paragraphs 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 and 22.

As to paragraph 13, Defendants object for lack of foundation in that there is no testimony that the declarant has any personal knowledge as to the nature, design or function of the collection ponds constructed upon the Ukiah Auto Dismantlers property in response to the Cleanup and Abatement Order. Furthermore, as to paragraph 13, there is a lack of foundation that the collection ponds, or either of them, have ever overflowed, or are in danger of overflowing in the future.

Defendants also object to the declarant's characterization of the testimony of Richard Azevedo, an expert witness, which testimony stands for itself.

DATED: June 10, 2008

CHRISTOPHER J. NEARY
Attorney for Defendants
U.S. ALCHEMY CORPORATION dba UKIAH AUTO DISMANTLERS and WAYNE HUNT

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 2 -