Michael S. Biggs, Esq. SBN: 237640
BIGGS LAW PC
Post Office Box 454
Petaluma, CA 94953-0454

(707) 763-8000 Telephone
(707) 763-8010 Facsimile

Attorney for Plaintiffs
PINOLEVILLE POMO NATION, et al

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION AND LEONA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, WAYNE HUNT ISABEL LEWRIGHT, WARRIOR INDUSTRIES, INC., RICHARD MAYFIELD, ROSS JUNIOR MAYFIELD, PAULA MAYFIELD, KENNETH HUNT, U.S. ALCHEMY CORPORATION AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.: C 07 2648<br><br>**DECLARATION OF GEORGE PROVENCHER IN SUPPORT OF PRELIMINARY INJUNCTION IN RESPONSE TO RICK MAYFIELD DECLARATION**<br><br>Date:  06/24/08<br>Time:  1:30 P.M.<br>Dept:  Courtroom C, 15th Floor<br>Judge: Susan Illston |

I, GEORGE PROVENCHER, declare as follows:

1. I am employed by the Pinoleville Pomo Nation (PPN) as Director of Tribal Operations.
2. With respect to Mr. Mayfield's statement in Document a55, lines 19- 21 "Specifically, the drainage from all of PPN's industrial operations heads directly toward the Mayfield

property, which is generally considered the lowest parcel in the rancheria", this statement is untrue in its entirety. PPN does not have any industrial operations on its property – only tribal government and administration, program management for EPA Grants, Indian Child Welfare Act Program, Youth Program, and a Head Start Pre School.

3. The Mayfield property is not the lowest elevation property on the quote "rancheria". There are parcels on tribal land just to the east of his property that are a continuation of the down – gradient from west to east.

I declare under the penalty of perjury that the foregoing is true and correct except to those matters based on information and belief, and to those I believe them to be true. Executed in Ukiah, California.

Dated: June 18, 2008      /S/ George Provencher
                          GEORGE PROVENCHER

DECLARATION OF GEORGE PROVENCHER
IN SUPPORT OF PRELIMINARY INJUNCTION

2

PPN v. UAD C 07 2648 SI