Michael S. Biggs, Esq. SBN: 237640
BIGGS LAW PC
Post Office Box 454
Petaluma, CA 94953-0454

(707) 763-8000 Telephone
(707) 763-8010 Facsimile

Attorney for Plaintiffs
PINOLEVILLE POMO NATION, et al

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION AND LEONA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, WAYNE HUNT ISABEL LEWRIGHT, WARRIOR INDUSTRIES, INC., RICHARD MAYFIELD, ROSS JUNIOR MAYFIELD, PAULA MAYFIELD, KENNETH HUNT, U.S. ALCHEMY CORPORATION AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.: C 07 2648<br><br>**DECLARATION OF LEONA WILLIAMS IN SUPPORT OF PRELIMINARY INJUNCTION IN RESPONSE TO RICK MAYFIELD DECLARATION**<br><br>Date:  06/25/08<br>Time:  1:30 P.M.<br>Dept:  Courtroom C, 15th Floor<br>Judge: Susan Illston |

_____/

I, LEONA WILLIAMS, declare as follows:

    1. I am the tribal chairperson for the Pinoleville Pomo Nation (PPN) and have served in that capacity since 1994. I am and have been in charge of the Tribal Government since that time. I have reviewed the declaration of Rick Mayfield and it is wrong in the following respects:

---

DECLARATION OF LEONA WILLIAMS
IN SUPPORT OF PRELIMINARY INJUNCTION

1

PPN v. UAD C 07 2648 SI

2. In paragraph 3, where it alleges that PPN placed automobiles in order to protect the levees as part of the flood control project is wrong. PPN had nothing to do with this action.

3. In paragraph 9, where it alleges that on behalf of PPN Rick Mayfield's company has cleaned up trash such the "20 cars" is not true. The same can be said of the "chemicals of open drums" as he alleges in his declaration.

4. In paragraph 19, where it alleges that "We also have been actively working to keep the entire rancheria property clean, as it is in our best interest to do so" is false.

5. In paragraph 20, where it alleges that Rick Mayfield tried to be a good neighbor to PPN implying that he done it out of the kindness of his heart is also false. The truth is the tribe has given thousands and thousands of dollars in sales tax exemption in return. The exact amount cannot be readily determined without extensive of official records.

6. The suggestion by Mr. Mayfield that PPN owes him $15,000.00 or any sum is blatantly false.

I declare under the penalty of perjury that the foregoing is true and correct except to those matters based on information and belief, and to those I believe them to be true. Executed in Ukiah, California.

Dated: June 18, 2008         /S/ Leona Williams
                             The Honorable Leona Williams
                             Chairperson, Pinoleville Pomo Nation