1    Michael S. Biggs, Esq.  SBN: 237640
     BIGGS LAW PC
2    Post Office Box 454
     Petaluma, CA 94953-0454
3
     (707) 763-8000 Telephone
4    (707) 763-8010 Facsimile
5    Attorney for Plaintiffs
     PINOLEVILLE POMO NATION, et al
6

7

8                    UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   PINOLEVILLE POMO NATION,                 Case No.: C 07 2648
12   PINOLEVILLE POMO NATION
     ENVIRONMENTAL ASSOCIATION AND
13   LEONA WILLIAMS,
14   Plaintiffs,                              DECLARATION OF DAVID EDMUNDS
                                              IN SUPPORT OF PRELIMINARY
15                                            INJUNCTION IN SUPPORT OF
                   v.                         PRELIMINARY INJUNCTION
16                                            IN RESPONSE TO RICK MAYFIELD
                                              DECLARATION
17   UKIAH AUTO DISMANTLERS, WAYNE
     HUNT ISABEL LEWRIGHT, WARRIOR
18   INDUSTRIES, INC., RICHARD MAYFIELD,
     ROSS JUNIOR MAYFIELD, PAULA
19   MAYFIELD, KENNETH HUNT, U.S.
     ALCHEMY CORPORATION AND DOES 1-         Date:  06/25/08
20   50, INCLUSIVE,                           Time:  1:30 P.M.
                                              Dept:  Courtroom C, 15th Floor
21   Defendants.                              Judge:  Susan Illston
22

23

24                                      /

25

26   I, DAVID EDMUNDS, declare as follows:
27       1.  I am employed by the Pinoleville Pomo Nation (PPN) as an environmental director and
28           have been employed in that capacity since June 1, 2007. I have the following training and
             experience in environmental issues: I have a doctorate in Geography with specializations

---

in natural resources, cultural ecology and international development, and have been working for more than 20 years in the areas of community development and natural resource management. During my career, I have received training in basic ecology and the environmental sciences, and have developed an understanding of the regulatory framework for environmental issues on American Indian lands.

2. In my professional experience there are several factors that this court must consider in identifying the source of pollution that is on the property Chairperson Leona Williams and Nancy Williams, which is federal allotted land meaning land held in trust by the United States of America for the benefit of specific tribal members. In this case, it would be the Leona and Nancy Williams.

3. While acting in my official capacity, I have had consultations with United States Fish & Wildlife and Indian Health Services managed by the United States Health and Human Services. These agencies have indicated to me that the source of flooding on the Williams's property is from storm water runoff passing through the various dismantlers on the PPN land. My own observations during heavy rainstorms confirm this information.

4. I have personally read and reviewed reports from U.S. Fish and Wildlife study that indicate rarely will flood waters from Ackerman Creek reach the height of the levees where the cars are cabled together. The report states in fact that PPN can take them out with minimal risk of flooding, even as rip rap and vegetation is establishing a replacement barrier. Every year there is storm water runoff from properties owned by Ukiah Auto Dismantler and the Mayfields. My personal observations and my expertise agrees with the U.S. Fish & Wildlife study and, for this reason, I am incorporating that study as a basis for my expert opinion.

5. Every vehicle that is so cabled that I have seen consist of the car bodies only, meaning the metal shell. Any cars that might have contained such fluids (if in fact they did) were placed in the levee more than 50 years ago.

6. Therefore, it seems unlikely that they would be the source of soil surface contamination after so many years.

I declare under the penalty of perjury that the foregoing is true and correct except to those matters based on information and belief, and to those I believe them to be true. Executed in Ukiah, California.

1

Dated: June 18, 2008                    /S/ David Edmonds

2
                                        David Edmonds PhD
3                                       Environmental Director
                                        Pinoleville Pomo Nation
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28