Hans W. Herb, Esq. SBN 136018
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA  95402
707/576-0757
707/575-0364 Fax
hans@tankman,com

Attorney for Defendant and
Cross-Claimant, Richard Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, *et al.*,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM. | **Case No.: C-07-2648 SI**<br><br>**JOINDER BY DEFENDANT & CROSS-CLAIMANT RICHARD MAYFIELD TO DEFENDANTS' OBJECTIONS TO DECLARATION OF GEORGE O. PROVENCHER**<br><br>Date: June 25, 2008<br>Time: 1:30 p.m.<br>Dept: C, 15th Floor<br><br>Hon, Susan Illston |

　　　For the reasons stated therein, Defendant and Cross-Claimant, RICHARD MAYFIELD, hereby joins in the Objections to Declaration of George O. Provencher filed on June 13, 2008, by Defendants U.S. ALCHEMY CORPORATION dba UKIAH AUTO DISMANTLERS, and WAYNE HUNT.

Dated:  June 20, 2008

/s/
_____
Hans W. Herb
Attorney for Defendant and Cross-Claimant, Richard Mayfield