Hans W. Herb, Esq. SBN 136018
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA  95402
707/576-0757
707/575-0364 Fax
hans@tankman,com

Attorney for Defendant and
Cross-Claimant, Richard Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, *et al.*,<br><br>Defendants. | **Case No.:  C-07-2648 SI**<br><br>**RICHARD MAYFIELD'S OBJECTIONS TO EVIDENCE OFFERED BY PLAINTIFFS IN SUPPORT OF AND IN REPLY TO MOTION FOR PRELIMINARY INJUNCTION** |
| RICHARD MAYFIELD<br><br>Cross-Claimant,<br><br>v.<br><br>PINOLEVILLE POMO NATION; PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION; LEONA WILLIAMS; and, UKIAH AUTO DISMANTLERS,<br><br>Cross-Defendants. | Date:  June 25, 2008<br>Time:  1:30 p.m.<br>Dept:  C, 15th Floor<br><br>Hon, Susan Illston |

Defendant and Cross-Claimant, Richard Mayfield, recognizes that the Federal Rules of Evidence do not apply to preliminary injunction hearings.  (See *Heideman v. Salt Lake City*, 348 F.3d 1182, 1188 (10th Cir. 2003) ("The Federal Rules of Evidence do not apply to preliminary injunction hearings."); see also *Flynt Dist. Co., Inc. v. Leon Harvey*, 734 F.2d 1389 (9th Cir. 1984).)  But at some point, there are limits.

1  In particular, Richard Mayfield objects to the non-expert analysis by George O.
2  Provencher purporting to evaluate and analyze the testimony of others.  (See *U.S. v.*
3  *W.R. Grace*, 504 F.3d 745 (9th Cir. 2007); see also *Daubert v. Merrill Dow*
4  *Pharmaceuticals, Inc.*, 509 U.S. 579, 587-89 [ 113 S.Ct. 2786, 2796] (1993).)
5  Here, the general manager of one of the plaintiffs purports to analyze various
6  expert reports for the benefit of the court.
7  In addition to being hearsay, the declarant now readily admits his opinion is
8  factually inaccurate, based on the declarant's misunderstandings.  Hence, Rick Mayfield
9  objects.

10  Dated:  June 20, 2008                              LAW OFFICES OF HANS W. HERB

11                                                    /s/

12

13                                                    _____
                                                      Hans W. Herb
                                                      Attorney for Defendant and
14                                                    Cross-Claimant, Richard Mayfield

15

16

17

18

19

20

21

22

23

24

25

26

27

28