Hans W. Herb, Esq. SBN 136018
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA 95402
707/576-0757
707/575-0364 Fax
hans@tankman,com

Attorney for Defendant and
Cross-Claimant, Richard Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PINOLEVILLE POMO NATION, *et al.*, | Case No.: C-07-2648 SI |
|---|---|
| Plaintiffs, | **[Proposed] ORDER DENYING PRELIMINARY INJUNCTION** |
| v. | |
| UKIAH AUTO DISMANTLERS, *et al.*, | |
| Defendants. | |
| AND RELATED CROSS-CLAIM | Date: June 25, 2008<br>Time: 1:30 p.m.<br>Dept: C, 15th Floor |
| | Hon, Susan Illston |

The application of Plaintiffs, PINOLEVILE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION an LEONA WILLIAMS, having come on regularly for hearing, the Court having reviewed the documents and papers on file herein and having heard the argument of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' application for Preliminary Injunction is DENIED.

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

---

CASE NO. C-07-2648 SI
[Proposed] ORDER DENYING PRELIMINARY INJUNCTION