
EXHIBIT 5

## Michael S. Biggs

**From:** Michael S. Biggs [michaelbiggs@biggslaw.net]
**Sent:** Thursday, May 22, 2008 9:51 PM
**To:** 'C.J.Neary'; 'Hans Herb'
**Subject:** Motion on Injunction

Dear Counsel:

Please take notice that I have e-filed an amended Rule 65 Motion.

The filed copy was incorrect.

Your responsive pleadings should key off of the amended version.

I contacted Traci Sutton Judge Illston's clerk and inquired as to what I should do.
She said to file an amended copy which is what I have done.
I will send each of you a hard copy via Fed-Ex.
I will also not object to adding on extra time for each of you to file your responsive pleading.

Sincerely,

Michael S. Biggs, Esq.

1