EXHIBIT 6

**Michael S. Biggs**

From: ECF-CAND@cand.uscourts.gov
Sent: Thursday, May 22, 2008 10:20 PM
To: efiling@cand.uscourts.gov
Subject: Activity in Case 3:07-cv-02648-SI Pinoleville Pomo Nation et al v. Ukiah Auto Dismantlers et al Motion for Preliminary Injunction

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Biggs, Michael entered on 5/22/2008 10:20 PM and filed on 5/22/2008
**Case Name:** Pinoleville Pomo Nation et al v. Ukiah Auto Dismantlers et al
**Case Number:** 3:07-cv-2648
**Filer:** Pinoleville Pomo Nation
**Document Number:** 53

**Docket Text:**
Amended MOTION for Preliminary Injunction filed by Pinoleville Pomo Nation. Motion Hearing set for 6/25/2008 01:00 PM in Courtroom C, 15th Floor, San Francisco. (Attachments: # (1) Exhibit)(Biggs, Michael) (Filed on 5/22/2008)

**3:07-cv-2648 Notice has been electronically mailed to:**

1