EXHIBIT 7

Case 3:07-cv-02648-SI   Document 82-8   Filed 06/23/2008   Page 1 of 2

## Michael S. Biggs

**From:** Hans Herb [hans@tankman.com]
**Sent:** Friday, May 23, 2008 11:33 AM
**To:** Michael S. Biggs; C.J.Neary
**Subject:** RE: Motion on Injunction

Michael,
I am out of my office and have not seen you motions (s) but your email says you will give extra time for "each of us" to file responses. We are not involved in the injunction process and have no horse in the race as a result. Is there something else we are supposed to do? We have not even received responsive pleadings or been to a CMC yet. I will be back in California next week.
Hans

Hans W. Herb, Esq.
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA 95402
707 576-0757
707 575-0364 Fax
hans@tankman.com


**From:** Michael S. Biggs [mailto:michaelbiggs@biggslaw.net]
**Sent:** Thursday, May 22, 2008 10:01 PM
**To:** 'C.J.Neary'; Hans Herb
**Subject:** Motion on Injunction

Dear Counsel:

Please take notice that I have e-filed an amended Rule 65 Motion.

The filed copy was incorrect.

Your responsive pleadings should key off of the amended version.

I contacted Traci Sutton Judge Illston's clerk and inquired as to what I should do.
She said to file an amended copy which is what I have done.
I will send each of you a hard copy via Fed-Ex.
I will also not object to adding on extra time for each of you to file your responsive pleading.

Sincerely,

Michael S. Biggs, Esq.

1