EXHIBIT 8

```
Location:
Device ID:           NOTA
Employee:            NOTA-POS2
Transaction:         91528
                     910135977969

                                          2275 S MCDOWELL BLVD EXT
                                          PETALUMA, CA 94954

STANDARD OVERNIGHT
  8636041299771         2.45 lb (S)        $23.75
PRIORITY OVERNIGHT
  863604129982          2.45 lb (S)        $29.75

Shipment subtotal:                         $53.50

Total Due:                                 $53.50

                Check:                     $53.50
                 1673

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Visit us at: fedex.com
Or call 1.800.GoFedEx
     1.800.463.3339

May 27, 2008 5:17:39 PM

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.
```

---

**FedEx US Airbill Express**   FedEx Tracking Number: **8636 0412 9971**   **Sender's Copy**

**From** Please print and press hard.
Date: **5/27/08**
Sender's FedEx Account Number: SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name: **Biggs Law PC**   Phone: **(707) 763-8000**

Company:

Address: **PO 454**

City: **Petaluma**   State: **CA**   ZIP: **94954**

Your Internal Billing Reference: OPTIONAL

**To**
Recipient's Name: **Hans Herb**   Phone: (    )
Company: **Law Offices of Hans Herb**
Recipient's Address: **740 Fourth Street**

City: **Santa Rosa**   State: **CA**   ZIP: **95404**

**4a Express Package Service** — Packages up to 150 lbs.
☐ FedEx Priority Overnight
☒ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☒ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required
☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages: **1**   Total Weight: **3**   Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

**520**

# FedEx US Airbill

FedEx Tracking Number: 8636 0412 9982

Sender's Copy

**From** (Please print and press hard)
Date: 5/27
Sender's FedEx Account Number: SENDER'S FEDEX ACCOUNT NUMBER ONLY
Sender's Name: Biggs Law PC
Phone: (707) 763-8000
Company:
Address: P.O. Box 454
City: Petaluma    State: CA    ZIP: 94954

Your Internal Billing Reference: OPTIONAL

**To**
Recipient's Name: Christopher J. Neary, Esq.
Phone: ( )
Company:
Recipient's Address: 110 South Main Street
Address: STE C
City: Willits CA 95    State: CA    ZIP: 95490

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [x] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [x] Cash/Check

FedEx Acct. No./Credit Card No.: CV# 1613

Total Packages: 1    Total Weight: 3    Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

520

Rev. Date 10/06 Part #158281 ©1994-2006 FedEx PRINTED IN U.S.A. SRY

