EXHIBIT 9

Date: June 25, 2008

Time 1:30 pm

PLEASE TAKE NOTICE:

On June 25, 2008 at one thirty p.m., at Courtroom C, 15th Floor, United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, Ca 94102, plaintiffs will move the Court to issue an order requiring site operators UAD and MAYFIELD to Cease and Desist from all industrial operations at UAD and MAYFIELD sites within the exterior boundaries of the PINOLEVILLE POMO NATION pending completion of the following requirements:

Retain a California Registered Geologist or Registered Civil Engineer and lodge CV or resumé with Court and PPN Tribal Council.

Provide access for PPN Tribal Council TO UAD and MAYFIELD sites over 60 days for PLAINTIFFS sediment and soil testing and further and extensive testing as contemplated in Declaration of Joaquin Wright of KENNEC INC EARTH ENGINEERING & SCIENCE.

Under supervision of a California Registered Geologist or Registered Civil Engineer remove all contaminated soil off UAD and MAYFIELD sites until all hazardous materials and or constituents are below CAL EPA MCL limits, legally and properly, and in compliance with all state and federal regulations, and in a manner when moving dirt about, not to create hazards such as airborne particles such as lead. Provide manifest and written documentation to Court and PPN Tribal Council as to transportation and destination of contaminated soil.

Put down Asphalt where industrial operations are contemplated.

Submit plan for Best Management Practices (BMP) to prevent pollution and illegal discharge of pollution certified and prepared by a licensed engineer or licensed geologist to be lodged with Court and PPN Tribal Council.

Implement BMP'S verified through initial inspection by PPN Tribal Council in order to resume industrial operations, and then twice monthly monitoring for compliance over 12 month period by PPN Tribal Council.