EXHIBIT 10







