EXHIBIT 11







