OVERSIZE
tabbies
EXHIBIT
P-9

tabbies
EXHIBIT
P-10

tabbies
EXHIBIT
P-11

NEW WORLD ORDER
Ron Paul 2008
EXHIBIT
P-12