Michael S. Biggs, Esq. SBN: 237640
BIGGS LAW PC
Post Office Box 454
Petaluma, CA 94953-0454

(707) 763-8000 Telephone
(707) 763-8010 Facsimile

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pinoleville Pomo Nation, Pinoleville Pomo Nation Environmental Association and Leona Williams,<br><br>Plaintiffs,<br><br>v.<br><br>Ukiah Auto Dismantlers, Wayne Hunt Isabel Lewright, Warrior Industries, Inc Richard Mayfield, Ross Junior Mayfield, Paula Mayfield, Kenneth Hunt, U.S. Alchemy Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: **Case No.: C 07 2648**<br><br>**DECLARATION OF JOHN L. GAVELLO IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION, FRCP 65**<br><br>Date:  06/25/08<br>Time:  1:30 P.M.<br>Dept:  Courtroom C, 15th Floor<br>Judge:  Susan Illston |

I John L. Gavello declare:

I have personal knowledge of the facts contained herein unless expressly alleged on information and belief. As to those facts I believe them to be true.

1. I am a licensed State of California Private Investigator, licensed through the Bureau of

1

Security and Investigative Services (BSIS), License Number 25348.

### My Assignment

2.  I was retained by Michael S. Biggs, Attorney at Law to obtain photographic documentation of various locations contained within the property of the Pinoleville Pomo Nation, located in Ukiah, California.

### Background:

3.  I previously submitted to this Court and Counsel my background via the first declaration in support of photographic evidence obtained on January 08, 2008. I will provide a brief summary of my background in order to properly reintroduce myself.

4.  My background includes, however not limited to, education and experience related to law enforcement, electro-mechanical design, loss prevention management, and currently a licensed State of California Private Investigator. The name of my business is The Legal Process Group.

### Photographic Documentation / Evidence & Location

5.  I personally took all photographs contained within the content of this declaration. The scene depicted on each photograph identifies the photograph I took of the Mayfield Site. The Mayfield Site is located within the Pinoleville Pomo Nation in Ukiah California.

### Photograph Date, Quantity and Exhibit Numbers

6.  January 08, 2008,   Quantity: 4, Exhibit Numbers: (10) 1-4

7.  March 16, 2008,    Quantity: 8, Exhibit Numbers: (11) 5-12

### Weather Data for January 08, March 16, and April 06, 2008, Day of Photographs
*[Weather Conditions are per the National Weather Service for Ukiah California]*

8.  January 08, 2008: Average temperature was 45 degrees, rainfall of 1.10 inches, fully clouded sky, average wind speed of 5 1/9 maximum. Rain conditions were light to moderate.

9.   March 16, 2008:  Average temperature was 47 degrees, no rainfall, clear sky, average wind speed of 3.2, 12 maximum.

**Preparation of Photographic Evidence**

10.   On the back side of each photograph I wrote the date the photographs were taken, along with my initials.

11.   I am prepared to testify in this or any Court the photographs as indicated above were taken on the date and location as provided in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is True and Correct.

Dated on the 21st day of June 2008

Rohnert Park, California

                                        /S/ John L. Gavello
                                        John L. Gavello