Michael S. Biggs, Esq. SBN: 237640
BIGGS LAW PC
Post Office Box 454
Petaluma, CA 94953-0454

(707) 763-8000 Telephone
(707) 763-8010 Facsimile

Attorney for Plaintiffs
PINOLEVILLE POMO NATION et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION AND LEONA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, WAYNE HUNT ISABEL LEWRIGHT, WARRIOR INDUSTRIES, INC., RICHARD MAYFIELD, ROSS JUNIOR MAYFIELD, PAULA MAYFIELD, KENNETH HUNT, U.S. ALCHEMY CORPORATION AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.: C 07 2648<br><br>DECLARATION OF GEORGE O. PROVENCHER IN SUPPORT OF PLANTIFFS REPLY TO MAYFIELD OPPOSITION BRIEF<br><br>Date: 06/25/08<br>Time: 1:30 P.M.<br>Dept: Courtroom C, 15th Floor<br>Judge: Susan Illston |

/

My name is George O. Provencher. I have personal knowledge of the facts stated herein, unless expressly alleged on information and belief, and, if called as a witness, I could testify competently thereto.

---

Declaration of George O. Provencher    1    PPN v. UAD C 07 2648
In Support of Plaintiffs Reply to Mayfield
Opposition

1. I believe the first scheduled settlement conference meeting was on Friday, February 8th. Present was the Pinoleville Pomo Nation Tribal Attorney, Mr. Michael S. Biggs, Mr. Hans Herb, attorney for Rick Mayfield, the Tribal Chairperson, Leona Williams, Rick Mayfield, his son, Ryan Mayfield, and myself.

2. At this meeting, Pinoleville Pomo Nation offered Mr. Rick Mayfield a "life estate" and perpetual use of the land, provided he would continue to abide by Tribal Ordinances and regulation. He was further offered release from all fines, attorney's fees, and any other damages in exchange for ceding the property over to the Pinoleville Pomo Nation. Pinoleville Pomo Nation would also accept the liability for property taxes and the environmental remediation and cleanup of the site.

3. Mr. Rick Mayfield stated that there were liens against the property that he would want to settle and that he would like to sell the property for a fair market price.

4. We asked Rick Mayfield if he would furnish documentation as to the liens and his loan and copies of his repayment or mortgage agreements. He stated that he would provide this documentation in the week that followed this meeting.

5. Since that time, we have not received any of the documentation Rick Mayfield committed to providing.

6. I believe the second settlement conference meeting took place on Friday, February 15th, at 5 PM. Present were Ryan Mayfield, Brent Mayfield, Rick Mayfield, myself, and Leona Williams, Tribal Chairperson, Michael S. Biggs, the Tribal Attorney, and Hans Herb, Attorney for Mr. Mayfield.

7. As I recall during this meeting, Rick Mayfield expressed a desire to achieve a settlement to avoid the ongoing legal costs that were mounting for everyone. He and Mr. Hunt stated that they would be very happy to sell their land for a reasonable price. I explained to them that there were several advantages to working in partnership with the Tribe, and that being incorporated on the reservation offered considerable tax advantages in addition to the sales tax exemption Mr. Mayfield was already receiving.

8. Mr. Rick Mayfield stated that he still would prefer to sell the property and clear the liens and that he would not want to default on the liens owing. We agreed that we would be willing to discuss a fair market appraisal and possibly assist with the liens. Toward the conclusion of the meeting, neither Rick Mayfield, nor Mr. Wayne Hunt made any new proposal or suggestion for settlement.

9. Shortly thereafter we were sued by Mayfield's on false allegations of criminal extortion.

10. On April 7th, following the deposition which took place in Willits, Michael S. Biggs and I agreed to have dinner at the Perco's Restaurant with Hans Herb and Ryan Mayfield. We talked from about 6:00 in the evening until nearly 10:00 after the restaurant closed. There was a lot of positive discussion about how it would be so much better is some king of working partnership could be reached and that it would be good if the Mayfield business could actually be involved in the restoration. We talked about how the Tribal Leadership was primarily interested in restoring the land.

11. Ryan Mayfield asked if there was a possibility of doing some sort of a land trade and whether the Pinoleville Pomo Nation had any commercial property and perhaps we

---

Declaration of George O. Provencher  
In Support of Plaintiffs Reply to Mayfield  
Opposition

3

PPN v. UAD C 07 2648

could just do a swap. I committed to having a conversation with Leona Williams to see how she might feel about this idea. We also talked about how we really needed to get some level of discussion going between the parties. It was a very good meeting and we were actually very impressed with Ryan Mayfield. He committed to have also similar conversations with his father, Rick Mayfield, and we agreed that we would try to set up another meeting.

12. While I was attending a conference in Las Vegas, Nevada, on Saturday, April 26, 2008, I received a phone call from Ryan Mayfield as I was checking into my hotel. He asked me if I knew any professional appraisers because he was having trouble finding one who was available. I said there were not many in the surrounding area who were qualified to do certified appraisals, I also stated that they are usually expensive. I then suggested he try to get maybe three market appraisals from local commercial realtors and use that information to form an initial proposal to Pinoleville Pomo Nation, and If we looked like we might be getting close to an agreement, then we could always request a certified appraisal and perhaps pay for half the cost. I also told him that we were willing to have another meeting, but that he and his father, Rick Mayfield should come prepared to make a proposal, because so far, they had not done so. I also stated that Pinoleville Pomo Nation would not be making the next proposal, and that we had done that, and now it was their turn. Since that conversation, we have not heard anything from either Ryan or Rick Mayfield.

I declare under the penalty of perjury that the foregoing is true and correct except to those matters based on information and belief, and to those I believe them to be true. Executed in Petaluma, California.

---

Declaration of George O. Provencher
In Support of Plaintiffs Reply to Mayfield
Opposition

4

PPN v. UAD C 07 2648

1  Dated June 20, 2008                    /S/ George Provencher
2                                         George Provencher
3                                         Director of Tribal Operations
4
5
...
28

Declaration of George O. Provencher            5            PPN v. UAD C 07 2648
In Support of Plaintiffs Reply to Mayfield
Opposition