Michael S. Biggs, Esq. SBN: 237640
BIGGS LAW PC
Post Office Box 454
Petaluma, CA 94953-0454
(707) 763-8000 Telephone
(707) 763-8010 Facsimile

Attorney for Plaintiffs
PINOLEVILLE POMO NATION, et al

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION AND LEONA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UKIAH AUTO DISMANTLERS, WAYNE HUNT ISABEL LEWRIGHT, WARRIOR INDUSTRIES, INC., RICHARD MAYFIELD, ROSS JUNIOR MAYFIELD, PAULA MAYFIELD, KENNETH HUNT, U.S. ALCHEMY CORPORATION AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.: C 07 2648<br><br>**PROPOSED ORDER GRANTING INJUNCTIVE RELIEF**<br><br>Date:  06/25/08<br>Time:  1:30 P.M.<br>Dept:  Courtroom C, 15th Floor<br>Judge: Susan Illston |

The application of plaintiffs PINOLEVILLE POMO NATION, PINOLEVILLE POMO NATION ENVIRONMENTAL ASSOCIATION AND LEONA WILLIAMS having come on regularly for hearing, the Court having reviewed the documents and papers on file herein and having heard the argument of counsel, and good cause appearing therefore:

Based on the foregoing authorities, Plaintiff the Pinoleville Pomo Nation, et al, respectfully requests that this Court issue an order requiring MAYFIELD site operator (Rick

Mayfield) to Cease and Desist from all industrial operations at MAYFIELD sites within the exterior boundaries of the PINOLEVILLE POMO NATION pending completion of the following requirements:

i) Retain licensed engineer or licensed geologist and lodge CV or resume with Court and PPN Tribal Council.

ii) Provide access for PPN Tribal Council TO MAYFIELD site over 60 days for PLAINTIFFS sediment and soil testing and further and extensive testing as contemplated in Declaration of Joaquin Wright of KENNEC INC EARTH ENGINEERING & SCIENCE.

iii) Under supervision of licensed engineer or licensed geologist, remove all contaminated soil off MAYFIELD site until all hazardous materials and or constituents are below CAL EPA MCL limits, legally and properly, and in compliance with all state and federal regulations, and in a manner when moving dirt about, not to create hazards such as airborne particles such as lead. Provide manifest and written documentation to Court and PPN Tribal Council as to transportation and destination of contaminated soil.

iv) Put down Asphalt where industrial operations are contemplated.

v) Submit plan for Best Management Practices (BMP) to prevent pollution and illegal discharge of pollution certified and prepared by a licensed engineer or licensed geologist to be lodged with Court and PPN Tribal Council.

vi) Implement BMP'S verified through initial inspection by PPN Tribal Council in order to resume industrial operations, and then twice monthly monitoring for compliance over 12 month period by PPN Tribal Council.

IT IS HEREBY ORDERED that plaintiffs' application for Preliminary Injunction is GRANTED

DATED: _____           _____
                                          THE HONORABLE SUSAN ILLSTON
                                          UNITED STATES DISTRICT COURT JUDGE