EXHIBIT 1

From:       "Wayne Briley" <brileyw@co.mendocino.ca.us>
To:         <kmaurer@dfg.ca.gov>
Date:       1/26/2006 4:09:12 PM
Subject:    Re: Wayne.

Karen,
Sorry for the delay to your email. I inspect Ukiah Auto Dismantlers every year. This year I did the yearly inspection on 1/4/06 due to the complaints I received from the Tribe. Every year I find that facility to be run very well. Yes it is a junk yard. Yes it looks ugly, but I never find any flluids like motor oil, ATF or antifreeze leaking on the ground. I always choose to do the inspection during a rain strom so I can see hydrocarbon floating on the rain water. I never see any hydrocarbon sheen anywhere on site. The same was true this year. The operation is good. They keep their hazardous waste in labeled drums in seconday containment. I reviewed receipts for proper disposal by a licensed hazardous waste hauler.
As far as the flash flood goes: Clearly I could see where a 3 or 4 foot wall of water went right through the middle of the wrecking yard. The flood water looked just like the other dozen sites I have been to since the flood. Some debris from the wrecking yard and from Mayfield's next door floated off of their sites and onto the neighboring property. A saw a few deposits of grease on the ground. A few pools of water had some hydrocarbon floating on it. UAD already has absorbent pads socking it up. Wayne Hunt and Rick Mayfield readily admit that some of their stuff floated down on other properties and they take full responsibility for cleaning it up. I get the impression that the Tribe does not like Hunt and Mafield, so it may be a problem for them to get on the other properties to pick up their debris.
From a water standpoint, I did not see any more problem there than any place else I went after the flood. Hydrocarbon got loose everywhere and there is nothing anyone could do about it at the time. It looked to me like any oil or grease landed on property next door and not so much in the creek.
I did not see a problem with Hunt's operation. He has been a good operator. I did not see the problems that the Tribe was discribing. Call me at 463-4066 if you would like to talk more about this.
Wayne Briley


>>> "Karen Maurer" <kmaurer@dfg.ca.gov> 1/23/2006 8:26 PM >>>
Wayne,
Did you find any violations at Ukiah auto dismantlers? Will be looking at it for DFG/hazmat violations.
Karen