IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINOLEVILLE POMO NATION, et al., | No. C 07-02648 SI |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| UKIAH AUTO DISMANTLERS, et al., | |
| Defendants. | |

On June 25, 2008, the Court heard argument on plaintiffs' motion for a preliminary injunction. At oral argument, it became clear that the parties were amenable to settlement but had not yet participated in any formal alternative dispute resolution process. The Court therefore referred the parties to Magistrate Judge Laporte for settlement and took measures to extend discovery cut-off dates in order to permit the parties to focus their attentions on resolution of the dispute. In light of these events, the Court finds it appropriate to DENY WITHOUT PREJUDICE TO RECONSIDERATION plaintiffs' motion for a preliminary injunction [Docket No. 53]. The Court also DENIES AS MOOT plaintiffs' motion to strike the declaration of Hans Herb [Docket No. 66].

**IT IS SO ORDERED.**

Dated: June 26, 2008

SUSAN ILLSTON
United States District Judge