**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/25/08

Case No.   C-07-2648 SI          Judge:   SUSAN ILLSTON

Title: PINOLEVILLE POMO NATION  -v- UKIAH AUTO DISMANTLERS

Attorneys: M. Biggs          C. Neary, Neary, Herb

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1)   Plaintiff's Motion for Preliminary Injunction - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   ( x )Court

Disposition :  (  ) GRANTED, ( x) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                PART

Case continued to **8/14/08   @ 3 p.m.** for Further Case Management Conference

Case continued to

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: 7/28/08 , Rebuttal Experts: 8/11/08, Expert Discovery Cutoff: 8/25/08

ORDERED AFTER HEARING:
Plaintiff orally dismissed Defendant Lewright.
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur before the end of July 2008.

CC:Wings

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/25/08

Case No.   C-07-2648 SI          Judge:   SUSAN ILLSTON

Title: PINOLEVILLE POMO NATION  -v- UKIAH AUTO DISMANTLERS

Attorneys: M. Biggs        C. Neary, Neary, Herb

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1)   Plaintiff's Motion for Preliminary Injunction - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( x) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to **8/14/08   @ 3 p.m.** for Further Case Management Conference

Case continued to

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: 7/28/08 , Rebuttal Experts: 8/11/08, Expert Discovery Cutoff: 8/25/08

ORDERED AFTER HEARING:
Plaintiff orally dismissed Defendant Lewright.
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur before the end of July 2008.

CC:Wings