```
1   Hans W. Herb, Esq. SBN 136018
    LAW OFFICES OF HANS W. HERB
2   P. O. Box 970
    Santa Rosa, CA  95402
3   707/576-0757
    707/575-0364 Fax
4   hans@tankman.com

5   Attorney for Defendant and
    Cross-Claimant, Richard Mayfield
6
7
8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10  PINOLEVILLE POMO NATION, et al.,      Case No.: C-07-2648 SI
11         Plaintiffs,                    STIPULATION AND ORDER
                                          EXTENDING DISCOVERY DATES
12  v.
13  UKIAH AUTO DISMANTLERS, et al.,
14         Defendants.

15                                        Date: June 25, 2008
    RICHARD MAYFIELD                      Time: 1:30 p.m.
16                                        Dept: C, 15th Floor
           Cross-Claimant,
17                                        Hon. Susan Illston
    v.
18
    PINOLEVILLE POMO NATION;
19  PINOLEVILLE POMO NATION
    ENVIRONMENTAL ASSOCIATION;
20  LEONA WILLIAMS; and, UKIAH AUTO
    DISMANTLERS,
21
           Cross-Defendants.
22
```

23   This Stipulation is made and entered into this 18th day of July, 2008, among all

24 appearing parties in the captioned litigation.

25   In light of ongoing settlement discussions and in preparation for settlement

26 discussions scheduled with the U.S. Magistrate Judge on July 25, 2008, the parties

27 have agreed to extend the discovery cutoff in this matter up to and including August 15,

28 2008.

---

CASE NO. C-07-2648 SI
STIPULATION AND ORDER EXTENDING DISCOVERY DATES                                     1

1   All present pending discovery is stayed pending completion of the settlement
2   process. However, in the event the parties do not settle the case following the July 25th
3   settlement conference (or at a later date as agreed to by the parties), pending discovery
4   can be reactivated with ten days' notice to the responding party. The ten days' written
5   notice will be sufficient to reinitiate pending discovery, including the pending
6   depositions, without the need for additional formal noticing.
7   All additional discovery contemplated by the parties will be initiated or completed
8   by August 29, 2008.
9   No dates will be impacted by this stipulation other than those concerning
10  discovery.
11  IT IS SO STIPULATED:

_____          _____
Hans W. Herb                               Christopher J. Neary
Attorney for Richard Mayfield              Attorney for U.S. Alchemy Corporation,
                                           dba Ukiah Auto Dismantlers, and Wayne
                                           Hunt

_____
Michael B. Biggs
Attorney for Plaintiffs


IT IS SO ORDERED:


_____
U.S. District Judge

---

CASE NO. C-07-2648 SI
STIPULATION AND ORDER EXTENDING DISCOVERY DATES                                  2