# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** July 25, 2008

**Case No.:** C 07-2648 SI   (JL)

**Case Name:**   Pinoleville Pomo Nation v. Ukiah Auto, et al.,

**Counsel Present:**     **Plaintiff**: Michael Biggs

   **Defendant:** Hans W. Herb, Christopher J. Neary

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

   _X_       Settle

   ____     Partial settlement

   ____     Did not settle

           Further settlement conference ordered:   ____

**Time:**   5.5   hrs

**Comments:**

*Venice E. Thomas* (signature)

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom